| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | RMS Titanic, Inc. | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 417 Fifth Ave. Real Estate L<br>c/o Sebastian Capital, Inc.<br>417 Fifth Avenue<br>New York, NY 10016 | Roxana Girand<br><br>rgirand@sebastian-capital.com | Lease | Contingent<br>Unliquidated<br>Disputed | | | $421,378.00 |
| ABC Imaging<br>1155 21st Street NW<br>Suite M<br>Washington, DC 20036 | accountsreceivable@abcimaging.com<br>(202) 429.8870 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $36,013.00 |
| Broadway Video<br>30 Rockefeller Plaza<br>54th Floor<br>New York, NY 10112 | byonschoeler@broadwayvideo.com | Trade | Contingent<br>Unliquidated<br>Disputed | | | $250,000.00 |
| CBS Outdoor/Outfront Media<br>185 US Highway 46<br>Fairfield, NJ 07004 | cashapplications@cbsoutdoor.com<br>(973) 575-6900 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $111,500.00 |
| Dentons Canada LLP<br>77 King Street West<br>Suite 400<br>Toronto, ON | Catherine Wade<br><br>catherine.wade@dentons.com | Professional services | Disputed | | | $167,917.00 |
| George F. Eyde LLC<br>300 S. Washington Square<br>Suite 400<br>Lansing, MI 48933 | rundell@eyde.com<br>(517) 351-2480 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $200,000.00 |
| Hoffen Global Ltd.<br>305 Crosstree Lane<br>Atlanta, GA 30328 | ejones@penderlaw.com<br>(678) 576-8253 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $360,489.00 |

Debtor    RMS Titanic, Inc.                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NASDAQ Stock Market LLC<br>805 King Farm Blvd.<br>Rockville, NC 28050 | Edwin Asprer<br>Edwin.Asprer@nasdaq.com<br>(301) 978-8391 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $45,578.00 |
| NY Dept. of Taxation and Fin<br>ATTN: Office of Counsel<br>Building 9<br>W. A. Harriman Campus<br>Albany, NY 12227 | 518-485-6027 | Taxes | Disputed | | | $400,000.00 |
| PacBridge Limited Partners<br>22/F Fung House<br>19-20 Connaught Road<br>Central<br>Hong Kong | wongg@pacbridgepartners.com<br>85234137395 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $1,200,000.00 |
| Ramparts, Inc.<br>3900 Las Vegas Blvd. S.<br>Las Vegas, NV 89119 | plavoie@excalibur.com<br>(702) 262-4015 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $674,069.00 |
| Samuel Weiser<br>565 Willow Road<br>Winnetka, IL 60093 | ssw2660@comcast.net<br>(312) 375-8796 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $180,000.00 |
| Screen Actors Guild<br>1900 Broadway<br>5th Floor<br>New York, NY 10023 | Connie Best<br>connie.best@sagaftra.org<br>(212) 863-4249 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $260,000.00 |
| Seaventures, Ltd.<br>5603 Oxford Moor Blvd.<br>Windermere, FL 34786 | jbm720@aol.com | Trade | Contingent<br>Unliquidated<br>Disputed | | | $225,000.00 |
| Sophrintendenza Archeologica di Napoli e Pompei<br>Piazza Museo 19<br>Naples, Italy | martamaggiano@mondomostre.it | Trade | Disputed | | | $460,092.00 |
| Structure Tone, Inc.<br>770 Broadway, 9th Floor<br>New York, NY 10003 | Joe Marsh<br>kanoushian@structuretone.com<br>(212) 481-6100 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $1,346,000.00 |

Debtor   RMS Titanic, Inc.   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TPL<br>3340 Peachtree Road<br>Suite 2140<br>Atlanta, GA 30326 | sfinestone@fmattorneys.com | Trade | Contingent<br>Unliquidated<br>Disputed | | | $147,000.00 |
| Verifone, Inc.<br>300 South Park Place Blvd.<br>Clearwater, FL 33759 | antonia_T1@verifone.com<br>(727) 953-4000 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $248,000.00 |
| WNBC - NBC Universal Media<br>15000 SW 27th Street<br>Hollywood, FL 33027 | David Guilick<br>David.Guilick@nbcuni.com<br>(954) 622-7800 | Trade | Contingent<br>Unliquidated<br>Disputed | | | $51,398.00 |
| Zigong Gengu Longteng Science & Techn.Co.<br>No. 10-4 TaiFeng Bldg.<br>68 HuiDong Road<br>Zigong, Sichuan, China | | Trade | Contingent<br>Unliquidated<br>Disputed | | | $41,266.00 |