**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

      Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11

(Joint Administration Requested)

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of RMS Titanic, Inc. and certain of its affiliates, as Debtors and Debtors in possession in the above-captioned case (collectively, the "Debtors"), in the above-captioned case and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered and served upon the party identified below at the following address:

      Lee D. Wedekind, III
      Nelson Mullins Riley & Scarborough LLP
      50 N. Laura Street, Suite 4100
      Jacksonville, FL 32202
      Telephone:  (904) 665-3600
      Facsimile:  (904) 665-3699
      Email: lee.wedekind@nelsonmullins.com

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309).  The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

        NELSON MULLINS RILEY
        & SCARBOROUGH LLP

        By  */s/ Lee D. Wedekind, III*
          Daniel F. Blanks (FL Bar No. 88957)
          Lee D. Wedekind, III (FL Bar No. 670588)
          50 N. Laura Street, Suite 4100
          Jacksonville, Florida 32202
          (904) 665-3656 (direct)
          (904) 665-3699 (fax)
          daniel.blanks@nelsonmullins.com
          lee.wedekind@nelsonmullins.com

        *Proposed Counsel for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 15, 2016. I also certify that the foregoing document is being served this day on the following via Federal Express:

| | |
|---|---|
| United States Trustee<br>Middle District of Florida<br>400 W. Washington Street, Suite 1100<br>Orlando FL 32801 | Internal Revenue Service<br>Centralized Insolvency Operations<br>600 Arch Street<br>Philadelphia PA 19106 |
| Securities and Exchange Commission<br>Office of Reorganization<br>950 E. Paces Ferry Road, NE, Suite 900<br>Atlanta GA 30326 | High Nature Holdings Limited<br>Lange Feng<br>Jihe Zhang<br>15953 107th Avenue<br>Surrey, BC V4N 5N7 |
| 417 Fifth Ave Real Estate LLC<br>c/o Sebastian Capital, Inc.<br>417 Fifth Avenue<br>New York, New York 10016 | ABC Imaging<br>1155 21st Street NW, Suite M<br>Washington, DC 20036 |
| Broadway Video<br>30 Rockefeller Plaza, 54th Floor<br>New York, NY 10112 | CBS Outdoor/Outfront Media<br>185 US Highway 48<br>Fairfield, NJ 07004 |
| Dentons Canada LLP<br>77 King Street West, Suite 400<br>Toronto, ON M5K 0A1 | George F. Eyde LLC<br>300 S. Washington Square, Suite 400<br>Lansing, MI 48933 |
| Hoffen Global Ltd.<br>305 Crosstree Lane<br>Atlanta, GA 30328 | NASDAQ Stock Market, LLC<br>805 King Farm Blvd.<br>Rockville, MD 28050 |
| New York Dept. of Taxation and Finance<br>ATTN: Office of Counsel<br>Building 9, W. A. Harriman Campus<br>Albany, NY 12227 | PacBridge Limited Partners<br>22/F Fung House<br>19-20 Connaught Road<br>Central, Hong King |
| Ramparts, Inc.<br>3900 Las Vegas Blvd. South<br>Las Vegas, NV 89119 | Samuel Weiser<br>565 Willow Road<br>Winnetka, IL 60093 |

Screen Actors Guild
1900 Broadway, 5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy

TPL
3340 Peachtree Road, Suite 2140
Atlanta, GA 30326

WNBC
NBC Universal Media
15000 SW 27th Street
Hollywood, FL 33027

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Structure Tone, Inc.
770 Broadway, 9th Floor
New York, NY 10003

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Zigong Gengu Longteng Science
& Technical Co.
No. 10-4 TaiFeng Bldg.
68 HuiDong Road
Zigong, Sichuan Province, China

                              */s/ Lee D. Wedekind, III*
                                          Attorney

~#4827-8430-5970 v.1~