UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-02230-PMG |
| | ) | |
| RMS TITANIC, INC., *et al.* | ) | CHAPTER 11 |
| | ) | |
| | ) | Jointly Administered |
| DEBTORS. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The U.S. Securities and Exchange Commission (the "**Commission**") is appearing in the above-styled case as a statutory party in interest, pursuant to Section 1109(a) of the Bankruptcy Code, 11 U.S.C. §1109(a), and requests that a copy of all notices given or required to be given in this case, be delivered to the following:

> U.S. Securities and Exchange Commission
> Office of Reorganization
> 950 East Paces Road, N.E., Suite 900
> Atlanta, GA  30326-1382
> atlreorg@sec.gov

This request includes, but is not limited to, all notices, orders, pleadings, motions, objections, demands, applications, petitions, schedules, statements of affairs, requests, disclosure statements, plans, answering or reply papers, memoranda and briefs in support of the foregoing, and any other documents or matters brought before the Court in this case.

This appearance and request for notice shall not be deemed or construed to constitute consent to jurisdiction or a waiver of any of the Commission's rights in this case or in other proceedings.

The undersigned attorney is authorized to appear and participate in this case on behalf of the U.S. Securities and Exchange Commission, which is an agency of the United States government, and files this Notice of Appearance and Request for Notice pursuant to Local Rule 2090-1(c)(2) of the United States Bankruptcy Court for the Middle District of Florida. The undersigned is admitted to, and a member in good standing of, the State Bars of Florida and Illinois.

Dated: June 16, 2016

Respectfully Submitted,

/s/ *David W. Baddley*
David W. Baddley, Esq.
Bankruptcy Counsel
Florida Bar No. 0148393
Illinois ARDC 6282466
Telephone: (404) 842-7625
Fax: (404) 842-7633
E-mail Address: baddleyd@sec.gov

*Counsel for*:

**U. S. SECURITIES AND EXCHANGE COMMISSION**
Office of Reorganization
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2016, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was furnished to all ECF Participants via Notice of Electronic Filing and additionally was served by U.S. Mail to:

Daniel F. Blanks, Esq.
Nelson Mullins Riley & Scarborough LLP
50 North Laura Street, Suite 4100
Jacksonville, FL 32202

Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

                                          */s/ David W. Baddley*
                                          David W. Baddley