UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC.                                         Case No. 3:16-bk-02230-PMG
                                                          Chapter 11
      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE SERVICE

The undersigned, Jay B. Verona, Esq., of Shumaker, Loop & Kendrick, LLP, hereby gives notice that he is appearing as counsel for George F. Eyde Orlando, LLC, a Michigan limited liability company, and Louis J. Eyde Orlando, LLC, a Michigan limited liability company, creditors in this Chapter 11 case. Accordingly, copies of all pleadings, correspondence and all other documents and papers filed in this case hereafter should be furnished to the undersigned, and the undersigned requests to be added to the service list in this case.

Dated June 17, 2016.

**SHUMAKER, LOOP & KENDRICK, LLP**

By: /s/ Jay B. Verona
    Jay B. Verona, Esq.
    Florida Bar No.: 352616
    jverona@slk-law.com
    101 E. Kennedy Blvd., Suite 2800
    Tampa, Florida 33602
    Phone (813) 229-7600
    Facsimile (813) 229-1660
    *Counsel to George F. Eyde Orlando, LLC and*
    *Louis J. Eyde Orlando, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June, 2016, a true and correct copy of the foregoing was furnished via CM/ECF on all other creditors and parties in interest receiving notices via electronic noticing.

/s/   Jay B. Verona
Jay B. Verona