UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11

(Joint Administration Requested)

### STATEMENT OF NELSON MULLINS RILEY & SCARBOROUGH LLP UNDER 11 U.S.C. § 329 AND RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES

Pursuant to 11 U.S.C. § 329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure, Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins") states that it has been retained to represent Debtors RMS Titanic, Inc. and certain of its affiliates as bankruptcy counsel in connection with this Chapter 11 case.

During the year preceding June 14, 2016, the Petition Date, Nelson Mullins received the following retainer payments from the Debtors:

| Payment Date | Payor | Amount |
|---|---|---|
| March 14, 2016 | Premier Exhibitions, Inc. | $15,000.00 |
| March 21, 2016 | Premier Exhibitions, Inc. | $10,000.00 |
| April 5, 2016 | Premier Exhibitions, Inc. | $10,000.00 |

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

| Payment Date | Payor | Amount |
|---|---|---|
| April 19, 2016 | Premier Exhibitions, Inc. | $10,000.00 |
| May 10, 2016 | Premier Exhibitions, Inc. | $10,000.00 |
| June 9, 2016 | Premier Exhibitions, Inc. | $20,000.00 |
| June 13, 2016 | Premier Exhibitions, Inc. | $50,000.00 |

The retainer payments identified above include fees for services rendered in connection with advising the company regarding bankruptcy and insolvency issues.

The undersigned further states that Nelson Mullins has not shared, or agreed to share (a) any compensation or reimbursement with another person, other than members, partners or regular associates of the undersigned law firm, or (b) any compensation for reimbursement received by another person.

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By /s/ Daniel F. Blanks
Daniel F. Blanks (FL Bar No. 88957)
Lee D. Wedekind, III (FL Bar No. 670588)
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
(904) 665-3656 (direct)
(904) 665-3699 (fax)
daniel.blanks@nelsonmullins.com
lee.wedekind@nelsonmullins.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 20, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| David W. Baddley, Esq.<br>U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 E. Paces Ferry Road, NE, Suite 900<br>Atlanta GA 30326<br>(404) 842-7625<br>(404) 842-7633 (fax)<br>atlreorg@sec.gov<br>*Attorneys for U.S. Securities and Exchange Commission* | Jay B. Verona, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602<br>(813) 229-7600<br>(813) 229-1660 (fax)<br>jverona@slk-law.com<br>*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC* |

**Via FedEx**

| | |
|---|---|
| United States Trustee<br>Middle District of Florida<br>400 W. Washington Street, Suite 1100<br>Orlando FL 32801 | Internal Revenue Service<br>Centralized Insolvency Operations<br>600 Arch Street<br>Philadelphia PA 19106 |
| High Nature Holdings Limited<br>Lange Feng<br>Jihe Zhang<br>15953 107th Avenue<br>Surrey, BC V4N 5N7 | 417 Fifth Ave Real Estate LLC<br>c/o Sebastian Capital, Inc.<br>417 Fifth Avenue<br>New York, New York 10016 |
| ABC Imaging<br>1155 21st Street NW, Suite M<br>Washington, DC 20036 | Broadway Video<br>30 Rockefeller Plaza, 54th Floor<br>New York, NY 10112 |
| CBS Outdoor/Outfront Media<br>185 US Highway 48<br>Fairfield, NJ 07004 | Dentons Canada LLP<br>77 King Street West, Suite 400<br>Toronto, ON M5K 0A1 |
| Hoffen Global Ltd.<br>305 Crosstree Lane<br>Atlanta, GA 30328 | NASDAQ Stock Market, LLC<br>805 King Farm Blvd.<br>Rockville, MD 28050 |

New York Dept. of Taxation and Finance
ATTN: Office of Counsel
Building 9, W. A. Harriman Campus
Albany, NY 12227

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Screen Actors Guild
1900 Broadway, 5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

TPL
3340 Peachtree Road, Suite 2140
Atlanta, GA 30326

WNBC
NBC Universal Media
15000 SW 27th Street
Hollywood, FL 33027

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central, Hong Kong

Samuel Weiser
565 Willow Road
Winnetka, IL 60093

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Structure Tone, Inc.
770 Broadway, 9th Floor
New York, NY 10003

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Zigong Gengu Longteng Science
& Technical Co.
No. 10-4 TaiFeng Bldg.
68 HuiDong Road
Zigong, Sichuan Province, China 643000

                                                   /s/ Daniel F. Blanks
                                                         Attorney

~#4827-0736-6962 v.1~