**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11

(Joint Administration Requested)

**STATEMENT OF KALEO LEGAL**
**UNDER 11 U.S.C. § 329 AND RULE 2016(b)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES**

Pursuant to 11 U.S.C. § 329 and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Kaleo Legal ("Kaleo") states that it has been retained to represent Debtors RMS Titanic, Inc. and certain of its affiliates as special litigation counsel, outside general counsel, securities counsel, and conflicts counsel in connection with this Chapter 11 case.

Kaleo currently holds a pre-Petition Date retainer of approximately $15,000 for services to be rendered in contemplation of or in connection with the Chapter 11 case.[2]

The undersigned further states that Kaleo has not shared, or agreed to share (a) any compensation or reimbursement with another person, other than members, partners

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

[2] Within one year preceding the Petition Date, Kaleo received regular payments from the Debtors on account of fees for services rendered in connection with various litigation matters unrelated to the Chapter 11 case in which Kaleo historically represented the Debtors.

or regular associates of the undersigned law firm, or (b) any compensation for reimbursement received by another person.

          **KALEO LEGAL**

By   */s/ Brian A. Wainger*
      Brian A. Wainger, Esq.
      Partner, Kaleo Legal
      4456 Corporation Lane, Suite 135
      Virginia Beach, VA 23462
      (757) 965-6804
      (757) 304-6175 (fax)
      bwainger@kaleolegal.com

*Proposed Special Litigation Counsel, Outside General Counsel, Securities Counsel, and Conflicts Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 20, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite 900
Atlanta GA 30326
(404) 842-7625
(404) 842-7633 (fax)
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
(813) 229-1660 (fax)
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

**Via FedEx**

United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801

Internal Revenue Service
Centralized Insolvency Operations
600 Arch Street
Philadelphia PA 19106

High Nature Holdings Limited
Lange Feng
Jihe Zhang
15953 107th Avenue
Surrey, BC V4N 5N7

417 Fifth Ave Real Estate LLC
c/o Sebastian Capital, Inc.
417 Fifth Avenue
New York, New York 10016

ABC Imaging
1155 21st Street NW, Suite M
Washington, DC 20036

Broadway Video
30 Rockefeller Plaza, 54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
77 King Street West, Suite 400
Toronto, ON M5K 0A1

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 28050

3

New York Dept. of Taxation and Finance
ATTN: Office of Counsel
Building 9, W. A. Harriman Campus
Albany, NY 12227

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Screen Actors Guild
1900 Broadway, 5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

TPL
3340 Peachtree Road, Suite 2140
Atlanta, GA 30326

WNBC
NBC Universal Media
15000 SW 27th Street
Hollywood, FL 33027

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central, Hong Kong

Samuel Weiser
565 Willow Road
Winnetka, IL 60093

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Structure Tone, Inc.
770 Broadway, 9th Floor
New York, NY 10003

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Zigong Gengu Longteng Science
& Technical Co.
No. 10-4 TaiFeng Bldg.
68 HuiDong Road
Zigong, Sichuan Province, China 643000

                                               /s/ Daniel F. Blanks
                                                          Attorney

~#4829-9298-7699 v.3~