UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC.

    Debtor.

_____/

Case No.:  3:16-bk-02230-PMG

Chapter 11

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the law firm of GrayRobinson, P.A., as counsel for creditor **417 FIFTH AVENUE REAL ESTATE, LLC**, files this Notice of Appearance pursuant to 11 U.S.C. §1109(b) and Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case can be served upon the undersigned attorneys:

**Jason B. Burnett, Esq.**
**Alexandria V. Hill, Esq.**
**GRAYROBINSON, P.A.**
**50 North Laura Street, Suite 1100**
**Jacksonville, Florida 32202**

DATED: June 23, 2016

**GRAYROBINSON, P.A.**

*/s/ Jason B. Burnett*
JASON B. BURNETT
Florida Bar. No.: 822663
ALEXANDRIA V. HILL
Florida Bar No.: 84772
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109

*417 Fifth Avenue Real Estate, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY certify that a true and correct copy of the forgoing has been furnished on this 23rd day of June, 2016, via U.S. Mail and/or electronically through CM/ECF to the following: **Debtor:** RMS Titanic, Inc., 3045 Kingston Court, Suite 1, Peachtree Corners, GA 30071; **Attorney for Debtor:** Daniel Banks, Esq. and Lee D. Wedekind, III, Esq., Nelson, Mullins, Riley & Scarborough, LLP, 50 North Laura Street, Suite 4100, Jacksonville, FL 32202 and Brian A. Wainger, Esq., 4456 Corporation Laine, Suite 135, Virginia Beach, VA 23462; **U.S. Trustee:** United States Trustee, JAX 11, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; **Attorney for U.S. Trustee:** Scott Bomkamp, Esq., 400 W. Washington Street, Suite 1100, Orlando, FL 32801.

                                                            */s/ Jason B. Burnett*
                                                                         Attorney