ORDERED.

Dated: June 27, 2016

*Paul M. Glenn*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11

(Jointly Administered)

**ORDER GRANTING DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 362, 363, AND 541 AND BANKRUPTCY RULES 6003 AND 9014 AUTHORIZING DINOKING TECH INC. D/B/A DINOSAURS UNEARTHED CORP. CONTINUED ACCESS AND USE OF DINOKING UNEARTHED CORP.'S CANADIAN BANK ACCOUNT AND REQUEST FOR EMERGENCY HEARING**

THIS PROCEEDING came before the Court upon the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 362, 363, and 541 and Bankruptcy Rules 6003 and 9014 Authorizing Dinoking Tech Inc. d/b/a Dinosaurs Unearthed Corp. Continued Access and Use of Dinoking Unearthed Corp.'s Canadian Bank Account and Request for Emergency Hearing [D.E. 29]; and the Court having reviewed the Motion

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

and the Chapter 11 Case Summary; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing for the relief requested in the Motion.

Accordingly, it is

**ORDERED:**

1.  The Motion is GRANTED.

2.  Dinoking Tech Inc. d/b/a Dinosaurs Unearthed Corp. is authorized to continue using the Canadian bank account of Dinosaurs Unearthed Corp. in same manner and fashion as it used it prior to the Petition Date.

3.  To the extent necessary, the automatic stay of 11 U.S.C. § 362 is hereby lifted and/or modified solely for Dinoking Tech Inc. and solely to effectuate this Order.

4.  The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.  Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

6.  Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise the delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.     This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

*###*

Copies furnished to:

Daniel F. Blanks, Esq.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.

~#4843-2105-6819 v.1~