**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

## NOTICE OF COMPLIANCE

Notice is hereby given that Brian A. Wainger has paid the $150 attorney special admission fee on June 28, 2106 (see Exhibit "A") pursuant to the Court's Order Granting Motion to Appear Pro Hac Vice and Directing Payment to the United States District Court [D.E. 33].

NELSON MULLINS RILEY
& SCARBOROUGH LLP

By    */s/ Daniel F. Blanks*
    Daniel F. Blanks (FL Bar No. 88957)
    Lee D. Wedekind, III (FL Bar No. 670588)
    50 N. Laura Street, Suite 4100
    Jacksonville, Florida 32202
    (904) 665-3656 (direct)
    (904) 665-3699 (fax)
    daniel.blanks@nelsonmullins.com
    lee.wedekind@nelsonmullins.com

*Proposed Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 28, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite 900
Atlanta GA 30326
(404) 842-7625
(404) 842-7633 (fax)
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
(813) 229-1660 (fax)
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
(407) 648-6323 (fax)
scott.e.bomkamp@usdojgov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
(954) 765-1477 (fax)
grossmansm@gtlaw.com

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
(904) 598-9109 (fax)
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
(813) 223-9620 (fax)
ajenkins@bushross.com
*Attorneys for Bank of America, N.A*

**Via U.S. Mail**

Internal Revenue Service
Centralized Insolvency Operations
600 Arch Street
Philadelphia PA 19106

Lange Feng
Jihe Zhang
Haiping Zou
15953 107th Avenue
Surrey, BC V4N 5N7

ABC Imaging
1155 21st Street NW, Suite M
Washington, DC 20036

Broadway Video
30 Rockefeller Plaza, 54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
Attn:  Catherine Wade
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 28050

New York Dept. of Taxation and Finance
ATTN: Office of Counsel
Building 9, W. A. Harriman Campus
Albany, NY 12227

National Oceanic and
Atmospheric Administration
1401 Constitution Avenue NW
Room 5128
Washington, DC 20230

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central, Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Screen Actors Guild
1900 Broadway, 5th Floor
New York, NY 10023

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Structure Tone, Inc.
770 Broadway, 9th Floor
New York, NY 10003

| | |
|---|---|
| TPL<br>3340 Peachtree Road, Suite 2140<br>Atlanta, GA 30326 | United States District Court<br>Eastern District of Virginia<br>Attn: Chief Judge Rebecca Beach Smith<br>600 Granby Street<br>Norfolk, VA 23510 |
| Verifone, Inc.<br>300 S. Park Place Blvd.<br>Clearwater, FL 33759 | Samuel Weiser<br>565 Willow Road<br>Winnetka, IL 60093 |
| WNBC<br>NBC Universal Media<br>30 Rockefeller Center<br>New York, NY 10112 | Zigong Gengu Longteng Science<br>& Technical Co.<br>Add No.1 Shuanghou Road<br>Ziliujing District<br>Zigong, China 643000 |
| Office of the United States Attorney<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Office for Science and Technology<br>4101 Reservoir Road, NW<br>Washington, DC 20007 |
| Ministry for Equipment, Transportation and Tourism<br>88-90 Avenue de la Periere<br>B.P. 2143<br>Lorient, France 56321 | |

                                              */s/ Daniel F. Blanks*
                                                   Attorney

~#4849-4705-1827 v.1~