UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:16-bk-02230-PMG
Chapter 11

RMS TITANIC, INC.

    Debtors.
_____/

### NOTICE OF APPEARANCE
### AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Bank of America, N.A., and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Bush Ross, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Attn: Andrew T. Jenkins, Esq.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court, the Debtors or any other party, which affects the Debtors or the property of the Debtors.

2223500.1

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

Dated: June 28, 2016

                                      BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Attorneys for Bank of America, N.A.

By:   /s/ Andrew T. Jenkins
      Andrew T. Jenkins
      Florida Bar No. 527106
      *ajenkins@bushross.com*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2016, I electronically filed a true and correct copy of the Notice of Appearance and Demand for Service of Papers with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

/s/ Andrew T. Jenkins
ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

- David W Baddley     baddleyd@sec.gov
- Daniel F Blanks     daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
- Scott Bomkamp     scott.e.bomkamp@usdoj.gov
- Jason B. Burnett     jason.burnett@gray-robinson.com, ldean@gray-robinson.com;kjacobs@gray-robinson.com;kim.miller@gray-robinson.com;adina.pollan@gray-robinson.com
- United States Trustee - JAX 11     USTP.Region21.OR.ECF@usdoj.gov
- Jay B Verona     jverona@slk-law.com, mhartz@slk-law.com
- Brian A. Wainger     bwainger@kaleolegal.com
- Lee D Wedekind     lee.wedekind@nelsonmullins.com, Allison.abbott@nelsonmullins.com

2223500.1