**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

Debtors.

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **July 25, 2016 at 11:30 am** in Courtroom 4A, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, to consider and act upon the following and transact such other business that may come before the court:

1. Motion to Reject Unexpired Lease of Non-Residential Real Property Effective *Nunc Pro Tunc* to the Petition Date [D.E. 46]

The hearing may be continued upon announcement made in open Court without further notice.

**Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Avoid delays at Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By       */s/ Daniel F. Blanks*
　　　　Daniel F. Blanks (FL Bar No. 88957)
　　　　Lee D. Wedekind, III (FL Bar No. 670588)
　　　　50 N. Laura Street, Suite 4100
　　　　Jacksonville, Florida 32202
　　　　(904) 665-3656 (direct)
　　　　(904) 665-3699 (fax)
　　　　daniel.blanks@nelsonmullins.com
　　　　lee.wedekind@nelsonmullins.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on July 1, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite 900
Atlanta GA 30326
(404) 842-7625
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdojgov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
ajenkins@bushross.com
*Attorneys for Bank of America, N.A*

**Via U.S. Mail**

ABC Imaging
1155 21st Street NW, Suite M
Washington, DC 20036

Broadway Video
30 Rockefeller Plaza, 54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
Attn:  Catherine Wade
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

Internal Revenue Service
Centralized Insolvency Operations
600 Arch Street
Philadelphia PA 19106

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 28050

New York Dept. of Taxation and Finance
ATTN: Office of Counsel
Building 9, W. A. Harriman Campus
Albany, NY 12227

National Oceanic and
Atmospheric Administration
1401 Constitution Avenue NW
Room 5128
Washington, DC 20230

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central, Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Screen Actors Guild
1900 Broadway, 5th Floor
New York, NY 10023

| | |
|---|---|
| Seaventures, Ltd.<br>5603 Oxford Moor Blvd.<br>Windemere, FL 34786 | Sophrintendenza Archeologica<br>di Napoli e Pompei<br>Piazza Museo 19<br>Naples, Italy 80135 |
| Structure Tone, Inc.<br>770 Broadway, 9th Floor<br>New York, NY 10003 | TPL<br>3340 Peachtree Road, Suite 2140<br>Atlanta, GA 30326 |
| United States District Court<br>Eastern District of Virginia<br>Attn:  Chief Judge Rebecca Beach Smith<br>600 Granby Street<br>Norfolk, VA 23510 | Verifone, Inc.<br>300 S. Park Place Blvd.<br>Clearwater, FL 33759 |
| Samuel Weiser<br>565 Willow Road<br>Winnetka, IL 60093 | WNBC<br>NBC Universal Media<br>30 Rockefeller Center<br>New York, NY 10112 |
| Zigong Gengu Longteng Science<br>& Technical Co.<br>Add No. 1 Shuanghou Road<br>Ziliujing District<br>Zigong, China 643000 | Office of the United States Attorney<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, FL 32202 |
| Office for Science and Technology<br>4101 Reservoir Road, NW<br>Washington, DC 20007 | Ministry for Equipment, Transportation<br>and Tourism<br>88-90 Avenue de la Periere<br>B.P. 2143<br>Lorient, France 56321 |

                   */s/ Daniel F. Blanks*
                      Attorney

~#4818-7259-1412 v.1~