**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| RMS TITANIC, INC., *et al*. § | Case No. 3:16-bk-02230 |
| § | Chapter 11 |
| § | |
| Debtors. § | |
| § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Theodore B. Randles of the Civil Division, United States Department of Justice, appears as counsel for the United States Department of Commerce National Oceanic and Atmospheric Administration (NOAA) in the above-captioned proceeding and requests notice of all matters "noticed" and copies of all pleadings in these proceedings pursuant to Rules 2002, 3017(a) and 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that he be added to the Mailing Matrix.

Notices should be sent to:

> Theodore B. Randles
> U.S. Department of Justice
> 1100 L Street NW
> Suite 10060
> Washington, D.C. 20005
> Tel: (202) 307-3242
> Fax: (202) 514-9163
> E-mail: Theodore.B.Randles@usdoj.gov

Dated:  July 5, 2016

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        /s/ *Theodore B. Randles*
        RUTH A. HARVEY
        MICHAEL J. QUINN
        MATTHEW TROY
        THEODORE B. RANDLES
        (Florida Bar No. 115790)
        Civil Division
        U. S. Department of Justice
        P. O. Box 875
        Ben Franklin Station
        Washington, D.C.  20044-0875
        (202) 307-3242

        A. LEE BENTLEY, III
        United States Attorney

        ATTORNEYS FOR THE UNITED STATES

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on July 5, 2016, a true and correct copy of the foregoing Notice of Appearance and Request for Service, was duly served upon all parties via the Court's electronic case filing system (ECF).

                                            /s/ *Theodore B. Randles*
                                            THEODORE B. RANDLES