# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION



FILED
JACKSONVILLE, FLORIDA
JUN 28 2016
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

In re: RMS Titanic, Inc.

Plaintiff(s)/Petitioner(s),

v.

CASE NO. 3:16-bk-02230-PMG

Defendant(s)/Respondent(s)

I, Brian A. Wainger (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Debtor RMS Titanic, Inc. (party represented).

## ATTORNEY INFORMATION

Firm Name: Kaleo Legal
Address: 4456 Corporation Lane, Suite 135
City: Virginia Beach   State: VA   Zip: 23462
Firm/Business Phone: (757) 965-6804   Alternate Phone: 
Firm/Business Fax: (757) 304-6175
E-mail Address: bwainger@kaleolegal.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____   6/22/16
Signature                 Date

[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

Dated: June 21, 2016

ORDERED.

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

RMS Titanic, Inc.

Case No. 3:16-bk-02230-PMG
Chapter 11

_____Debtor*_____/

***ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT***

THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *27 )* ("Motion") of attorney *Brian A. Wainger* for representation of *RMS Titanci, Inc. and certain of its affilliates* . Accordingly, it is **ORDERED:**

1. The Motion is Granted.

2. Attorney *Brian A. Wainger* is admitted to appear before this Court in this case and any related adversary proceeding as counsel for *RMS Titanic, Inc. and certain of its affiliates* subject to Local Rule 2090-1.

3. Within fourteen days from the date of this order, attorney *Brian A. Wainger* shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney *Brian A. Wainger* , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access *request should be directed to the ECF Helpdesk at* ecfhhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
50 N. Laura Street, 41st Floor / Jacksonville, FL 32202
Tel: 904.665.3600  Fax: 904.665.3641
www.nelsonmullins.com

Daniel F. Blanks
Tel: 904.665.3656
daniel.blanks@nelsonmullins.com

June 28, 2016

**Hand Delivered**

Clerk's Office
Attn: Attorney Admission
U.S. District Court
301 N. Hogan Street
Suite 3-150
Jacksonville, FL 32202

    RE:    *In re: RMS Titanic, Inc.* - Case No. 3:16-bk-02230-PMG
             U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division

Dear Sir/Madam:

    This firm represents RMS Titanic, Inc. in the above bankruptcy case. Enclosed is a copy of the bankruptcy court's Order Granting Motion to Appear Pro Hac Vice and Directing Payment to the United States District Court for attorney Brian A. Wainger, along with our firm's check in the amount of $150 as Mr. Wainger's attorney special admission fee and the Special Admission Attorney Certification form completed by Mr. Wainger. Please contact me at (904) 665-3632 if you require anything further. Thank you.

                               Sincerely,

                               *Allison Abbott*

                               Secretary to Daniel F. Blanks

/enclosures

~#4844-1542-3795 v.1~