ORDERED.

Dated: August 12, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

**ORDER APPROVING DEBTORS' APPLICATION FOR AN**
**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS**
**327(a) AND 331 AND BANKRUPTCY RULE 2014 FOR**
**AUTHORIZATION TO EMPLOY AND RETAIN**
**KALEO LEGAL AS SPECIAL LITIGATION COUNSEL,**
**OUTSIDE GENERAL COUNSEL, SECURITIES COUNSEL**
**AND CONFLICTS COUNSEL TO THE DEBTORS AND DEBTORS**
**IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

THIS PROCEEDING came on for consideration without a hearing on the Debtors' Application for an Order Pursuant to Bankruptcy Code Sections 327(a) and 331 and Bankruptcy Rule 2014 for Authorization to Employ and Retain Kaleo Legal as Special Litigation Counsel, Outside General Counsel, Securities Counsel and Conflicts

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Site I, Peachtree Corners, Georgia 30071.

Counsel to the Debtors and Debtors in Possession Effective as of the Petition Date [D.E. 25] (the "Application"). No objections to the Application were filed.

Accordingly, it is

**ORDERED:**

1. The Application is APPROVED.

2. Pursuant to Sections 327(a) and 329 of the Bankruptcy Code, each of the Debtors, as a debtor-in-possession, is authorized to employ and retain Kaleo Legal as its attorneys effective as of the Petition Date to perform the services set forth in the Application.

3. Kaleo Legal shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4. This Court shall retain jurisdiction with respect to all matters arising or related to the interpretation or implementation of this Order.

*###*

Copies furnished to:

Daniel F. Blanks, Esq.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4851-9517-6245 v.1~