ORDERED.

Dated: August 12, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

**ORDER APPROVING DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. § 327(e) AUTHORIZING
EMPLOYMENT AND RETENTION OF McGUIREWOODS LLP AS
SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS
IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

THIS PROCEEDING came on for consideration without a hearing on the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. § 327(e) Authorizing Employment and Retention of McGuireWoods LLP as Special Litigation Counsel for the Debtors in Possession Effective as of the Petition Date [D.E. 74] (the "Application"). No objections to the Application were filed.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Accordingly, it is

**ORDERED:**

1.  The Application is APPROVED.

2.  Pursuant to Sections 327(a) and 329 of the Bankruptcy Code, each of the Debtors, as a debtor-in-possession, is authorized to employ and retain McGuireWoods LLP as its attorneys effective as of the Petition Date to perform the services set forth in the Application.

3.  McGuireWoods LLP shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4.  This Court shall retain jurisdiction with respect to all matters arising or related to the interpretation or implementation of this Order.

###

Copies furnished to:

Daniel F. Blanks, Esq.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4825-6207-0837 v.1~