ORDERED.

Dated:  August 17, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

### ORDER GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 105(a) AND RULE 2002 ESTABLISHING NOTICE PROCEDURES

THIS PROCEEDING came on for hearing on July 7, 2016, on the Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures [D.E. 4] ("Motion").

Accordingly, it is

**ORDERED:**

1.   The Motion is GRANTED.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309).  The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

2. The Debtors are hereby authorized to establish the Master Service List consisting of the following entities: (a) the Debtors' counsel; (b) the Office of the United States Trustee; (c) the Top 20 Creditors in each of the Debtors' cases; (d) those persons who have formally appeared and requested service in this case pursuant to Bankruptcy Rule 2002; (e) counsel to any Committee should one be appointed; and (f) any entity whose interests are directly affected by the matters raised in a particular motion or other document (the "Master Service List").

3. All pleadings, motions, orders and other documents filed in this case (unless such pleadings, motions, orders, and other documents are filed under seal) shall be served on the Master Service List, and on any entity or person whose interests are directly affected by the matters raised in a particular motion or other document. The Debtors shall maintain a current copy of the Master Service List with the Clerk's office and update the Master Service List with the Clerk's office no less often than monthly.

4. The proceedings to which notice would be limited to the Master Service List would include all matters covered by Bankruptcy Rule 2002, with the exception of the following: (a) the Notice of Chapter 11 Bankruptcy Case (which includes notice of the Section 341 Meeting of Creditors); (b) a proposed use, sale, or lease of property of the estate other than a sale in the ordinary course of business; (c) any notices related to claims bar dates (including rejection damage claims); (d) the time fixed for filing objections and the hearing to consider approval of a disclosure statement or confirmation of a plan of reorganization or liquidation; and (e) notice of and transmittal of ballots for accepting or rejecting a Chapter 11 plan. The foregoing proceedings along

with any hearings on motions to dismiss or convert under 11 U.S.C. § 1112 of the Bankruptcy Code would be noticed to all creditors and parties in interest in accordance with Bankruptcy Rule 2002, unless otherwise ordered by the Court, or prescribed by the Bankruptcy Code.

5. Any party in interest shall be added to the Master Service List upon written request to the Debtors. The Debtors are directed to update the Master Service List to include the names and addresses of any creditor or party in interest who has made written request for service in this case in the manner set forth herein as such requests are made.

6. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

###

Copies furnished to:
Daniel F. Blanks, Esq.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4821-7934-1364 v.2~