**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**RMS TITANIC, INC.** *et al.,*[1]   Case No. 6:16-bk-02230-PMG
   Chapter 11

**Debtors.**   **Jointly Administered**

_____/

**APPLICABLE DEBTOR:**

**PREMIER EXHIBITIONS, INC,**   Case No. 6:16-bk-02232-PMG

**Debtor**
_____/

**ACTING UNITED STATES TRUSTEE'S**
**APPOINTMENT AND NOTICE OF APPOINTMENT**
**OF EQUITY SECURITY HOLDERS COMMITTEE**

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee, Guy G. Gebhardt, appoints the following members to serve on the equity security holders committee:

> Jonathan Heller
> 536 Sterling Street
> Newtown, PA 18940
> Phone: (215) 962-9596
> Email: jmheller1@verizon.net

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

1

Lawndale Capital Management, LLC
c/o Andrew Shapiro
591 Redwood Highway #2345
Mill Valley, CA 94941
Phone: (415) 389-8258
Fax: (415) 389-0180
Email: AEShapiro@Lawndalecap.com

Ian Jacobs
5015 Underwood Avenue
Omaha, NE 68132
Phone: (402) 408-9780
Email: ianvjacobs@aol.com

ACK Investments, LLC
c/o Thomas J. Kraus
1512 Woodridge Place
Birmingham, AL 35216
Phone: 205-492-8430
Email: TJKraus@yahoo.com
Alternate Email: Kraus.Thomas@gmail.com

Frank Gerber
99 Via Los Atos
Tiburon, CA 94920
Phone: 415-509-2141
Email: frank@gerbersf.com

DATED:   August 24, 2016

        RESPECTFULLY SUBMITTED,

        GUY G. GEBHARDT
        ACTING UNITED STATES TRUSTEE
        REGION 21

        /s/  Scott Bomkamp
        Scott Bomkamp, Trial Attorney
        Indiana Bar No.: 28475-49
        Office of the United States Trustee
        U.S. Department of Justice
        George C. Young Federal Building
        400 West Washington Street, Suite 1100
        Orlando, FL 32801
        Telephone No.:   (407) 648-6301, Ext. 150
        Facsimile No.:    (407) 648-6323
        Email: Scott.E.Bomkamp@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 24, 2016 I have caused a true and correct copy of the foregoing to be served through CM/ECF on parties having appeared electronically in the instant matter and by First Class Mail on the parties appearing above.

        /s/  Scott Bomkamp
        Scott Bomkamp, Trial Attorney