ORDERED.

Dated: September 15, 2016

*Paul M. Glenn*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

### ORDER GRANTING JOINT MOTION OF DEBTORS AND CREDITOR 417 FIFTH AVE REAL ESTATE, LLC FOR ORDER REFERRING MATTER TO MEDIATION

THIS PROCEEDING came on for hearing on September 8, 2016 at 10:00 am on the Joint Motion of Debtors and Creditor 417 Fifth Ave Real Estate, LLC for Order Referring Matter to Mediation [D.E. 170] ("Motion").

Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

2

2. Mediation shall occur within the next sixty (60) days at a mutually agreeable location, date and time.

3. The parties shall mutually agree on the selection of a mediator.

4. If the parties are unable to mutually agree to a location, date or time or the selection of a mediator, the Court reserves jurisdiction over this matter.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

###

Copies furnished to:

Daniel F. Blanks, Esq.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4829-5454-5976 v.1~