ORDERED.

Dated: September 16, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

### ORDER GRANTING MOTION FOR CONTINUANCE

This case is before the Court upon the Motion for Continuance filed by Debtors.

Good cause having been shown, it is

**ORDERED:**

1. The Motion for Continuance is granted.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

2

2.	The hearing currently scheduled in this case for September 22, 2016 at 1:30 p.m. at the United States Courthouse, 300 N. Hogan Street, 4th Floor, Courtroom 4A, Jacksonville, Florida 322n02, is continued to November 21, 2016 at 1:30 pm at the United States Courthouse, 300 N. Hogan Street, 4th Floor, Courtroom 4A, Jacksonville, Florida.

###

Copies furnished to:

Daniel F. Blanks, Esq.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4832-9416-6328 v.1~