UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

        Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

**APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a), 328(a) and 1107(b) AUTHORIZING EMPLOYMENT AND RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC AS FINANCIAL ADVISORS AND CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE DATE HEREOF**

RMS Titanic, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned case (collectively, the "Debtors"), by undersigned counsel, pursuant to 11 U.S.C. §§ 105(a) and 363(b), file this Application for Order Authorizing Retention of GlassRatner Advisory & Capital Group, LLC (the "Application") seeking an order authorizing the retention of the firm of GlassRatner Advisory & Capital Group, LLC ("GlassRatner") to provide restructuring management services and Ronald L. Glass ("Mr. Glass") as Chief Restructuring Officer ("CRO"). In support of this Application, the Debtors respectfully represent as follows:

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

**JURSIDICTION AND VENUE**

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 327(a), 328(a) and 1107(b) of Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016.

**BACKGROUND**

3. On June 14, 2016 (the "Petition Date"), the Debtors each filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case (the "Bankruptcy Case").

4. The Debtors continue to operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5. No trustee or examiner has been appointed in the Bankruptcy Case.

6. The factual background relating to the Debtors, including its current and historical business operations, and the events precipitating the chapter 11 filing, are set forth in the *Chapter 11 Case Management Summary* (the "Case Summary"), which is incorporated herein by reference.

**RELIEF REQUESTED**

7. By this Application, the Debtors seek entry of an order pursuant to sections 327(a), 328(a) and 1107(b) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016 authorizing the Debtors to retain and employ GlassRatner as financial advisors and Mr. Glass as CRO effective as of the date hereof.

8.      Mr. Glass and GlassRatner have extensive experience in providing restructuring advisory services in reorganization proceedings and have an excellent reputation for the services they have rendered in Chapter 11 cases on behalf of debtors and creditors throughout the United States. The compensation arrangement is consistent with, and typical of, arrangements entered into by GlassRatner and other restructuring and consulting firms with respect to rendering similar services for clients such as the Debtors.

9.      Mr. Glass began his career in turnaround and crisis management in 1974 as Vice President of Great American Mortgage Investors, the third largest real estate investment trust in the country. Mr. Glass formulated and implemented an asset exchange program that allowed Great American to reduce its debt by more than $200 million and substantially reduce the number of unsecured creditors. Mr. Glass continued with Great American assisting the Company through a Chapter 11 filing and a successful plan of arrangement.

10.     In 1978, Mr. Glass accepted an assignment from NCNB Mortgage (Bank of America) to evaluate and liquidate a major land holding in Augusta, Georgia. In 1981, Mr. Glass returned to Great American as the Chief Operating Officer at the request of Sam Zell, who had recently acquired control of the company. During his initial eighteen months as COO, the company's general and administrative expenses were reduced by more than 50%, the company was stabilized and the stock price increased three-fold from $6.50 to $18.50 per share. Mr. Glass continued with Great American, as it became a diversified holding company involved in manufacturing, agri-chemicals, financial services and real estate. The company was ultimately taken private at $55.00 per share.

11.     From 1981 until 1997, Mr. Glass held positions as COO and/or Executive Vice President of numerous entities controlled by Sam Zell, one of the most successful turnaround

3

and deal makers in America. As part of the executive group, he was privy to the structuring of several high profile investments, including: The formation of the Zell/Merrill Opportunity Funds, which raised more than $1.5 billion of equity for the acquisition of commercial office buildings and apartments valued at over $6 billion. Some of the more notable transactions and turnarounds included well-known companies such as Revco Drugs, Schwinn Bicycle Company, Jacor Communications, The Broadway Stores, and Midway Airlines.

12. During Mr. Glass's employment with the Zell Organization, Mr. Glass participated in the following transactions:

- Liquidation of a multi-location hotel operating company with assets in excess of $100 million

- Liquidation of $175 million multi-family portfolio, a $225 million shopping center portfolio, and a $220 million office portfolio

13. GlassRatner is regularly engaged to assist financially troubled companies across the United States. Mr. Glass has been personally involved in bankruptcy cases and out-of-court restructurings throughout the United States, including in the Eleventh Circuit. He has served as Chief Restructuring Officer, Trustee, and Receiver in multiple engagements since 1988.

14. Based on the foregoing, the Debtors believe the engagement of GlassRatner, and Mr. Glass as CRO is the best interest of the estates and its creditors.

## APPLICABLE AUTHORITY

15. Glass Rather shall provide the following services for the Debtors:

a. <u>Duties and Powers.</u>

   i. The CRO shall perform a financial review of the Debtors, including but not limited to a review and assessment of financial information that has been, and that will be, provided by the Debtors to their creditors, including without limitation its short and long-term projected cash flows,

4

    and shall assist the Debtors in developing, refining and implementing its business plans, and the CRO shall have the power to implement such business plans;

    ii. The CRO shall assist in the identification of cost reduction and operations improvement opportunities and the CRO shall have the power and authority to implement such cost reduction recommendations; and

    iii. The CRO shall develop possible restructuring plans or strategic alternatives for maximizing the enterprise value of the Debtors' various business lines, the CRO shall determine which plan(s) or alternative(s) are appropriate under the circumstances and the CRO shall use commercially reasonable efforts to attempt to implement such plan(s) or alternative(s).

## **PROFESSIONAL COMPENSATION**

16. In connection with this representation, the Debtors have agreed to pay GlassRatner its ordinary hourly rates for matters of this nature, with a blended rate of $375 per hour for services in this matter. The Debtors also have agreed to reimburse GlassRatner for expenses and advances made on the Debtors' behalf. The Debtors believe these rates are reasonable and commensurate with the hourly rates of other firms of similar size and expertise.

## **LEGAL AUTHORITY**

17. Section 327(e) of the Bankruptcy Code provides that a debtor in possession, subject to court approval:

> [M]ay employ, for a specified special purpose, other than to represent the [debtor in possession] in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C. § 327(e).

18. Moreover, Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R Bankr. P. 2014(a).

19. The Debtors have selected GlassRatner as their financial advisors because of GlassRatner's experience with respect to such matters. The Debtors believe that GlassRatner's retention is in the best interests of their estates.

20. Accordingly, the Debtors believe that GlassRatner is qualified to provide the specialized services sought by the Debtors. Moreover, as discussed in more detail above, GlassRatner asserts that to the best of its knowledge, information and belief, at the time of the filing of this Application, GlassRatner does not represent or hold any interest adverse to the Debtors with respect to matters on which GlassRatner is to be employed and will disclose any conflicts that may arise in the future or of which it becomes aware and will not represent any party with interests adverse to the Debtors with regard to the matters on which it is to be retained. Thus, the retention of GlassRatner is in the best interests of the Debtors, the Debtors' estates, and all other parties in interest.

## **NO PRIOR REQUEST**

21. No prior application for the relief requested herein has been made to this or any other court.

## **NOTICE**

22. Notice of this Motion will be provided to all parties entitled to notice pursuant to that certain Order Granting Motion for Approval Pursuant to 11 U.S.C. 105(a) and Rule 2002 Establishing Notice Procedures [D.E. 140].

WHEREFORE, the Debtors respectfully request that the Court enter an order: (i) authorizing the Debtors to retain GlassRatner as financial advisor and Ronald L. Glass as Chief Restructuring Officer, and (ii) granting such other and further relief as is just and proper.

NELSON MULLINS RILEY
& SCARBOROUGH LLP

By       */s/ Daniel F. Blanks*
Daniel F. Blanks (FL Bar No. 88957)
Lee D. Wedekind, III (FL Bar No. 670588)
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
(904) 665-3656 (direct)
(904) 665-3699 (fax)
daniel.blanks@nelsonmullins.com
lee.wedekind@nelsonmullins.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on September 30, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite 900
Atlanta GA 30326
(404) 842-7625
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdojgov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

Andrew T. Jenkins, Esq.  
Bush Ross, P.A.  
P.O. Box 3913  
Tampa, FL 33601-3913  
(813) 224-9255  
ajenkins@bushross.com  
*Attorneys for Bank of America, N.A*

Theodore B. Randles, Esq.  
U.S. Dept. of Justice  
1100 L Street NW, Suite 10060  
Washington, DC 20005  
(202) 307-3242  
Theodore.B.Randles@usdoj.gov  
*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration*

Kathy A. Jorrie, Esq.  
Pillsbury Winthrop Shaw Pittman LLP  
725 S. Figueroa Street, Suite 2800  
Los Angeles, CA 90017  
(213) 488-7251  
Kathy.jorrie@pillsburylaw.com  
*Attorneys for AEG Live, Inc.*

Brian D. Equi, Esq.  
Goldberg Segalla, LLP  
121 S. Orange Avenue, Suite 1500  
Orlando, FL 32801  
(407) 458-5608  
bequi@goldbergsegalla.com  
salamina@goldbergsegalla.com  
sherndon@goldbergsegalla.com  
*Attorneys for Structure Tone, Inc.*

J. Ellsworth Summers, Jr., Esq.  
Burr Forman, LLP  
50 N. Laura Street, Suite 3000  
Jacksonville, FL 32202  
(904) 232-7200  
esummers@burr.com  
*Attorneys for Michael J. Little*

Norman P. Fivel, Esq.  
Assistant Attorney General  
Office of the New York State Attorney General  
Civil Recoveries Bureau, Bankruptcy Litigation Unit  
The Capitol  
Albany, NY 12224-0341  
(518) 776-2264  
norman.fivel@ag.ny.gov  
*Attorneys for New York Dept. of Taxation and Finance*

D. Marcus Braswell, Jr., Esq.  
Sugarman & Susskind, P.A.  
100 Miracle Mile, Suite 300  
Coral Gables, FL 33134  
(305) 529-2801  
mbraswell@sugarmansusskind.com  
*Attorneys for Theatrical Protective Union, Local No. One, IATSE*

Chris Broussard, Esq.  
Suzy Tate, Esq.  
Suzy Tate, P.A.  
14502 N. Dale Mabry Highway, Suite 200  
Tampa, FL 33618  
(813) 264-1685  
cbrouss@suzytate.com  
suzy@suzytate.com  
*Attorneys for The Armada Group GP, Inc.*

Richard R. Thames, Esq.  
Thames Markey & Heekin, P.A.  
50 N. Laura Street, Suite 1600  
Jacksonville, FL 32202  
(904) 358-4000  
rrt@tmhlaw.net  
rah@tmhlaw.net  
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.  
Jeffrey Chubak, Esq.  
Storch Amini & Munves PC  
140 East 45th Street, 25th Floor  
New York, NY 10017  
(212) 490-4100  
asamet@samlegal.com  
jchubak@samlegal.com  
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.  
Roye Zur, Esq.  
Landau Gottfried & Berger LLP  
1801 Century Park East, Suite 700  
Los Angeles, CA 90067  
(310) 557-0050  
pgurfein@lgbfirm.com  
rzur@lgbfirm.com  
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

**Via U.S. Mail**

A-1 Storage and Crane  
2482 197th Avenue  
Manchester, IA 52057

ABC Imaging  
1155 21st Street NW  
Suite M400  
Washington, DC 20036

A.N. Deringer, Inc.  
PO Box 11349  
Succursale Centre-Ville  
Montreal, QC H3C 5H1

ATS, Inc.  
1900 W. Anaheim Street  
Long Beach, CA 90813

Broadway Video  
30 Rockefeller Plaza  
54th Floor  
New York, NY 10112

CBS Outdoor/Outfront Media  
185 US Highway 48  
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street
20th Floor
Vancouver, BC V6C 3R8

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

Gowling Lafleuer Henderson
550-2300 Burrard Street
Vancouver, BC V6C 2B5

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

| | |
|---|---|
| Syzygy3, Inc.<br>1350 6th Avenue<br>2nd Floor<br>New York, NY 10019 | Time Out New York<br>475 Tenth Avenue<br>12th Floor<br>New York, NY 10018 |
| TPL<br>3340 Peachtree Road<br>Suite 2140<br>Atlanta, GA 30326 | TSX Operating Co.<br>70 West 40th Street<br>9th Floor<br>New York, NY 10018 |
| Verifone, Inc.<br>300 S. Park Place Blvd.<br>Clearwater, FL 33759 | Sam Weiser<br>565 Willow Road<br>Winnetka, IL 60093 |
| WNBC - NBC Universal Media<br>30 Rockefeller Center<br>New York, NY 10112 | United States Attorney's Office<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, FL 32202 |
| Jonathan B. Ross, Esq.<br>Gowling WLG (Canada) LLP<br>550 Burrard Street, Suite 2300, Bentall 5<br>Vancouver, BC V6C 2B5 | Christine R. Etheridge, Esq.<br>Bankruptcy Administration<br>Wells Fargo Vendor Financial Services, LLC<br>PO Box 13708<br>Macon, GA 31208 |
| TSX Operating Co., LLC<br>c/o James Sanna<br>70 W. 40th Street<br>New York, NY 10018<br>***Creditor Committee*** | Dallian Hoffen Biotechnique Co., Ltd.<br>c/o Ezra B. Jones<br>305 Crosstree Lane<br>Atlanta, GA 30328<br>***Creditor Committee*** |
| B.E. Capital Management Fund LP<br>Thomas Branziel<br>205 East 42nd Street , 14th Floor<br>New York, NY 10017<br>***Creditor Committee*** | Jacob Brown, Esq.<br>Katherine Fackler, Esq.<br>Akerman LLP<br>50 N. Laura Street, Suite 3100<br>Jacksonville, FL 32202<br>***Official Committee of Equity Security Holders*** |

                                       */s/ Daniel F. Blanks*
                                              Attorney

~#4835-0119-0713 v.1~