UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

CERTIFICATION OF NECESSITY OF
REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**Debtors' Emergency Amended Motion for Extension of Exclusivity and Request for Emergency Hearing [D.E. 260]**

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 5th day of October, 2016.

                            NELSON MULLINS RILEY
                            & SCARBOROUGH LLP

                        By      */s/ Daniel F. Blanks*
                            Daniel F. Blanks (FL Bar No. 88957)
                            Lee D. Wedekind, III (FL Bar No. 670588)
                            50 N. Laura Street, Suite 4100
                            Jacksonville, Florida 32202
                            (904) 665-3656 (direct)
                            (904) 665-3699 (fax)
                            daniel.blanks@nelsonmullins.com
                            lee.wedekind@nelsonmullins.com

                            *Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 5, 2016.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite  900
Atlanta GA 30326
(404) 842-7625
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdojgov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

| | |
|---|---|
| Andrew T. Jenkins, Esq.<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>(813) 224-9255<br>ajenkins@bushross.com<br>*Attorneys for Bank of America, N.A* | Theodore B. Randles, Esq.<br>U.S. Dept. of Justice<br>1100 L Street NW, Suite 10060<br>Washington, DC 20005<br>(202) 307-3242<br>Theodore.B.Randles@usdoj.gov<br>*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration* |
| Kathy A. Jorrie, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>(213) 488-7251<br>Kathy.jorrie@pillsburylaw.com<br>*Attorneys for AEG Live, Inc.* | Brian D. Equi, Esq.<br>Goldberg Segalla, LLP<br>121 S. Orange Avenue, Suite 1500<br>Orlando, FL 32801<br>(407) 458-5608<br>bequi@goldbergsegalla.com<br>salamina@goldbergsegalla.com<br>sherndon@goldbergsegalla.com<br>*Attorneys for Structure Tone, Inc.* |
| J. Ellsworth Summers, Jr., Esq.<br>Burr Forman, LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202<br>(904) 232-7200<br>esummers@burr.com<br>*Attorneys for Michael J. Little* | Norman P. Fivel, Esq.<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341<br>(518) 776-2264<br>norman.fivel@ag.ny.gov<br>*Attorneys for New York Dept. of Taxation and Finance* |
| D. Marcus Braswell, Jr., Esq.<br>Sugarman & Susskind, P.A.<br>100 Miracle Mile, Suite 300<br>Coral Gables, FL 33134<br>(305) 529-2801<br>mbraswell@sugarmansusskind.com<br>*Attorneys for Theatrical Protective Union, Local No. One, IATSE* | Chris Broussard, Esq.<br>Suzy Tate, Esq.<br>Suzy Tate, P.A.<br>14502 N. Dale Mabry Highway, Suite 200<br>Tampa, FL 33618<br>(813) 264-1685<br>cbrouss@suzytate.com<br>suzy@suzytate.com<br>*Attorneys for The Armada Group GP, Inc.* |

Richard R. Thames, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

**Via U.S. Mail**

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

ABC Imaging
1155 21st Street NW
Suite M400
Washington, DC 20036

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

5

Dentons Canada LLP
250 Howe Street
20th Floor
Vancouver, BC V6C 3R8

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

Gowling Lafleuer Henderson
550-2300 Burrard Street
Vancouver, BC V6C 2B5

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Syzygy3, Inc.  
1350 6th Avenue  
2nd Floor  
New York, NY 10019  

TPL  
3340 Peachtree Road  
Suite 2140  
Atlanta, GA 30326  

Verifone, Inc.  
300 S. Park Place Blvd.  
Clearwater, FL 33759  

WNBC - NBC Universal Media  
30 Rockefeller Center  
New York, NY 10112  

Jonathan B. Ross, Esq.  
Gowling WLG (Canada) LLP  
550 Burrard Street, Suite 2300, Bentall 5  
Vancouver, BC V6C 2B5  

TSX Operating Co., LLC  
c/o James Sanna  
70 W. 40th Street  
New York, NY 10018  
*Creditor Committee*  

B.E. Capital Management Fund LP  
Thomas Branziel  
205 East 42nd Street , 14th Floor  
New York, NY 10017  
*Creditor Committee*  

Time Out New York  
475 Tenth Avenue  
12th Floor  
New York, NY 10018  

TSX Operating Co.  
70 West 40th Street  
9th Floor  
New York, NY 10018  

Sam Weiser  
565 Willow Road  
Winnetka, IL 60093  

United States Attorney's Office  
Middle District of Florida  
300 N. Hogan Street, Suite 700  
Jacksonville, FL 32202  

Christine R. Etheridge, Esq.  
Bankruptcy Administration  
Wells Fargo Vendor Financial Services, LLC  
PO Box 13708  
Macon, GA 31208  

Dallian Hoffen Biotechnique Co., Ltd.  
c/o Ezra B. Jones  
305 Crosstree Lane  
Atlanta, GA 30328  
*Creditor Committee*  

Jacob Brown, Esq.  
Katherine Fackler, Esq.  
Akerman LLP  
50 N. Laura Street, Suite 3100  
Jacksonville, FL 32202  
*Official Committee of Equity Security Holders*  

                                          */s/ Daniel F. Blanks*  
                                                  Attorney  

~#4835-4901-1002 v.1~