ORDERED.

**Dated: October 12, 2016**

Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

**BRIDGE ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS**

Upon consideration of the Debtors' request for a bridge order pursuant to Bankruptcy Code section 1121(d) extending their exclusive period to file a chapter 11 plan and solicit acceptances thereof through October 25, 2016, the original hearing date scheduled for the *Debtors' Motion for Extension of Exclusivity*, filed September 30, 2016 [ECF No. 246] (the "Motion"); and the Debtors having represented that the Official Committees of Unsecured Creditors and Equity Security Holders (the "Committees") have consented to entry of this order.

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Accordingly, it is

**ORDERED:**

1. The Debtors' request for a short extension of exclusivity until the hearing date on the Motion is GRANTED as set forth herein.

2. Pursuant to section 1121(d), the Debtors' exclusive period to file a plan under section 1121(b) and (c)(2) and to solicit acceptances thereof under section 1121(c)(3) is hereby extended through October 25, 2016, without prejudice to the Debtors' right to request further extensions.

3. The Debtors' request for an emergency hearing on the Motion, as refiled at ECF No. 260, is hereby deemed withdrawn, and the Motion shall be considered at the hearing scheduled for October 25, 2016 at 10:00 a.m.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The right of any party to object to the relief sought in the Motion is not waived.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4825-7569-4906 v.2~