**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **November 21, 2016 at 1:30 pm** in Courtroom 4A, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, to consider and act upon the following and transact such other business that may come before the court:

1. **Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a), 328(a) and 1107(b) Authorizing Employment and Retention of GlassRatner Advisory & Capital Group LLC as Financial Advisors and Chief Restructuring Officer for the Debtors in Possession Effective as of the Date Hereof [D.E. 247]**

The hearing may be continued upon announcement made in open Court without further notice.

**Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

                        NELSON MULLINS RILEY
                        & SCARBOROUGH LLP

By       */s/ Daniel F. Blanks*
       Daniel F. Blanks (FL Bar No. 88957)
       Lee D. Wedekind, III (FL Bar No. 670588)
       50 N. Laura Street, Suite 4100
       Jacksonville, Florida 32202
       (904) 665-3656 (direct)
       (904) 665-3699 (fax)
       daniel.blanks@nelsonmullins.com
       lee.wedekind@nelsonmullins.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 24, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite 900
Atlanta GA 30326
(404) 842-7625
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdojgov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

| | |
|---|---|
| Andrew T. Jenkins, Esq.<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>(813) 224-9255<br>ajenkins@bushross.com<br>*Attorneys for Bank of America, N.A* | Theodore B. Randles, Esq.<br>U.S. Dept. of Justice<br>1100 L Street NW, Suite 10060<br>Washington, DC 20005<br>(202) 307-3242<br>Theodore.B.Randles@usdoj.gov<br>*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration* |
| Kathy A. Jorrie, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>(213) 488-7251<br>Kathy.jorrie@pillsburylaw.com<br>*Attorneys for AEG Live, Inc.* | Brian D. Equi, Esq.<br>Goldberg Segalla, LLP<br>121 S. Orange Avenue, Suite 1500<br>Orlando, FL 32801<br>(407) 458-5608<br>bequi@goldbergsegalla.com<br>salamina@goldbergsegalla.com<br>sherndon@goldbergsegalla.com<br>*Attorneys for Structure Tone, Inc.* |
| J. Ellsworth Summers, Jr., Esq.<br>Burr Forman, LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202<br>(904) 232-7200<br>esummers@burr.com<br>*Attorneys for Michael J. Little* | Norman P. Fivel, Esq.<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341<br>(518) 776-2264<br>norman.fivel@ag.ny.gov<br>*Attorneys for New York Dept. of Taxation and Finance* |
| D. Marcus Braswell, Jr., Esq.<br>Sugarman & Susskind, P.A.<br>100 Miracle Mile, Suite 300<br>Coral Gables, FL 33134<br>(305) 529-2801<br>mbraswell@sugarmansusskind.com<br>*Attorneys for Theatrical Protective Union, Local No. One, IATSE* | Chris Broussard, Esq.<br>Suzy Tate, Esq.<br>Suzy Tate, P.A.<br>14502 N. Dale Mabry Highway, Suite 200<br>Tampa, FL 33618<br>(813) 264-1685<br>cbrouss@suzytate.com<br>suzy@suzytate.com<br>*Attorneys for The Armada Group GP, Inc.* |

4

Richard R. Thames, Esq.  
Thames Markey & Heekin, P.A.  
50 N. Laura Street, Suite 1600  
Jacksonville, FL 32202  
(904) 358-4000  
rrt@tmhlaw.net  
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.  
Jeffrey Chubak, Esq.  
Storch Amini & Munves PC  
140 East 45th Street, 25th Floor  
New York, NY 10017  
(212) 490-4100  
asamet@samlegal.com  
jchubak@samlegal.com  
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.  
Roye Zur, Esq.  
Landau Gottfried & Berger LLP  
1801 Century Park East, Suite 700  
Los Angeles, CA 90067  
(310) 557-0050  
pgurfein@lgbfirm.com  
rzur@lgbfirm.com  
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Jacob A. Brown, Esq.  
Katherine C. Fackler, Esq.  
Akerman LLP  
50 N. Laura Street, Suite 3100  
Jacksonville, FL 32202  
(904) 798-3700  
jacob.brown@akerman.com  
katherine.fackler@akerman.com  
*Attorneys for the Official Committee of Equity Security Holders*

**Via U.S. Mail**

A-1 Storage and Crane  
2482 197th Avenue  
Manchester, IA 52057

ABC Imaging  
1155 21st Street NW  
Suite M400  
Washington, DC 20036

A.N. Deringer, Inc.  
PO Box 11349  
Succursale Centre-Ville  
Montreal, QC H3C 5H1

ATS, Inc.  
1900 W. Anaheim Street  
Long Beach, CA 90813

Broadway Video  
30 Rockefeller Plaza  
54th Floor  
New York, NY 10112

CBS Outdoor/Outfront Media  
185 US Highway 48  
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Syzygy3, Inc.
1350 6th Avenue
2nd Floor
New York, NY 10019

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
*Creditor Committee*

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
*Creditor Committee*

Time Out New York
405 Park Avenue
New York, NY 10022

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

Samuel Weiser
565 Willow Raod
Winnetka, IL 60093

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202

Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
PO Box 13708
Macon, GA 31208

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
*Creditor Committee*

 

                     */s/ Daniel F. Blanks*
                              Attorney

~#4840-9212-0635 v.1~