ORDERED.

Dated: October 27, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

ORDER GRANTING DEBTORS'
MOTION FOR EXTENSION OF TIME TO
ASSUME OR REJECT UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY

THIS PROCEEDING came on for hearing on October 25, 2016 at 10:00 a.m. on the Debtors' Motion for Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and Request for Emergency Hearing [D.E. 245] ("Motion"). The Court having considered the Motion and the statement of counsel present, and it appearing that cause has been shown for the entry hereof and that no further notice need be given, and the Court being fully advised in the premises, it is

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

**ORDERED:**

1.  The Motion is GRANTED.

2.  The period established by Section 365(d)(4)(B) of the Bankruptcy Code during which the Debtors may assume or reject each of the Unexpired Leases (the "Assumption/Rejection Period") is extended to and including January 10, 2017 (or such later date as may be agreed in writing between the Debtors and any applicable lessor) (the "Extended Deadline").

3.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4829-4117-6379 v.1~