ORDERED.

Dated:  October 27, 2016

*Paul M. Glenn*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

ORDER GRANTING DEBTORS'
MOTION FOR EXTENSION OF EXCLUSIVITY

THIS PROCEEDING came on for hearing on October 25, 2016 at 10:00 a.m. on the Debtors' Motion for Extension of Exclusivity [D.E. 246] ("Motion"). The Court having considered the Motion and the statement of counsel present, and it appearing that cause has been shown for the entry hereof and that no further notice need be given, and the Court being fully advised in the premises, it is

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309).  The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

1

**ORDERED:**

1.    The Debtors' Motion is GRANTED.

2.    Pursuant to Section 1121(d), the Debtors' exclusive period to file a plan is extended through and including January 10, 2017.

3.    In the event a plan is filed prior to January 10, 2017, the Debtors' exclusive period to solicit acceptance thereof, pursuant to Section 1121(d), is extended through and including March 10, 2017.

4.    The relief granted in this Order is without prejudice to the rights, pursuant to Section 1121(d)(1) of the Bankruptcy Code, of (a) the Debtors to seek further extensions of the Exclusive Periods and (b) parties in interest to seek to shorten or terminate the Exclusive Periods.

5.    This Order shall be immediately effective and enforceable upon its entry.

6.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4837-1201-0811 v.1~