ORDERED.

Dated: October 27, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

**ORDER GRANTING DEBTORS' MOTION FOR**
**ORDER AUTHORIZING DEBTORS ENTERING**
**INTO INSURANCE PREMIUM FINANCE AGREEMENT**

THIS PROCEEDING came on for hearing on October 25, 2016 at 10:00 a.m. on the Debtors' Motion for Order Authorizing Debtors Entering Into Insurance Premium Finance Agreement ("Agreement") with AFCO (Credit or Acceptance) Corporation ("AFCO") [D.E. 243] ("Motion"). The Court having considered the Motion and the statement of counsel present, and it appearing that cause has been

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

shown for the entry hereof and that no further notice need be given, and the Court being fully advised in the premises, it is

**ORDERED:**

1. The Motion is GRANTED.

2. Pursuant to Section 364(c)(2) of the Bankruptcy Code, the Debtors are hereby authorized to enter into the Agreement, a copy of which is annexed hereto and made a part hereof.

3. The Debtors are hereby directed to pay AFCO all sums due pursuant to the Agreement.

4. The full rights of AFCO pursuant to the Agreement and controlling state law be and the same hereby are fully preserved and protected and are and shall remain unimpaired by the pendency of the bankruptcy case or any subsequent conversion of this proceeding to a Chapter 7 or any subsequent appointment of a trustee.

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.