**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG

Chapter 11 (Jointly Administered)

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **January 9, 2017 at 1:30 pm** in Courtroom 4A, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, to consider and act upon the following and transact such other business that may come before the court:

1. Debtors' Motion for Order (i) Authorizing Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (ii) Granting Adequate Protection to Pre-Petition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363 [D.E. 370]

The hearing may be continued upon announcement made in open Court without further notice.

**Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

NELSON MULLINS RILEY
& SCARBOROUGH LLP

By       */s/ Daniel F. Blanks*
Daniel F. Blanks (FL Bar No. 88957)
Lee D. Wedekind, III (FL Bar No. 670588)
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
(904) 665-3656 (direct)
(904) 665-3699 (fax)
daniel.blanks@nelsonmullins.com
lee.wedekind@nelsonmullins.com

*Counsel for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on December 8, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite 900
Atlanta GA 30326
(404) 842-7625
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdojgov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

| | |
|---|---|
| Andrew T. Jenkins, Esq.<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>(813) 224-9255<br>ajenkins@bushross.com<br>*Attorneys for Bank of America, N.A* | Theodore B. Randles, Esq.<br>U.S. Dept. of Justice<br>1100 L Street NW, Suite 10060<br>Washington, DC 20005<br>(202) 307-3242<br>Theodore.B.Randles@usdoj.gov<br>*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration* |
| Kathy A. Jorrie, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>(213) 488-7251<br>Kathy.jorrie@pillsburylaw.com<br>*Attorneys for AEG Live, Inc.* | Brian D. Equi, Esq.<br>Goldberg Segalla, LLP<br>121 S. Orange Avenue, Suite 1500<br>Orlando, FL 32801<br>(407) 458-5608<br>bequi@goldbergsegalla.com<br>salamina@goldbergsegalla.com<br>sherndon@goldbergsegalla.com<br>*Attorneys for Structure Tone, Inc.* |
| J. Ellsworth Summers, Jr., Esq.<br>Burr Forman, LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202<br>(904) 232-7200<br>esummers@burr.com<br>*Attorneys for Michael J. Little* | Norman P. Fivel, Esq.<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341<br>(518) 776-2264<br>norman.fivel@ag.ny.gov<br>*Attorneys for New York Dept. of Taxation and Finance* |
| D. Marcus Braswell, Jr., Esq.<br>Sugarman & Susskind, P.A.<br>100 Miracle Mile, Suite 300<br>Coral Gables, FL 33134<br>(305) 529-2801<br>mbraswell@sugarmansusskind.com<br>*Attorneys for Theatrical Protective Union, Local No. One, IATSE* | Chris Broussard, Esq.<br>Suzy Tate, Esq.<br>Suzy Tate, P.A.<br>14502 N. Dale Mabry Highway, Suite 200<br>Tampa, FL 33618<br>(813) 264-1685<br>cbrouss@suzytate.com<br>suzy@suzytate.com<br>*Attorneys for The Armada Group GP, Inc.* |

Richard R. Thames, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Skyler M. Tanner, Esq.
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
tanners@lanepowell.com
beldingt@lanepowell.com
docketing-pdx@lanepowell.com
*Attorneys for Oregon Museum of Science and Industry*

T. David Mitchell, Esq.
Brenner Kaprosy Mitchell, L.L.P.
30050 Chagrin Blvd., Suite 100
Pepper Pike, OH 44124
(216) 292-5555
tdmitchell@brenner-law.com
***Attorneys for CRI Properties, Ltd.***

Howard Siegel, Esq.
945 McKinney Street, PMB 434
Houston, TX 77002
(713) 984-4801
howard@eucinv.com
*Attorney for Euclid Investments, LP And Euclid Claims Recovery LLC*

5

**Via U.S. Mail**

| | |
|---|---|
| A-1 Storage and Crane<br>2482 197th Avenue<br>Manchester, IA 52057 | ABC Imaging<br>1155 21st Street NW<br>Suite M400<br>Washington, DC 20036 |
| A.N. Deringer, Inc.<br>PO Box 11349<br>Succursale Centre-Ville<br>Montreal, QC H3C 5H1 | ATS, Inc.<br>1900 W. Anaheim Street<br>Long Beach, CA 90813 |
| Broadway Video<br>30 Rockefeller Plaza<br>54th Floor<br>New York, NY 10112 | CBS Outdoor/Outfront Media<br>185 US Highway 48<br>Fairfield, NJ 07004 |
| Dentons Canada LLP<br>250 Howe Street, 20th Floor<br>Vancouver, BC V6C 3R8 | Enterprise Rent-A-Car Canada<br>709 Miner Avenue<br>Scarborough, ON M1B 6B6 |
| Expedia, Inc.<br>10190 Covington Cross Drive<br>Las Vegas, NV 89144 | George Young Company<br>509 Heron Drive<br>Swedesboro, NJ 08085 |
| Gowlings<br>550 Burrard Street<br>Suite 2300, Bental 5<br>Vancouver, BC V6C 2B5 | Hoffen Global Ltd.<br>305 Crosstree Lane<br>Atlanta, GA 30328 |
| Kirvin Doak Communications<br>5230 W. Patrick Lane<br>Las Vegas, NV 89118 | MNP LLP<br>15303 - 31st Avenue<br>Suite 301<br>Surrey, BC V3Z 6X2 |
| Morris Visitor Publications<br>PO Box 1584<br>Augusta, GA 30903 | NASDAQ Stock Market, LLC<br>805 King Farm Blvd.<br>Rockville, MD 20850 |
| National Geographic Society<br>1145 - 17th Avenue NW<br>Washington, DC 20036 | NYC Dept. of Finance<br>PO Box 3646<br>New York, NY 10008 |

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Syzygy3, Inc.
231 West 29th Street
Suite 606
New York, NY 10001

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Time Out New York
405 Park Avenue
New York, NY 10022

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

Samuel Weiser
565 Willow Raod
Winnetka, IL 60093

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202

Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
PO Box 13708
Macon, GA 31208

8

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
*Creditor Committee*

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
*Creditor Committee*

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
*Creditor Committee*

                                          */s/ Daniel F. Blanks*
                                               Attorney

~#4850-5873-2349~