B26 (Official Form 26) (12/08)

# United States Bankruptcy Court

### Middle District of Florida
### Jacksonville Division

In re  RMS Titanic, Inc. , et al                                    Case No. 3:16-bk-02230-PMG
Debtor                                                                      Chapter 11 (Jointly Administered)

### PERIODIC REPORT REGARDING VALUE, OPERATIONS AND
### PROFITABILITY OF CERTAIN NON-PUBLIC, NON-DEBTOR ENTITIES IN WHICH THE DEBTORS HOLD A
### SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of November 30, 2016 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of RMS Titanic, Inc. , et al holds a substantial or controlling interest in the following non-public, non-Debtor entities:

| Name of Entity | Interest of the Estate | | |
|---|---|---|---|
| 1032403 B.C. Ltd. | 100% | | |
| Dinoking Tech Inc. | 100% (indirectly) | | |
| Dinoking International, Inc. | 100% (indirectly) | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

**B26 (Official Form 26) (12/08) – Cont. 2**

The undersigned, having reviewed the above listing of entities in which the estate of RMS Titanic, Inc., et al holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his knowledge.

Date: _Dec. 20, 2016_

_____
Jerome S. Henshall
Chief Financial Officer

**Exhibit A**
**Valuation Estimate for Entities**

| Name of Entity | Interest of the Estate | | Net Book Value CDN$ |
|---|---|---|---|
| 1032403 B.C. Ltd. | 100% | | 2,139,832 |
| Dinoking Tech Inc. | 100% (indirectly) | | 1.060.131 |
| Dinoking International, Inc. | 100% (indirectly) | | (254) |

The basis for the valuation of each entity is the net book value calculated as total liabilities of each entity subtracted from its total assets as at November 30, 2016.  The book balances for the assets and liabilities for each entity are maintained based on historical cost.  The Debtors have no current available valuation analyses.

The net book value is based on unaudited financial statements prepared for internal purposes only.

These unaudited statements will require either changes and/or more disclosures in order to be in accordance with Canadian or U.S. Generally Accepted Accounting Principles (GAAP). None of the entities above have been prepared on a consolidated or combined basis.

The intercompany accounts with the Debtor have been reconciled each month.

**Exhibit B**

**Unaudited Financial Statements**
**CDN $**

1032403 B.C. Ltd. – November 30, 2016
Unaudited Balance Sheet
No Profit & Loss – holding company – no transactions

Dinoking Tech Inc. – November 30, 2016
Unaudited Balance Sheet
Unaudited Profit & Loss – Month of November 2016
Unaudited Profit & Loss – YTD (January 2016 to November 31, 2016)

Dinotech International, Inc. – November 30, 2016
Unaudited Balance Sheet
Unaudited Profit & Loss – Month of November 2016
Unaudited Profit & Loss – YTD (January 1, 2016 to November 2016)

**NOTICE TO READERS**

The accompanying unaudited statements have been compiled for internal purposes only. These
statements are for the legal entity only and are not prepared on a consolidated basis.
They have not been reviewed or audited by external accountants or auditors.
Readers are cautioned these statements may not be suitable for their purpose.

**10:40 AM**

**10/19/16**

**Accrual Basis**

As Of
June 30 2016
July 31 2016
August 31 2016
September 30 2016
October 31, 2016
November 30, 2016

# 1032403 B.C. Ltd.
# Balance Sheet
### As of December 31, 2015
## UNAUDITED

| | Dec 31, 15 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Other Current Assets** | |
|       **14601 · Due from Premier Exhibitions** | 1.31 |
|       **17000 · Investment in Dinoking Tech Inc** | |
|         **17100 · Common shares** | 1,941,601.64 |
|         **17105 · Class A Preferred Shares** | 198,228.73 |
|       **Total 17000 · Investment in Dinoking Tech Inc** | 2,139,830.37 |
|     **Total Other Current Assets** | 2,139,831.68 |
|   **Total Current Assets** | 2,139,831.68 |
| **TOTAL ASSETS** | **2,139,831.68** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     **30000 · Share capital** | |
|       **30100 · Common shares** | 1.31 |
|       **30200 · Exchangeable Shares** | 2,139,830.37 |
|     **Total 30000 · Share capital** | 2,139,831.68 |
|   **Total Equity** | 2,139,831.68 |
| **TOTAL LIABILITIES & EQUITY** | **2,139,831.68** |

**HOLDING COMPANY - NO TRANSACTIONS SINCE  NOVEMBER 1, 2015**

11:24 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Balance Sheet
### As of November 30, 2016

<span style="color:red">UNAUDITED</span>

|  | Nov 30, 16 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Chequing/Savings** | |
|       **10000 · Cash in hand and at bank** | |
|         **10100 · CAD Cash** | |
|           10105 · TD Bank CAD ***9901 | 90,600.87 |
|           10116 · TD Bank CAD - ATM ***9928 | 992.81 |
|           10125 · TD Bank CAD ATM ***9516 | 970.33 |
|           10160 · Euro Cash | 11.87 |
|           10180 · Petty Cash Can $ | 193.44 |
|         **Total 10100 · CAD Cash** | 92,769.32 |
|         **10200 · Cash USD** | |
|           **10211 · TD Bank USD ***5720** | |
|             10211.1 · Fx on 10211.1 | 50,695.33 |
|             10211 · TD Bank USD ***5720 - Other | 147,972.35 |
|           **Total 10211 · TD Bank USD ***5720** | 198,667.68 |
|           **10212 · Bmo Harris Bank DK USD** | |
|             10212.1 · FX on 10212 BMO Harris Bank DK USD | 4,298.37 |
|             10212 · Bmo Harris Bank DK USD - Other | 12,546.31 |
|           **Total 10212 · Bmo Harris Bank DK USD** | 16,844.68 |
|           **10215 · Petty Cash USD $** | 10.47 |
|         **Total 10200 · Cash USD** | 215,522.83 |
|       **Total 10000 · Cash in hand and at bank** | 308,292.15 |
|     **Total Chequing/Savings** | 308,292.15 |
|     **Accounts Receivable** | |
|       11000 · Accounts Receivable | 380,846.85 |
|       11001 · Accounts Receivable - USD | 597,874.07 |
|     **Total Accounts Receivable** | 978,720.92 |
|     **Other Current Assets** | |
|       11001.2 · Accounts receivable USD FX | 204,831.66 |
|       **13000 · Deposit** | |
|         13264 · Deposit-Plan Direct Resources | 8,884.92 |
|         13299 · Deposit - General | 10,248.34 |
|       **Total 13000 · Deposit** | 19,133.26 |
|       **13500 · Expense advances** | |
|         13595 · Cash Advance -  Gengu Crew | 247.99 |
|         13605 · Advance - Daoping Bao | 610.53 |
|         **13900 · Vendor & Fixed Asset Advance** | |
|           13908 · Vendor Advance-Michael Bernard | 574.29 |
|           13910 · Advance to Misc Vendors | 9,733.85 |
|         **Total 13900 · Vendor & Fixed Asset Advance** | 10,308.14 |
|       **Total 13500 · Expense advances** | 11,166.66 |
|       **14100 · I/C Dinosaurs Unearthed  US$** | |
|         14101 · I/C Dinosaurs Unearthed exchang | -121,471.01 |
|         14100 · I/C Dinosaurs Unearthed  US$ - Other | -354,556.37 |
|       **Total 14100 · I/C Dinosaurs Unearthed  US$** | -476,027.38 |
|       **14200 · Due fromDinoking Tech Asia Inc.** | 5,000.00 |
|       **14201 · Due from Dinoking Tech Asia USD** | |
|         14201.1 · Due from DK Tech Asia USD FX | 445.38 |
|         14201 · Due from Dinoking Tech Asia USD - Other | 1,300.00 |
|       **Total 14201 · Due from Dinoking Tech Asia USD** | 1,745.38 |
|       **14300 · I/C Dinoking International Inc.** | 4,900.00 |

11:24 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
# Balance Sheet
### As of November 30, 2016

|  | Nov 30, 16 |  |
|---|---:|---:|
| **14301 · I/C Dinoking International USD** |  |  |
| 14301.1 · I/C Dinoking Int'l US FX | 685.20 |  |
| 14301 · I/C Dinoking International USD - Other | 2,000.00 |  |
| **Total 14301 · I/C Dinoking International USD** |  | 2,685.20 |
| **14601 · Interco Receivable- Premier USD** |  |  |
| 14601.1 · Interco receivable - PRXI US FX | 35,973.00 |  |
| 14601 · Interco Receivable- Premier USD - Other | 105,000.00 |  |
| **Total 14601 · Interco Receivable- Premier USD** |  | 140,973.00 |
| **15000 · Deferred costs** |  |  |
| 15210 · PNE |  |  |
| 15212 · Professional Fee | 600.00 |  |
| **Total 15210 · PNE** |  | 600.00 |
| 15250 · Zoo de Granby |  |  |
| 15251 · Site Visit - Air fare | 1,727.89 |  |
| 15252 · Site Visit - Hotel | 317.34 |  |
| 15253 · Site Visit - Car Rental | 645.69 |  |
| 15254 · Site Visit - Per diem | 37.31 |  |
| 15255 · Storage and transportation | 59,158.50 |  |
| 15256 · Installation - Air fare | 1,167.03 |  |
| 15257 · Installation - Supplies | 33.39 |  |
| **Total 15250 · Zoo de Granby** |  | 63,087.15 |
| 15260 · OSC |  |  |
| 15261 · Site Visit - Car Rental | 195.45 |  |
| 15262 · Site Visit - Per Diem | 144.40 |  |
| 15263 · Site Visit - Air Fare | 96.89 |  |
| 15264 · Site Visit - Hotel | 230.00 |  |
| 15265 · Professional fee | 1,425.00 |  |
| **Total 15260 · OSC** |  | 2,091.74 |
| 15270 · CMSD |  |  |
| 15271 · Site Visit - Air Fare | 376.36 |  |
| 15272 · Site Visit - Car Rental | 180.03 |  |
| 15273 · Site Visit - Per diem | 27.74 |  |
| 15274 · Site Visit - Hotel | 260.50 |  |
| **Total 15270 · CMSD** |  | 844.63 |
| **Total 15000 · Deferred costs** |  | 66,623.52 |
| **15500 · Prepaid expense** |  |  |
| 15599 · Prepaid expense - general | 1,036.00 |  |
| 15900 · Prepaid Insurance | 1,510.85 |  |
| **Total 15500 · Prepaid expense** |  | 2,546.85 |
| **Total Other Current Assets** |  | -16,421.85 |
| **Total Current Assets** |  | 1,270,591.22 |
| **Fixed Assets** |  |  |
| 18000 · Fixed Asset |  |  |
| 18002 · Office equipment and tools |  |  |
| 18040 · Office Equipment | 37,308.30 |  |
| **Total 18002 · Office equipment and tools** |  | 37,308.30 |
| 18003 · Computer and solftware |  |  |
| 18020 · Computer | 52,325.87 |  |
| 18030 · Software | 12,277.03 |  |
| **Total 18003 · Computer and solftware** |  | 64,602.90 |
| 18004 · Furniture and fixtures |  |  |
| 18060 · Office Furniture | 69,563.30 |  |
| **Total 18004 · Furniture and fixtures** |  | 69,563.30 |

**11:24 AM**

**12/15/16**

**Accrual Basis**

# DINOKING TECH INC.
## Balance Sheet
### As of November 30, 2016

<span style="color:red">**UNAUDITED**</span>

|  | Nov 30, 16 |
|---|---:|
| **18005 · Warehouse equipment and tools** | |
|    18010 · Cases | 55,947.61 |
|    18070 · Containers | 159,846.27 |
|    18080 · Crates | 44,102.44 |
|    18090 · Crowd Control | 9,201.51 |
|    18300 · Forklift | 11,089.29 |
| **Total 18005 · Warehouse equipment and tools** | 280,187.12 |
| **18007 · Exhibitry** | |
|    **18100 · Displays** | |
|       18110 · Display- Content (Graphics) | 111,055.72 |
|       18111 · Display-Design | 5,629.01 |
|       18112 · Display-Fog Machine | 1,875.93 |
|       18113 · Display-Gates | 1,047.04 |
|       18114 · Display-Illustrations | 184,889.06 |
|       18115 · Information Display Boxes | 21,966.28 |
|       18116 · Display-Lighting | 78,463.50 |
|       18117 · Display-Lite Box | 152.43 |
|       18118 · Display-Photography | 25,996.14 |
|       18119 · Display-Plaques | 5,730.70 |
|       18120 · Display-Posters | 7,855.04 |
|       18121 · Display-Rocks & Gems | 78,943.38 |
|       18122 · Display-Sound Equipment | 13,483.45 |
|       18123 · Display-Translations | 2,710.00 |
|       18124 · Display-Wall Scenes | 19,456.42 |
|       18125 · Display- Walls | 46,634.86 |
|       18126 · Exhibits- Trees & Ferns | 54,074.77 |
|       18127 · Display - Other accessories | 242,999.89 |
|    **Total 18100 · Displays** | 902,963.62 |
|    18310 · Game | 5,895.00 |
|    18320 · Lights | 47,114.39 |
|    18350 · Cart | 388.79 |
|    18460 · Speakers | 161,824.44 |
|    18470 · Control Box | 600.00 |
|    18485 · Electronic displays | 6,532.01 |
| **Total 18007 · Exhibitry** | 1,125,318.25 |
| **18008 · Animatronics equipment** | |
|    **18200 · Exhibits - Dinosaurs** | |
|       18210 · Exhibits- Animatronix | 4,481,387.98 |
|       18211 · Exhibits-Animatronix- Feathered | 142,628.67 |
|       18212 · Exihibits-Interractive projects | 337,917.56 |
|       18213 · Exhibits- Fossils | 356,173.05 |
|       18214 · Exhibits- Fossils - Feathered | 63,394.01 |
|       18218 · Exhibits- Skeletons | 292,609.30 |
|       18220 · Exhibit - Animatronix - Static | 156,300.00 |
|       18221 · Exhibit-Refurbishment &upgrades | 749.13 |
|    **Total 18200 · Exhibits - Dinosaurs** | 5,831,159.70 |
|    **18230 · Exhibits - Bugs** | |
|       18231 · Bugs - Animatronic | 187,721.62 |
|       18232 · Bugs - Animatronic (Static) | 35,800.00 |
|       18233 · Bugs-Sound File | 2,885.00 |
|       18234 · Bugs-Accessories | 46,772.04 |
|    **Total 18230 · Exhibits - Bugs** | 273,178.66 |
|    **18250 · Exhibits - Sea Creatures** | |
|       18251 · Sea Creatures - Animatronic | 300,852.28 |
|       18252 · Sea Creatures - Sound File | 5,300.00 |
|    **Total 18250 · Exhibits - Sea Creatures** | 306,152.28 |
| **Total 18008 · Animatronics equipment** | 6,410,490.64 |

11:24 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Balance Sheet
### As of November 30, 2016

**UNAUDITED**

|  | Nov 30, 16 |
|---|---|
| **18009 · Tradeshow** | |
| **18440 · Trade Show** | |
| 18441 · Trade show - Model | 31,627.43 |
| 18443 · Booth | 45,623.14 |
| 18444 · Lights | 680.86 |
| 18445 · Misc. | 7,094.59 |
| 18446 · TVs | 1,273.28 |
| **Total 18440 · Trade Show** | 86,299.30 |
| **Total 18009 · Tradeshow** | 86,299.30 |
| **18400 · Leased Assets** | |
| 18412 · Leasehold Improvement | 14,300.00 |
| **Total 18400 · Leased Assets** | 14,300.00 |
| **Total 18000 · Fixed Asset** | 8,088,069.81 |
| **18530 · Apartment Unit** | |
| 18530.1 · Land | 267,121.38 |
| 18530.2 · Building | 135,377.84 |
| **Total 18530 · Apartment Unit** | 402,499.22 |
| **19000 · Accumulated Amortization** | |
| 19002 · Accum Amort-Office equipment | -34,053.74 |
| 19003 · Accum Amort-Computer and softwa | -51,199.87 |
| 19004 · Accum Amort-Furniture & fixture | -28,819.41 |
| 19005 · Accum Amort-Warehouse equipment | -205,607.05 |
| 19007 · Accum Amort-Exhibtry | -735,258.46 |
| 19008 · Accum Amort-Animatronics equip | -4,385,202.03 |
| 19010 · Accum Amort-Tradeshow & Website | -70,248.32 |
| 19030 · Accum Amort.-Leasehold improvem | -13,228.08 |
| 19530 · Accum Amort - Building (Gardens | -12,409.54 |
| **Total 19000 · Accumulated Amortization** | -5,536,026.50 |
| **19500 · Intangible assets** | |
| 18520 · Trademarks | 32,346.89 |
| **Total 19500 · Intangible assets** | 32,346.89 |
| **Total Fixed Assets** | 2,986,889.42 |
| **Other Assets** | |
| **17000 · Investments** | |
| 17110 · Investment -Dinosaurs Unearthed | 1.00 |
| 17300 · Investment -DK International | 100.00 |
| **Total 17000 · Investments** | 101.00 |
| 18500 · Capital lease adj - assets | -3,068,106.61 |
| 19001 · Accum amort adj - capital lease | 2,269,617.57 |
| 19050 · Capital lease receivable | 432,318.20 |
| **Total Other Assets** | -366,069.84 |
| **TOTAL ASSETS** | **3,891,410.80** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 215,076.20 |
| 20010 · Accounts Payable - USD | 38,539.35 |
| **Total Accounts Payable** | 253,615.55 |
| **Other Current Liabilities** | |
| 20010.1 · Accounts payable USD FX | 13,203.58 |
| 21000 · Accrued liabilities | 1,727,696.41 |
| **22000 · Deferred Revenue** | |
| 22020 · Canada's Wonderland | 141,201.12 |
| 22035 · Deferred Revenue-Sea World | 75,864.00 |

11:24 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Balance Sheet
### As of November 30, 2016

**UNAUDITED**

|  | Nov 30, 16 |
|---|---|
| 22100 · Deferred revenue - USD | |
|    22100.1 · Deferred revenue USD FX | 37,115.00 |
|    22100 · Deferred revenue - USD - Other | 108,333.34 |
| Total 22100 · Deferred revenue - USD | 145,448.34 |
| 22000 · Deferred Revenue - Other | 285,000.00 |
| Total 22000 · Deferred Revenue | 647,513.46 |
| 22500 · Capital lease- unearned revenue | 224,615.01 |
| 23100 · Income tax payable | 91,422.00 |
| 23150 · Deferred income tax asset/ liab | -677,000.00 |
| 24040 · Vacation Payable | 114,530.80 |
| 25000 · GST/HST | |
|    25500 · GST/HST Sales | 10,518.75 |
|    25520 · GST/HST on Purchases (ITC) | 3,622.80 |
| Total 25000 · GST/HST | 14,141.55 |
| Total Other Current Liabilities | 2,156,122.81 |
| **Total Current Liabilities** | **2,409,738.36** |
| Long Term Liabilities | |
|    29000 · Facility #10 loan #9249901-01 | 47,222.00 |
|    29001 · Facility #10 loan #9249901-06 | 52,194.07 |
|    29015 · Facility #15 loan #9249901-07 | 279,312.50 |
|    29020 · Facility #16 loan #9249901-08 | 42,813.12 |
| Total Long Term Liabilities | 421,541.69 |
| **Total Liabilities** | **2,831,280.05** |
| Equity | |
|   30000 · Capital Stock | |
|     30100 · Common Stock | |
|      30110 · DPB | 33.25 |
|      30150 · Capital Stock - Nancy B | 4.75 |
|     Total 30100 · Common Stock | 38.00 |
|     30200 · Preferred Stock | |
|      30210 · Preferred stock - DPB | 336.00 |
|     Total 30200 · Preferred Stock | 336.00 |
|   Total 30000 · Capital Stock | 374.00 |
|   32000 · Retained Earnings | 715,742.30 |
|   Net Income | 344,014.45 |
| **Total Equity** | **1,060,130.75** |
| **TOTAL LIABILITIES & EQUITY** | **3,891,410.80** |

# DINOKING TECH INC.
## Profit & Loss
### November 2016

**UNAUDITED**

|  | Nov 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40000 · Income** | |
| 40010 · **Administration fee revenue - DU** | 201,570.00 |
| 40012 · **Adminstration fee- PRXI** | 4,565.21 |
| 40015 · **Fixed fee revenue** | 50,000.00 |
| 40026 · **Straight Sales** | -1,200.00 |
| **Total 40000 · Income** | 254,935.21 |
| **40016 · Fixed fee revenue USD** | |
| 40016.1 · **Fixed fee revenue USD FX** | 5,730.00 |
| 40016 · **Fixed fee revenue USD - Other** | 16,666.66 |
| **Total 40016 · Fixed fee revenue USD** | 22,396.66 |
| **40100 · Lease accounting adjustments** | |
| 40100.1 · **Capital lease - interest income** | 18,269.67 |
| 40100.2 · **Capital lease - maintenance** | 5,648.04 |
| 40100 · **Lease accounting adjustments - Other** | -12,356.00 |
| **Total 40100 · Lease accounting adjustments** | 11,561.71 |
| **Total Income** | 288,893.58 |
| **Cost of Goods Sold** | |
| **51000 · Exhibit cost** | |
| **51050 · Installation** | |
| 51053 · **Installation - Contract Labour** | 2,756.00 |
| 51058 · **Onsite setup supplies** | 90.61 |
| **Total 51050 · Installation** | 2,846.61 |
| **51070 · Maintenance** | |
| 51071 · **Maintenance - Air fare** | 117.60 |
| 51072 · **Maintenance - Per diem** | 609.13 |
| 51074 · **Maintenance - Hotel** | 172.73 |
| 51075 · **Maintenance-Car rental & travel** | 697.80 |
| 51077 · **Maintenance - On site supplies** | -113.02 |
| 51078 · **Maintenance - Other** | 21.75 |
| 51079 · **Maintenance-Gengu Crew** | |
| 51079.1 · **Gengu Crew-Air Fare** | 263.43 |
| 51079.5 · **Gengu Crew-Per Diem** | 598.64 |
| **Total 51079 · Maintenance-Gengu Crew** | 862.07 |
| **Total 51070 · Maintenance** | 2,368.06 |
| **51135 · Winterization** | |
| 51131 · **Winterization-Gengu Crew** | |
| 51131.1 · **Gengu Crew -Air Fare** | 414.95 |
| **Total 51131 · Winterization-Gengu Crew** | 414.95 |
| 51133 · **Winterization - Supplies** | 935.44 |
| 51136 · **Winterization - Air fare** | 127.80 |
| 51137 · **Winterization - Per diem** | 831.31 |
| 51139 · **Winterization-Car rental etc** | 1,146.68 |
| **Total 51135 · Winterization** | 3,456.18 |
| **51140 · Strike** | |
| 51141 · **Strike - Air Fare** | 105.00 |
| 51142 · **Strike - Per Diem** | 1,493.37 |
| 51143 · **Strike - Contract Labour** | 3,339.00 |
| 51144 · **Strike - Hotel & accomodation** | 6.50 |
| 51145 · **Strike - Car rental and travel** | 1,459.19 |
| 51147 · **Strike -  Equipment rental** | 17.80 |
| 51148 · **Strike -  Onsite supplies** | 1,232.99 |
| **Total 51140 · Strike** | 7,653.85 |

11:33 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Profit & Loss
### November 2016

**UNAUDITED**

| | Nov 16 |
|---|---:|
| **51150 · Transportation** | 4,335.19 |
| **Total 51000 · Exhibit cost** | 20,659.89 |
| **Total COGS** | 20,659.89 |
| **Gross Profit** | 268,233.69 |
| **Expense** | |
| 60000 · Corporate | |
| 60100 · Administration | |
| 60115 · Amortization | 44,965.79 |
| 60120 · Bank Charges | 540.13 |
| 60130 · Communications | 3,283.61 |
| 60135 · License,Membership&subscription | 560.50 |
| 60140 · Credit Card fee & interest | 91.16 |
| 60150 · Equipment lease | 727.53 |
| 60160 · Payroll processing | 184.49 |
| 60161 · Job Advertisement | 410.00 |
| 60165 · Insurance | |
| 60167 · Property | 1,781.60 |
| 60169 · Other | 450.45 |
| **Total 60165 · Insurance** | 2,232.05 |
| 60170 · Rent | |
| 60171 · Office | 14,391.67 |
| **Total 60170 · Rent** | 14,391.67 |
| 60175 · Cleaning service | 640.00 |
| 60177 · Office Supplies and misc | 1,686.41 |
| 60179 · Postage and Courier | 60.58 |
| 60185 · Technical support - Gengu Crew | |
| 60186 · Gengu Crew- Air fare | 380.00 |
| 60188 · Gengu Crew-Car Rental/Transport | 175.67 |
| 60191 · Gengu Crew - Per diem | 581.45 |
| 60192 · Gengu - Miscellaneous | 53.50 |
| **Total 60185 · Technical support - Gengu Crew** | 1,190.62 |
| **Total 60100 · Administration** | 70,964.54 |
| 60200 · Salaries & Benefits | |
| 60210 · Corp. Management | 40,721.93 |
| 60215 · Finance and admin | 34,823.72 |
| 60225 · Sales & Marketing | 14,466.66 |
| 60230 · Production | 23,375.00 |
| 60231 · Service | 19,833.34 |
| 60232 · Asia Project | 3,016.66 |
| 60235 · Project Management | 4,791.66 |
| 60240 · Design & Interactive | 8,235.91 |
| 60255 · CPP expense | 3,812.75 |
| 60260 · EI expense | 1,972.03 |
| 60265 · Group Benefits | 4,204.58 |
| 60270 · MSP | 1,622.00 |
| 60275 · Vacation expense | 10,327.13 |
| 60280 · WCB premium | 1,643.60 |
| 60281 · Group Benefit-PDR | 3,947.03 |
| 60284 · Fitness | 265.97 |
| 60299 · Payroll billed to PRXI | -45,652.12 |
| **Total 60200 · Salaries & Benefits** | 131,407.85 |
| 60300 · Professional fees | |
| 60320 · Legal fees | |
| 60322 · Legal Other | 1,536.03 |
| **Total 60320 · Legal fees** | 1,536.03 |
| **Total 60300 · Professional fees** | 1,536.03 |
| 60400 · Trade Shows | 340.80 |

11:33 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Profit & Loss
### November 2016

**UNAUDITED**

| | Nov 16 |
|---|---|
| **60500 · Travel & Entertainment** | |
| 60530 · Meals | -467.00 |
| 60540 · Travel | |
| 60541 · Airfare | -33.34 |
| 60542 · Auto | -33.34 |
| 60543 · Hotel&Accommodation | -796.70 |
| 60547 · Travel - Mileage | 7.99 |
| **Total 60540 · Travel** | -855.39 |
| 60560 · Employee Event | |
| 60561 · Employee event - Meals | 50.39 |
| **Total 60560 · Employee Event** | 50.39 |
| **Total 60500 · Travel & Entertainment** | -1,272.00 |
| **60600 · Warehouse & Service** | |
| 60610 · Casual Labour | 2,910.00 |
| 60640 · Maintenance | 411.77 |
| 60660 · Storage | 2,333.40 |
| 60680 · Warehouse Ex- Other | 267.09 |
| 60681 · Repair and refurbishment | 117.86 |
| **Total 60600 · Warehouse & Service** | 6,040.12 |
| 60700 · Corporate sales & marketing | |
| 60701 · Sales - Air Fare | 558.16 |
| 60790 · Website | 299.28 |
| **Total 60700 · Corporate sales & marketing** | 857.44 |
| 60800 · Interest | |
| 60860 · Interest -TD Loan | 648.07 |
| 60870 · Interest- Apartment Mortgage-1 | 795.66 |
| 60880 · Interest-Apartment Mortgage-2 | 177.20 |
| **Total 60800 · Interest** | 1,620.93 |
| **Total 60000 · Corporate** | 211,495.71 |
| 61000 · The Gardens Apartment | |
| 61011 · The Gardens - Repair & Maint. | 601.29 |
| 61013 · The Gardens - Hydro | 26.84 |
| **Total 61000 · The Gardens Apartment** | 628.13 |
| 69700 · Write-off of tangible assets | 7,721.87 |
| **Total Expense** | 219,845.71 |
| **Net Ordinary Income** | 48,387.98 |
| Other Income/Expense | |
| Other Income | |
| 77010 · Foreign Exchange I/C Dinosaurs | -56,950.53 |
| 77020 · Foreign Exch. gain/loss | -16,740.59 |
| 77030 · Gain/Loss on disposal of assets | 11,613.75 |
| **Total Other Income** | -62,077.37 |
| Other Expense | |
| 77000 · Foreign exchange Gain or Loss | -70,751.51 |
| **Total Other Expense** | -70,751.51 |
| **Net Other Income** | 8,674.14 |
| **Net Income** | **57,062.12** |

11:33 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Profit & Loss
### January through November 2016

UNAUDITED

| | Jan - Nov 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40000 · Income** | |
| 40010 · Administration fee revenue - DU | 1,124,185.76 |
| 40011 · Adminstration Fee- DJM | 181,887.61 |
| 40012 · Adminstration fee- PRXI | 53,407.85 |
| 40015 · Fixed fee revenue | 1,787,585.69 |
| 40025 · Merchandise sale | 442.03 |
| 40026 · Straight Sales | 0.00 |
| **Total 40000 · Income** | 3,147,508.94 |
| **40016 · Fixed fee revenue USD** | |
| 40016.1 · Fixed fee revenue USD FX | 21,320.00 |
| 40016 · Fixed fee revenue USD - Other | 66,666.66 |
| **Total 40016 · Fixed fee revenue USD** | 87,986.66 |
| **40100 · Lease accounting adjustments** | |
| 40100.1 · Capital lease - interest income | 200,966.37 |
| 40100.2 · Capital lease - maintenance | 62,128.38 |
| 40100 · Lease accounting adjustments - Other | -270,274.50 |
| **Total 40100 · Lease accounting adjustments** | -7,179.75 |
| **Total Income** | 3,228,315.85 |
| **Cost of Goods Sold** | |
| **51000 · Exhibit cost** | |
| **51035 · Site visit exp.** | |
| 51036 · Site visit - Air fare | 2,644.10 |
| 51037 · Site visit - Per diem | 8.14 |
| 51038 · Site visit - hotel | 241.75 |
| 51039 · Site visit -Car rental & travel | 448.17 |
| 51041 · Site visit - Misc | 156.51 |
| **Total 51035 · Site visit exp.** | 3,498.67 |
| **51050 · Installation** | |
| 51051 · Installation - Air fare | 8,597.65 |
| 51052 · Installation - Per diem | 2,227.81 |
| 51053 · Installation - Contract Labour | 15,983.00 |
| 51054 · Installation - Hotel | 403.41 |
| 51055 · Installation - Car rental etc | 2,804.72 |
| 51056 · Installation - Meals | 994.62 |
| 51058 · Onsite setup supplies | 5,593.23 |
| 51059 · Installation - Other | 1,091.51 |
| **51061 · Installation- Gengu Crew** | |
| 51061.1 · Gengu Crew-Air Fare | 493.57 |
| 51061.2 · Gengu Crew-Accomodation | 304.00 |
| 51061.3 · Gengu Crew-Car Rental | 113.19 |
| 51061.4 · Gengu Crew-  meals | 191.42 |
| 51061.5 · Gengu Crew -Per Diem | 384.11 |
| 51061.7 · Gengu Crew-Miscellaneous | 10.75 |
| **Total 51061 · Installation- Gengu Crew** | 1,497.04 |
| **Total 51050 · Installation** | 39,192.99 |
| **51060 · Professional fee** | 1,713.63 |
| **51070 · Maintenance** | |
| 51071 · Maintenance - Air fare | 11,035.12 |
| 51072 · Maintenance - Per diem | 2,243.42 |
| 51073 · Maintenance - Contract Labour | 2,652.00 |
| 51074 · Maintenance - Hotel | 3,927.20 |
| 51075 · Maintenance-Car rental & travel | 4,354.04 |
| 51076 · Maintenance - Meals | 102.84 |
| 51077 · Maintenance - On site supplies | 3,320.60 |
| 51078 · Maintenance - Other | 446.65 |

11:33 AM

12/15/16

Accrual Basis

**DINOKING TECH INC.**
## Profit & Loss
### January through November 2016

<span style="color:red">UNAUDITED</span>

|  | Jan - Nov 16 |
|---|---|
| **51079 · Maintenance-Gengu Crew** | |
| 51079.1 · Gengu Crew-Air Fare | 6,901.94 |
| 51079.2 · Gengu Crew-Accomodation | 983.78 |
| 51079.4 · Gengu Crew-Meals | 137.15 |
| 51079.5 · Gengu Crew-Per Diem | 3,609.00 |
| 51079 · Maintenance-Gengu Crew - Other | 49.62 |
| **Total 51079 · Maintenance-Gengu Crew** | 11,681.49 |
| **Total 51070 · Maintenance** | 39,763.36 |
| **51135 · Winterization** | |
| 51131 · Winterization-Gengu Crew | |
| 51131.1 · Gengu Crew -Air Fare | 829.89 |
| **Total 51131 · Winterization-Gengu Crew** | 829.89 |
| 51133 · Winterization - Supplies | 1,516.88 |
| 51136 · Winterization - Air fare | 1,651.57 |
| 51137 · Winterization - Per diem | 831.31 |
| 51139 · Winterization-Car rental etc | 1,146.68 |
| **Total 51135 · Winterization** | 5,976.33 |
| **51140 · Strike** | |
| 51141 · Strike - Air Fare | 6,407.31 |
| 51142 · Strike - Per Diem | 2,653.89 |
| 51143 · Strike - Contract Labour | 7,343.00 |
| 51144 · Strike - Hotel & accomodation | 754.33 |
| 51145 · Strike - Car rental and travel | 3,471.00 |
| 51146 · Strike - Meals | 511.70 |
| 51147 · Strike -  Equipment rental | 17.80 |
| 51148 · Strike -  Onsite supplies | 2,125.65 |
| **Total 51140 · Strike** | 23,284.68 |
| **51150 · Transportation** | 14,541.52 |
| **51170 · Resets** | |
| 51171 · Resets-contract labour | 2,028.00 |
| 51172 · Reset - Air fare | 3,390.73 |
| 51173 · Reset - Per diem | 1,750.97 |
| 51174 · Reset - Accomondation | 903.00 |
| 51175 · Reset - Car rental | 1,545.02 |
| 51176 · Reset - Supplies | 1,811.76 |
| 51176.1 · Reset - Misc | 193.83 |
| 51177 · Reset-Gengu Crew | |
| 51177.1 · Gengu Crew-Air Fare | 1,347.08 |
| 51177.4 · Gengu Crew-Meals | 66.03 |
| **Total 51177 · Reset-Gengu Crew** | 1,413.11 |
| **Total 51170 · Resets** | 13,036.42 |
| **Total 51000 · Exhibit cost** | 141,007.60 |
| **Total COGS** | 141,007.60 |
| **Gross Profit** | 3,087,308.25 |

11:33 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Profit & Loss
### January through November 2016

**UNAUDITED**

| | Jan - Nov 16 |
|---|---|
| **Expense** | |
| **60000 · Corporate** | |
| **60100 · Administration** | |
| 60115 · Amortization | 517,208.11 |
| 60120 · Bank Charges | 8,976.03 |
| 60121 · Financing Charge | 761.54 |
| 60130 · Communications | 37,053.43 |
| 60135 · License,Membership&subscription | 7,880.98 |
| 60136 · Employee training | 4,164.00 |
| 60140 · Credit Card fee & interest | 546.96 |
| 60150 · Equipment lease | 12,330.57 |
| 60155 · Ground transportation | 5,194.81 |
| 60160 · Payroll processing | 1,674.19 |
| 60161 · Job Advertisement | 795.00 |
| 60165 · Insurance | |
|    60167 · Property | 34,000.78 |
|    60169 · Other | 7,198.92 |
| **Total 60165 · Insurance** | 41,199.70 |
| 60170 · Rent | |
|    60171 · Office | 155,502.34 |
| **Total 60170 · Rent** | 155,502.34 |
| 60174 · Repair & Maint. - Office | 3,347.23 |
| 60175 · Cleaning service | 7,081.88 |
| 60177 · Office Supplies and misc | 16,836.93 |
| 60178 · Parking | 287.64 |
| 60179 · Postage and Courier | 1,008.58 |
| 60185 · Technical support - Gengu Crew | |
|    60186 · Gengu Crew- Air fare | 2,648.00 |
|    60187 · Gengu Crew- Accomodation | 259.13 |
|    60188 · Gengu Crew-Car Rental/Transport | 924.47 |
|    60189 · Gengu Crew- Meals | 120.94 |
|    60190 · Gengu Crew - Allowances | 5,177.12 |
|    60191 · Gengu Crew - Per diem | 13,760.87 |
|    60192 · Gengu - Miscellaneous | 1,655.31 |
| **Total 60185 · Technical support - Gengu Crew** | 24,545.84 |
| **Total 60100 · Administration** | 846,395.76 |
| **60200 · Salaries & Benefits** | |
| 60210 · Corp. Management | 422,100.82 |
| 60215 · Finance and admin | 366,224.08 |
| 60225 · Sales & Marketing | 176,801.04 |
| 60230 · Production | 225,929.10 |
| 60231 · Service | 229,363.53 |
| 60232 · Asia Project | 31,012.19 |
| 60235 · Project Management | 95,572.30 |
| 60240 · Design & Interactive | 255,265.66 |
| 60255 · CPP expense | 57,253.93 |
| 60260 · EI expense | 31,044.51 |
| 60265 · Group Benefits | 47,529.99 |
| 60270 · MSP | 24,857.00 |
| 60275 · Vacation expense | 110,995.27 |
| 60280 · WCB premium | 12,866.80 |
| 60281 · Group Benefit-PDR | 17,253.87 |
| 60284 · Fitness | 2,038.21 |
| 60285 · Car Allowance | 1,400.00 |
| 60299 · Payroll billed to PRXI | -534,078.58 |
| **Total 60200 · Salaries & Benefits** | 1,573,429.72 |

11:33 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Profit & Loss
### January through November 2016

UNAUDITED

|  | Jan - Nov 16 |
|---|---|
| **60300 · Professional fees** |  |
| **60310 · Consulting** |  |
| 60311 · Accounting & Tax | 12,380.00 |
| 60312 · IT Consulting | 23,035.83 |
| 60395 · Consulting -Other | 10,638.78 |
| **Total 60310 · Consulting** | 46,054.61 |
| **60320 · Legal fees** |  |
| 60321 · Castle Street | 13,797.43 |
| 60322 · Legal Other | 89,626.80 |
| **Total 60320 · Legal fees** | 103,424.23 |
| 60340 · Recruitment Service | 19,200.00 |
| 60300 · Professional fees - Other | 1,110.00 |
| **Total 60300 · Professional fees** | 169,788.84 |
| **60400 · Trade Shows** |  |
| 60401 · AAM | 42,141.70 |
| 60402 · ASTC | 311.00 |
| 60403 · AZA | 2,463.99 |
| 60404 · CASC | 1,596.50 |
| 60400 · Trade Shows - Other | 3,940.51 |
| **Total 60400 · Trade Shows** | 50,453.70 |
| **60450 · Design and Interactive design** |  |
| 60451 · Design - Air Fare | 447.24 |
| 60452 · Design - Car rental | 78.33 |
| 60453 · Design - Hotel | 148.72 |
| 60454 · Design - Meals | 51.56 |
| 60455 · Design-Consulting | 24,004.48 |
| **60456 · Printing and other** |  |
| 60458 · Printing - Graphics | 388.00 |
| 60456 · Printing and other - Other | 4,192.77 |
| **Total 60456 · Printing and other** | 4,580.77 |
| **60457 · Design - Misc** | 21,233.76 |
| **Total 60450 · Design and Interactive design** | 50,544.86 |
| **60500 · Travel & Entertainment** |  |
| 60510 · Entertainment | 482.57 |
| 60520 · Gifts | 130.46 |
| 60530 · Meals | 9,498.74 |
| **60540 · Travel** |  |
| 60541 · Airfare | 17,333.30 |
| 60542 · Auto | 5,171.29 |
| 60543 · Hotel&Accommodation | 27,548.25 |
| 60544 · Travel Misc | 2,087.15 |
| 60546 · Travel - Meal & Per Diem | 7,565.66 |
| 60547 · Travel - Mileage | 1,267.86 |
| 60540 · Travel - Other | 3,168.64 |
| **Total 60540 · Travel** | 64,142.15 |
| **60560 · Employee Event** |  |
| 60561 · Employee event - Meals | 1,591.89 |
| 60566 · Employee Event - Other | 475.23 |
| **Total 60560 · Employee Event** | 2,067.12 |
| **Total 60500 · Travel & Entertainment** | 76,321.04 |

11:33 AM

12/15/16

Accrual Basis

**DINOKING TECH INC.**
# Profit & Loss
### January through November 2016

<span style="color:red">**UNAUDITED**</span>

|  | Jan - Nov 16 |
|---|---:|
| **60570 · DJM projects** | |
| 60571 · DJM Employee Travel | 10,381.38 |
| 60572 · DJM Consultant travels | 2,400.39 |
| 60574 · DJM Projects- Meals | 301.43 |
| 60577 · DJM Projects - Consulting | 8,502.16 |
| 60578 · DJM Projects - Design | 44,968.19 |
| 60582 · DJM - Supplies | 1,878.40 |
| 60583 · DJM - Hardware | 1,826.93 |
| 60586 · DJM - Warehouse labour | 11,405.90 |
| 60588 · DJM - payroll & benefits | 36,574.29 |
| **Total 60570 · DJM projects** | 118,239.07 |
| **60600 · Warehouse & Service** | |
| 60610 · Casual Labour | 50,897.60 |
| 60640 · Maintenance | 1,086.12 |
| 60660 · Storage | 49,317.77 |
| 60670 · Transportation | 5,036.73 |
| 60680 · Warehouse Ex- Other | 5,970.43 |
| 60681 · Repair and refurbishment | 11,392.73 |
| **Total 60600 · Warehouse & Service** | 123,701.38 |
| **60700 · Corporate sales & marketing** | |
| 60701 · Sales - Air Fare | 2,099.49 |
| 60702 · Sales - Car rental & Taxi | 272.64 |
| 60703 · Sales - Hotels | 479.63 |
| 60704 · Sales - Meals & entertainment | 339.05 |
| 60705 · Sales-Travel-Misc | 97.29 |
| 60710 · Advertisements | 3,606.38 |
| 60720 · Consulting | 9,292.50 |
| 60730 · Membership & subcriptions | 0.00 |
| 60750 · Print materials | 239.25 |
| 60790 · Website | 7,788.55 |
| **Total 60700 · Corporate sales & marketing** | 24,214.78 |
| **60800 · Interest** | |
| 60860 · Interest -TD Loan | 15,757.64 |
| 60870 · Interest- Apartment Mortgage-1 | 8,926.85 |
| 60880 · Interest-Apartment Mortgage-2 | 2,579.20 |
| **Total 60800 · Interest** | 27,263.69 |
| **60900 · Taxation expense** | |
| 60910 · Corporate taxation expense | -88,459.00 |
| **Total 60900 · Taxation expense** | -88,459.00 |
| **Total 60000 · Corporate** | 2,971,893.84 |
| **60125 · Bad debts expense** | 1,817.44 |
| **60682 · Safety Equipment** | 361.66 |
| **61000 · The Gardens Apartment** | |
| 61010 · Property Taxes | 1,756.89 |
| 61011 · The Gardens - Repair & Maint. | 6,473.52 |
| 61012 · The Gardens - Supplies | 241.18 |
| 61013 · The Gardens - Hydro | 144.29 |
| **Total 61000 · The Gardens Apartment** | 8,615.88 |
| **69700 · Write-off of tangible assets** | 7,721.87 |
| **Total Expense** | 2,990,410.69 |
| **Net Ordinary Income** | 96,897.56 |

11:33 AM

12/15/16

Accrual Basis

# DINOKING TECH INC.
## Profit & Loss
### January through November 2016

**UNAUDITED**

|  | Jan - Nov 16 |
|---|---:|
| **Other Income/Expense** | |
| **Other Income** | |
| 77010 · Foreign Exchange I/C Dinosaurs | -583,639.02 |
| 77020 · Foreign Exch. gain/loss | 95,202.21 |
| 77030 · Gain/Loss on disposal of assets | 1,200.00 |
| 77050 · Gain on vendor settlements | 247,657.59 |
| **Total Other Income** | -239,579.22 |
| **Other Expense** | |
| 77000 · Foreign exchange Gain or Loss | -486,696.11 |
| **Total Other Expense** | -486,696.11 |
| **Net Other Income** | 247,116.89 |
| **Net Income** | **344,014.45** |

3:24 PM

12/20/16

Accrual Basis

# Dinoking International Inc.
## Balance Sheet
### As of November 30, 2016

**UNAUDITED**

|  | Nov 30, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Chequing/Savings** | |
| **10000 · Cash in hand and at Bank** | |
| 10119 · TD Bank CAD ***5707 | 4,836.15 |
| 10214 · TD Bank USD ***5933 | 1,858.49 |
| 10214.1 · TD Bank USD ***5933 FX | 636.72 |
| **Total 10000 · Cash in hand and at Bank** | 7,331.36 |
| **Total Chequing/Savings** | 7,331.36 |
| **Other Current Assets** | |
| 14100 · I/C - Dinoking Tech Inc. CAD | -4,900.00 |
| 14101 · I/C Dinoking Tech Inc. USD | -2,000.00 |
| 14101.1 · I/C Dinoking Tech Inc. USD FX | -685.20 |
| **Total Other Current Assets** | -7,585.20 |
| **Total Current Assets** | -253.84 |
| **TOTAL ASSETS** | **-253.84** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| 30100 · Common shares | 100.00 |
| 32000 · Retained Earnings | -359.70 |
| Net Income | 5.86 |
| **Total Equity** | -253.84 |
| **TOTAL LIABILITIES & EQUITY** | **-253.84** |

3:24 PM

12/20/16

Accrual Basis

# Dinoking International Inc.
## Balance Sheet
### As of November 30, 2016

<span style="color:red">**UNAUDITED**</span>

|  | Nov 30, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Chequing/Savings** | |
| **10000 · Cash in hand and at Bank** | |
| **10119 · TD Bank CAD ***5707** | 4,836.15 |
| **10214 · TD Bank USD ***5933** | 1,858.49 |
| **10214.1 · TD Bank USD ***5933 FX** | 636.72 |
| **Total 10000 · Cash in hand and at Bank** | 7,331.36 |
| **Total Chequing/Savings** | 7,331.36 |
| **Other Current Assets** | |
| **14100 · I/C - Dinoking Tech Inc. CAD** | -4,900.00 |
| **14101 · I/C Dinoking Tech Inc. USD** | -2,000.00 |
| **14101.1 · I/C Dinoking Tech Inc. USD FX** | -685.20 |
| **Total Other Current Assets** | -7,585.20 |
| **Total Current Assets** | -253.84 |
| **TOTAL ASSETS** | **-253.84** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **30100 · Common shares** | 100.00 |
| **32000 · Retained Earnings** | -359.70 |
| **Net Income** | 5.86 |
| **Total Equity** | -253.84 |
| **TOTAL LIABILITIES & EQUITY** | **-253.84** |

3:15 PM

12/20/16

Accrual Basis

**Dinoking International Inc.**
**Profit & Loss**
**January through November 2016**

<span style="color:red">UNAUDITED</span>

|  | Jan - Nov 16 |
|---|---|
| **Income** | 0.00 |
| **Expense** | |
| 77020 · Foreign currency exchange adj | -5.86 |
| **Total Expense** | -5.86 |
| **Net Income** | **5.86** |

# Exhibit C

# DESCRIPTION OF BUSINESS OPERATIONS

**1032403 B.C. Ltd. ("ExchangeCo")**
ExchangeCo is a holding company for common and preferred shares of Dinoking Tech Inc. Other than the merger transactions on November 1, 2015, there have been no activities.

**Dinoking Tech Inc. ("DK")**
DK owns and exhibits animatronic dinosaurs, sea creatures and bugs. Exhibits may also include fossils, skeletons, interactive activities and educational information. The typical exhibit will be hosted by amusement parks, science centres and museums. These hosts pay rental (licensing fees) and usually there is a revenue share arrangement based on attendance and merchandise sales. This company is based in Richmond, British Columbia, Canada just outside of Vancouver.

Certain employees of DK also provide services to the Debtor.  DK charges the Debtor for these employees. DK is also reimbursed by the Debtor for amounts charged to its credit cards and business costs paid by DK on behalf of the Debtor.

DK owns 100% of Dinosaurs Unearthed Corp. ("DU") (a U.S. corporation). DU is a Debtor in this bankruptcy.  Exhibits in the United States are contracted by DU.  DU pays DK for use of its exhibits and intellectual property.

DK owns 100% of Dinoking International, Inc.

**Dinoking International, Inc.**
This company is inactive. Its only source of income is interest on small cash deposits.