**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

**RMS TITANIC, INC.** *et al.,*[1]

**Debtors.**

_____

**Case No. 3:16-bk-02230-PMG**
**Chapter 11**

**Jointly Administered**

**VERIFIED STATEMENT OF OFFICIAL COMMITTEE OF**
**EQUITY SECURITY HOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

The Official Committee of Equity Security Holders (the "Equity Committee") of Premier

Exhibitions, Inc. ("Premier") hereby submits this amended verified statement (the "Verified

Statement") pursuant to Rule 2019(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and states as follows:

1.       On August 24, 2016, the Acting United States Trustee for Region 21 (the "UST")

appointed the following equity security holders in Premier to the Equity Committee: (i) Jonathan

Heller; (ii) Lawndale Capital Management, LLC (c/o Andrew Shapiro); (iii) Ian Jacobs; (iv)

ACK Investments, LLC (c/o Thomas J. Kraus); and (v) Frank Gerber.  A copy of the UST's

appointment, which is available on the Court's docket as docket number 167, is attached hereto

as Exhibit A   As of the date of this Verified Statement, the Equity Committee membership

remains the same.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3103); Arts and Exhibitions International, LLC (3103); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); ;Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309).  The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

2.      On August 31, 2016, the Equity Committee selected Landau Gottfried & Berger LLP ("LGB") and Akerman LLP ("Akerman") as its general bankruptcy counsel and, in support thereof, filed applications with the Court to retain LGB and Akerman.  [Dockets 195 and 194, respectively.]

3.      On October 14, 2016, the Court entered orders authorizing the Equity Committee's employment of LGB and Akerman as the Equity Committee's general bankruptcy counsel.  [Docket Nos. 277 and 274, respectively.]  Copies of the Court's orders authorizing the Equity Committee's employment of LGB and Akerman are attached hereto as Exhibits B and C, respectively.

4.      As of the date of this Verified Statement, the members of the Equity Committee hold, in the aggregate, 519,759 shares of common stock of Premier.

5.      As provided in Bankruptcy Rule 2019[2], attached hereto as Exhibit D is a list of the names, addresses and "the nature and amount of all disclosable economic interests" held by each member of the Equity Committee in relation to Premier as of the date of the UST's appointment of the Equity Committee.  LGB and Akerman hold no economic interests in relation to Premier.

6.      Nothing contained in this Verified Statement (or Exhibit D hereto) should be construed as a limitation upon, or waiver of, any Equity Committee member's right to assert, file, and/or amend any proofs of interest or proofs of claims, if applicable, in accordance with applicable law and any orders entered in the above-captioned Chapter 11 cases.

---

[2] The Equity Committee questions whether official committees appointed by the Office of the United States Trustee under 11 U.S.C. § 1102 to perform the duties set forth in 11 U.S.C. § 1103 are required to file verified statements pursuant to Rule 2019.  Nevertheless, the Debtors have asked that the Equity Committee file a Rule 2019 statement, and it does so here. The Equity Committee notes that the official Committee of Unsecured Creditors has not filed a verified statement under Rule 2019 and does not ask that the Creditors Committee do so.

7.      The undersigned hereby verifies (except with respect to the formation of the Equity Committee and the disclosable economic interests of the members as discussed in paragraphs 4 and 5 and Exhibit D, which are separately verified by the individual members in the attached verification pages) under oath that this Verified Statement is true and accurate.

Date: January 11, 2017

Peter J. Gurfein, Esq.
**LANDAU GOTTFRIED & BERGER LLP**
1801 Century Park East, Suite 700
Los Angeles, California 90067
(310) 557-0050
(310) 557-0056 (Facsimile)
pgurfein@lgbfirm.com

-and-

**AKERMAN LLP**

By: */s/ Jacob A. Brown*
Jacob A. Brown
Florida Bar No. 170038
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (Facsimile)
Jacob.brown@akerman.com

Attorneys for the Official Committee of Equity
Security Holders of Premier Exhibitions, Inc.

## **VERIFICATION**

I, _Thomas J. Kramer MBA_, hereby certify under penalty of perjury under the laws of the United States of America that the information contained in paragraphs 2, 3, 4, and 5, and Exhibit D of the foregoing Verified Statement, insofar as that information relates to my own disclosable economic interests, is true and correct.

Executed on January _9_, 2017, at _Birmingham Alabama_.

For _SCK Investments LLC_

Name: _TK_

Title (if applicable): _General Partner_

## VERIFICATION

I, _Frank Gerber_, hereby certify under penalty of perjury under the laws of the United States of America that the information contained in paragraphs 2, 3, 4, and 5, and Exhibit D of the foregoing Verified Statement, insofar as that information relates to my own disclosable economic interests, is true and correct.

Executed on January 8, 2017, at _99 Via Los Altos Tiburon, CA 94920_.

Name: _Frank Gerber_

Title (if applicable): _____

## **VERIFICATION**

I, _____Ian Jacobs_____, hereby certify under penalty of perjury

under the laws of the United States of America that the information contained in paragraphs 2, 3,

4, and 5, and Exhibit D of the foregoing Verified Statement, insofar as that information relates to

my own disclosable economic interests, is true and correct.

Executed on January _6_, 2017, at _____Omaha, NE_____.

Name: _____Ian Jacobs_____

Title (if applicable): _____

## VERIFICATION

I, _JONATHAN HELLER_, hereby certify under penalty of perjury under the laws of the United States of America that the information contained in paragraphs 2, 3, 4, and 5, and Exhibit D of the foregoing Verified Statement, insofar as that information relates to my own disclosable economic interests, is true and correct.

Executed on January 9, 2017, at _NEWTOWN, PENNSYLVANIA_.

Name: _____

Title (if applicable): _____

## VERIFICATION

I, _Andrew Shapiro_____, hereby certify under penalty of perjury under the laws of the United States of America that the information contained in paragraphs 2, 3, 4, and 5, and Exhibit D of the foregoing Verified Statement, insofar as that information relates to my own disclosable economic interests, is true and correct.

Executed on January _6_, 2017, at _Mill Valley  California_____.

Name: _Andrew Shapiro_____

Title (if applicable): _Managing Member of Lawndale Capital Management, LLC_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on January 11, 2017.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

David W. Baddley, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Road, NE, Suite  900
Atlanta GA 30326
(404) 842-7625
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdoj.gov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
ajenkins@bushross.com
*Attorneys for Bank of America, N.A*

Kathy A. Jorrie, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
(213) 488-7251
Kathy.jorrie@pillsburylaw.com
*Attorneys for AEG Live, Inc.*

J. Ellsworth Summers, Jr., Esq.
Burr Forman, LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202
(904) 232-7200
esummers@burr.com
*Attorneys for Michael J. Little*

D. Marcus Braswell, Jr., Esq.
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
(305) 529-2801
mbraswell@sugarmansusskind.com
*Attorneys for Theatrical Protective Union,
Local No. One, IATSE*

Theodore B. Randles, Esq.
U.S. Dept. of Justice
1100 L Street NW, Suite 10060
Washington, DC 20005
(202) 307-3242
Theodore.B.Randles@usdoj.gov
*Attorneys for the United States Department of
Commerce, National Oceanic and Atmospheric
Administration*

Brian D. Equi, Esq.
Goldberg Segalla, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
(407) 458-5608
bequi@goldbergsegalla.com
salamina@goldbergsegalla.com
sherndon@goldbergsegalla.com
*Attorneys for Structure Tone, Inc.*

Norman P. Fivel, Esq.
Assistant Attorney General
Office of the New York State Attorney General
Civil Recoveries Bureau, Bankruptcy Litigation Unit
The Capitol
Albany, NY 12224-0341
(518) 776-2264
norman.fivel@ag.ny.gov
*Attorneys for New York Dept. of Taxation
and Finance*

Chris Broussard, Esq.
Suzy Tate, Esq.
Suzy Tate, P.A.
14502 N. Dale Mabry Highway, Suite 200
Tampa, FL 33618
(813) 264-1685
cbrouss@suzytate.com
suzy@suzytate.com
*Attorneys for The Armada Group GP, Inc.*

Richard R. Thames, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
rah@tmhlaw.net
*Attorneys for Official Committee of*
*Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of*
*Unsecured Creditors*

Skyler M. Tanner, Esq.
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
tanners@lanepowell.com
beldingt@lanepowell.com
docketing-pdx@lanepowell.com
Attorneys for Oregon Museum of Science
and Industry
Howard Siegel, Esq.
945 McKinney Street, PMB 434
Houston, TX 77002
(713) 984-4801
howard@eucinv.com
Attorney for Euclid Investments, LP
And Euclid Claims Recovery LLC

T. David Mitchell, Esq.
Brenner Kaprosy Mitchell, L.L.P.
30050 Chagrin Blvd., Suite 100
Pepper Pike, OH 44124
(216) 292-5555
tdmitchell@brenner-law.com
Attorneys for CRI Properties, Ltd.

**<u>Via U.S. Mail</u>**

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

ABC Imaging
1155 21st Street NW
Suite M400
Washington, DC 20036

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street
20th Floor
Vancouver, BC V6C 3R8

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Syzygy3, Inc.
1350 6th Avenue
2nd Floor
New York, NY 10019

Time Out New York
405 Park Avenue
New York, NY 10022

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Samuel Weiser
565 Willow Road
Winnetka, IL 60093

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5

Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
PO Box 13708
Macon, GA 31208

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
***Creditor Committee***

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
***Creditor Committee***

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
***Creditor Committee***

*/s/ Jacob A. Brown*
Attorney

EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**RMS TITANIC, INC.** *et al.,*[1]                    **Case No. 6:16-bk-02230-PMG**
                                                      **Chapter 11**

**Debtors.**                                          **Jointly Administered**

_____/

**APPLICABLE DEBTOR:**

**PREMIER EXHIBITIONS, INC,**                         **Case No. 6:16-bk-02232-PMG**

**Debtor**

_____/

**ACTING UNITED STATES TRUSTEE'S**
**APPOINTMENT AND NOTICE OF APPOINTMENT**
**OF EQUITY SECURITY HOLDERS COMMITTEE**

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee, Guy G.

Gebhardt, appoints the following members to serve on the equity security holders

committee:

> Jonathan Heller
> 536 Sterling Street
> Newtown, PA 18940
> Phone: (215) 962-9596
> Email: jmheller1@verizon.net

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Lawndale Capital Management, LLC
c/o Andrew Shapiro
591 Redwood Highway #2345
Mill Valley, CA 94941
Phone: (415) 389-8258
Fax: (415) 389-0180
Email: AEShapiro@Lawndalecap.com

Ian Jacobs
5015 Underwood Avenue
Omaha, NE 68132
Phone: (402) 408-9780
Email: ianvjacobs@aol.com

ACK Investments, LLC
c/o Thomas J. Kraus
1512 Woodridge Place
Birmingham, AL 35216
Phone: 205-492-8430
Email: TJKraus@yahoo.com
Alternate Email: Kraus.Thomas@gmail.com

Frank Gerber
99 Via Los Atos
Tiburon, CA 94920
Phone: 415-509-2141
Email: frank@gerbersf.com

EXHIBIT A
11

DATED:   August 24, 2016

RESPECTFULLY SUBMITTED,

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

  _/s/  Scott Bomkamp_
Scott Bomkamp, Trial Attorney
Indiana Bar No.: 28475-49
Office of the United States Trustee
U.S. Department of Justice
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.:   (407) 648-6301, Ext. 150
Facsimile No.:   (407) 648-6323
Email: Scott.E.Bomkamp@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2016 I have caused a true and correct copy of the foregoing to be served through CM/ECF on parties having appeared electronically in the instant matter and by First Class Mail on the parties appearing above.

  _/s/  Scott Bomkamp_
Scott Bomkamp, Trial Attorney

EXHIBIT B

ORDERED.

**Dated:  October 13, 2016**

Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov**

In re:

RMS TITANIC, INC., *et al.*,

    Debtors. [1]

_____/

APPLICABLE DEBTOR:

PREMIER EXHIBITIONS, INC.,

    Debtor.

_____/

Case No.: 3:16-bk-02230-PMG

Chapter 11

(Jointly Administered)

Case No.: 3-16-bk-02232-PMG

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
LANDAU GOTTFRIED & BERGER LLP AS COUNSEL TO
COMMITTEE OF EQUITY SECURITY HOLDERS OF
PREMIER EXHIBITIONS, INC., *NUNC PRO TUNC* AUGUST 31, 2016**

    THIS CASE is before the Court for consideration of the Application (the "Application")[2]

(Doc. 195) of the Committee of Equity Security Holders of Premier Exhibitions, Inc. for an

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309) (collectively, the "Debtors"). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

{39486094;2}

Order authorizing the Equity Committee to retain and employ Landau Gottfried & Berger LLP ("LGB"), effective as of August 31, 2016, as counsel for the Equity Committee in the above-captioned jointly administered cases, and the Court having considered the Affidavit of Peter J. Gurfein, and being otherwise advised in the premises, and sufficient cause appearing, it is

**ORDERED:**

1.      The Application is GRANTED.

2.      The Equity Committee is authorized to retain and employ LGB as counsel to the Equity Committee pursuant to 11 U.S.C. § 1103(a) effective as of August 31, 2016 under the terms set forth in the Application.

3.      None of the representations or engagements set out in the Gurfein Affidavit constitutes a conflict-of-interest or impairs the disinterestedness of LGB or otherwise precludes the Equity Committee's retention of LGB in these cases.

4.      The compensation of LGB for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon application and notice as may be directed by this Court in accordance with the Order Granting Motion to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals (Doc. 141), and 11 U.S.C. §§ 330 and 331.

Attorney Jacob A. Brown is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

---

[2] Defined terms from the Application are incorporated by reference herein.

EXHIBIT C

ORDERED.

**Dated:  October 13, 2016**

Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov**

In re:

RMS TITANIC, INC., *et al.*,

    Debtors. [1]

_____/

APPLICABLE DEBTOR:

PREMIER EXHIBITIONS, INC.,

    Debtor.

_____/

Case No.: 3:16-bk-02230-PMG

Chapter 11

(Jointly Administered)

Case No.: 3-16-bk-02232-PMG

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF AKERMAN LLP
AS COUNSEL TO COMMITTEE OF EQUITY SECURITY HOLDERS
OF PREMIER EXHIBITIONS, INC., *NUNC PRO TUNC* AUGUST 31, 2016**

    THIS CASE is before the Court for consideration of the Application (the "Application")[2]

(Doc. 194) of the Committee of Equity Security Holders of Premier Exhibitions, Inc. for an

Order authorizing the Equity Committee to retain and employ Akerman LLP ("Akerman"),

---

[1]  The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309) (collectively, the "Debtors"). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.
[2] Defined terms from the Application are incorporated by reference herein.

{39346475;1}

EXHIBIT C
15

effective as of August 31, 2016, as counsel for the Equity Committee in the above-captioned jointly administered cases, and the Court having considered the Affidavit of Jacob A. Brown, and being otherwise advised in the premises, and sufficient cause appearing, it is

**ORDERED:**

1.      The Application is GRANTED.

2.      The Equity Committee is authorized to retain and employ Akerman as counsel to the Equity Committee pursuant to 11 U.S.C. § 1103(a) effective as of August 31, 2016 under the terms set forth in the Application.

3.      None of the representations or engagements set out in the Brown Affidavit constitutes a conflict-of-interest or impairs the disinterestedness of Akerman or otherwise precludes the Equity Committee's retention of Akerman in these cases.

4.      The compensation of Akerman for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon application and notice as may be directed by this Court in accordance with the Order Granting Motion to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals (Doc. 141), and 11 U.S.C. §§ 330 and 331.

Attorney Jacob A. Brown is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

EXHIBIT D

**Exhibit D**

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST AS OF THE DATE OF COMMITTEE FORMATION |
|---|---|---|
| ACK Investments, LLC | c/o Thomas J. Kraus<br>1512 Woodridge Place<br>Birmingham, AL 35216 | Own or directly manage funds and/or accounts that own a total of 44,406 shares of common stock of Premier |
| Frank Gerber | 99 Via Los Atos<br>Tiburon, CA 94920 | Own or directly manage funds and/or accounts that own a total of 34,178 shares of common stock of Premier |
| Ian Jacobs | 5015 Underwood Avenue<br>Omaha, NE 68132 | Own or directly manage funds and/or accounts that own a total of 136,664 shares of common stock of Premier |
| Jonathan Heller | 536 Sterling Street<br>Newtown, PA 18940 | Own or directly manage funds and/or accounts that own a total of 50,825 shares of common stock of Premier |
| Lawndale Capital Management, LLC | c/o Andrew Shapiro<br>591 Redwood Highway, #2345<br>Mill Valley, CA 94941 | Own or directly manage funds and/or accounts that own a total of 253,683 shares of common stock of Premier |