**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **January 23, 2017 at 1:45 pm** in Courtroom 4A, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, to consider and act upon the following and transact such other business that may come before the court:

1. **Debtors' Emergency Motion for an Order Pursuant to 11 U.S.C. §§ 105, 1107, and 1108 Authorizing the Debtors to Enter Into Fourth Amendment to Lease Agreement and Assumption of Current Lease in Atlanta, Georgia and Request for Emergency Hearing [D.E. 416]**

The hearing may be continued upon announcement made in open Court without further notice.

**Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

                NELSON MULLINS RILEY
                & SCARBOROUGH LLP

By      */s/ Daniel F. Blanks*
        Daniel F. Blanks (FL Bar No. 88957)
        Lee D. Wedekind, III (FL Bar No. 670588)
        50 N. Laura Street, Suite 4100
        Jacksonville, Florida 32202
        (904) 665-3656 (direct)
        (904) 665-3699 (fax)
        daniel.blanks@nelsonmullins.com
        lee.wedekind@nelsonmullins.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on January 12, 2017. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdojgov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
Alexandria V. Hill, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
alexandria.hill@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
ajenkins@bushross.com
*Attorneys for Bank of America, N.*

Theodore B. Randles, Esq.
U.S. Dept. of Justice
1100 L Street NW, Suite 10060
Washington, DC 20005
(202) 307-3242
Theodore.B.Randles@usdoj.gov
*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration*

Kathy A. Jorrie, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
(213) 488-7251
Kathy.jorrie@pillsburylaw.com
*Attorneys for AEG Live, Inc.*

Brian D. Equi, Esq.
Goldberg Segalla, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
(407) 458-5608
bequi@goldbergsegalla.com
salamina@goldbergsegalla.com
sherndon@goldbergsegalla.com
*Attorneys for Structure Tone, Inc.*

J. Ellsworth Summers, Jr., Esq.
Burr Forman, LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202
(904) 232-7200
esummers@burr.com
*Attorneys for Michael J. Little*

Norman P. Fivel, Esq.
Assistant Attorney General
Office of the New York State Attorney General
Civil Recoveries Bureau, Bankruptcy Litigation Unit
The Capitol
Albany, NY 12224-0341
(518) 776-2264
norman.fivel@ag.ny.gov
*Attorneys for New York Dept. of Taxation and Finance*

D. Marcus Braswell, Jr., Esq.
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
(305) 529-2801
mbraswell@sugarmansusskind.com
*Attorneys for Theatrical Protective Union, Local No. One, IATSE*

Chris Broussard, Esq.
Suzy Tate, Esq.
Suzy Tate, P.A.
14502 N. Dale Mabry Highway, Suite 200
Tampa, FL 33618
(813) 264-1685
cbrouss@suzytate.com
suzy@suzytate.com
*Attorneys for The Armada Group GP, Inc.*

Richard R. Thames, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

T. David Mitchell, Esq.
Brenner Kaprosy Mitchell, L.L.P.
30050 Chagrin Blvd., Suite 100
Pepper Pike, OH 44124
(216) 292-5555
tdmitchell@brenner-law.com
*Attorneys for CRI Properties, Ltd.*

Susan R. Sherrill-Beard, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326
(404) 842-7626
sherrill-beards@sec.gov
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Skyler M. Tanner, Esq.
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
tanners@lanepowell.com
beldingt@lanepowell.com
docketing-pdx@lanepowell.com
*Attorneys for Oregon Museum of Science and Industry*

Howard Siegel, Esq.
945 McKinney Street, PMB 434
Houston, TX 77002
(713) 984-4801
howard@eucinv.com
*Attorney for Euclid Investments, LP And Euclid Claims Recovery LLC*

**Via U.S. Mail**

| | |
|---|---|
| A-1 Storage and Crane<br>2482 197th Avenue<br>Manchester, IA 52057 | ABC Imaging<br>14 East 38th Street<br>New York, NY 10017 |
| A.N. Deringer, Inc.<br>PO Box 11349<br>Succursale Centre-Ville<br>Montreal, QC H3C 5H1 | ATS, Inc.<br>1900 W. Anaheim Street<br>Long Beach, CA 90813 |
| Broadway Video<br>30 Rockefeller Plaza<br>54th Floor<br>New York, NY 10112 | CBS Outdoor/Outfront Media<br>185 US Highway 48<br>Fairfield, NJ 07004 |
| Dentons Canada LLP<br>250 Howe Street, 20th Floor<br>Vancouver, BC V6C 3R8 | Enterprise Rent-A-Car Canada<br>709 Miner Avenue<br>Scarborough, ON M1B 6B6 |
| Expedia, Inc.<br>10190 Covington Cross Drive<br>Las Vegas, NV 89144 | George Young Company<br>509 Heron Drive<br>Swedesboro, NJ 08085 |
| Gowlings<br>550 Burrard Street<br>Suite 2300, Bental 5<br>Vancouver, BC V6C 2B5 | Hoffen Global Ltd.<br>305 Crosstree Lane<br>Atlanta, GA 30328 |
| Kirvin Doak Communications<br>5230 W. Patrick Lane<br>Las Vegas, NV 89118 | MNP LLP<br>15303 - 31st Avenue<br>Suite 301<br>Surrey, BC V3Z 6X2 |
| Morris Visitor Publications<br>PO Box 1584<br>Augusta, GA 30903 | NASDAQ Stock Market, LLC<br>805 King Farm Blvd.<br>Rockville, MD 20850 |
| National Geographic Society<br>1145 - 17th Avenue NW<br>Washington, DC 20036 | NYC Dept. of Finance<br>PO Box 3646<br>New York, NY 10008 |

| | |
|---|---|
| PacBridge Limited Partners<br>22/F Fung House<br>19-20 Connaught Road<br>Central Hong Kong | Pallet Rack Surplus, Inc.<br>1981 Old Covington Cross Road NE<br>Conyers, GA 30013 |
| Ramparts, Inc.<br>d/b/a Luxor Hotel and Casino<br>3900 Las Vegas Blvd. South<br>Las Vegas, NV 89119 | Screen Actors Guild<br>1900 Broadway<br>5th Floor<br>New York, NY 10023 |
| Seaventures, Ltd.<br>5603 Oxford Moor Blvd.<br>Windemere, FL 34786 | Sophrintendenza Archeologica<br>di Napoli e Pompei<br>Piazza Museo 19<br>Naples, Italy 80135 |
| Syzygy3, Inc.<br>231 West 29th Street<br>Suite 606<br>New York, NY 10001 | Time Out New York<br>405 Park Avenue<br>New York, NY 10022 |
| TPL<br>3340 Peachtree Road<br>Suite 2140<br>Atlanta, GA 30326 | TSX Operating Co.<br>70 West 40th Street<br>9th Floor<br>New York, NY 10018 |
| Verifone, Inc.<br>300 S. Park Place Blvd.<br>Clearwater, FL 33759 | Samuel Weiser<br>565 Willow Raod<br>Winnetka, IL 60093 |
| WNBC - NBC Universal Media<br>30 Rockefeller Center<br>New York, NY 10112 | United States Attorney's Office<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, FL 32202 |
| Jonathan B. Ross, Esq.<br>Gowling WLG (Canada) LLP<br>550 Burrard Street, Suite 2300, Bentall 5<br>Vancouver, BC V6C 2B5 | Christine R. Etheridge, Esq.<br>Bankruptcy Administration<br>Wells Fargo Vendor Financial Services, LLC<br>PO Box 13708<br>Macon, GA 31208 |

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
*Creditor Committee*

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
*Creditor Committee*

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
*Creditor Committee*

                                 */s/ Daniel F. Blanks*
                                      Attorney

~#4853-2531-2320~