



Glen Walker
Direct Line: (403) 536-2159
Email: Glen.Walker@mnp.ca

August 3, 2017

United States Bankruptcy Court
for the Middle District of Florida
Att: Bankruptcy Clerk
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Re:   **Withdrawal of Proof of Claim – Premier Exhibitions Inc.**
      **Case Number 16-02230**

Please accept this letter as confirmation that we wish to withdraw our Proof of Claim in the amount of $53,240.77 with respect to the captioned matter.

We were engaged by Dinoking Tech Inc. (Dinoking) to provide audit and accounting services. We were under the belief that Premier Exhibitions Inc. (Premier), had subsequently acquired Dinoking; therefore was responsible for payment of our account.

We are now aware that Dinoking is a subsidiary of Premier and therefore not responsible for Dinokings' debts. Accordingly, as we are not a creditor of Premier we wish to withdraw our Proof of Claim.

If you have any questions or require any additional information, please do not hesitate to contact the undersigned.

Sincerely,

**MNP LLP**

Glen Walker
Manager, Account Services




ACCOUNTING › CONSULTING › TAX
2000, 330 5TH AVENUE SW; CALGARY AB; T2P 0L4
P: 403-444-0150   F: 403-444-0199   www.MNP.ca