**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,

    Debtors.[1]

_____/

Case No.: 3:16-bk-02230-PMG

Chapter 11

(Jointly Administered)

**NOTICE OF DEPOSITION OF CORPORATE REPRESENTATIVE**
**OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC**

**PLEASE TAKE NOTICE** that at **12:00 p.m. on Friday, August 24, 2018**, counsel for Official Committee of Equity Security Holders of Premier Exhibitions, Inc., Chapter 11 Debtor in Case No. 3:16-bk-02232-PMG and the parent company of RMS Titanic, Inc., the Chapter 11 Debtor in Case No. 3:16-bk-02230-PMG will take the testimony by deposition upon oral examination of GlassRatner Advisory & Capital Group LLC ("GlassRatner") at the offices of GlassRatner, 3445 Peachtree Rd NE, Unit 1225, Atlanta, Georgia 30326, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure.

The deposition will take place before an officer authorized by law to administer oaths for the purposes of discovery, for use as evidence at any hearing or trial and for any other purposes allowed under Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure. The deposition will be recorded by stenographic means.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309) (collectively, the "Debtors"). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

46103513;2

Pursuant to Federal Rule of Civil Procedure 30(b)(6), as made applicable to this matter by Federal Rules of Bankruptcy Procedure 7030, GlassRatner shall designate one or more officers, directors, managing agents or other persons to appear and testify on its behalf concerning the matters set forth below. The individual(s) designated shall testify to matters known or available to GlassRatner.

## TOPICS FOR RULE 30(b)(6) DEPOSITION

1. All documents produced by GlassRatner Advisory & Capital Group LLC in response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case issued by the Official Committee of Equity Security Holders.

2. The Asset Purchase Agreement, including among other things, the proposed Bidding Procedures Order, the Bid Procedures, and other Bid Protections (collectively, the "Sale Procedures") set forth therein and attached as exhibits to the Motion for Approval of (a) Competitive Bidding and Sale Procedures; (b) Form and Manner of Notices; (c) Form of Asset Purchase Agreement; (d) Break Up-Fee and Expense Reimbursement; (e) Scheduling Auction and Hearing to Consider Final Approval of Sale, Including Rejection or Assumption and Assignment of Related Executory Contracts and Unexpired Leases; (f) Authorizing Sale of the Transferred Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (g) Settlement with PacBridge Parties; and (h) Granting Related Relief (Doc. 1055) filed by Debtor RMS Titanic, Inc. (the "Sale Motion").

3. Negotiations and other communications that led to the Asset Purchase Agreement and the Sale Procedures set forth in the Sale Motion and other related matters.

4. Negotiations and other communications with Gilbert Li and other Alta Fundamental Advisers LLC representatives and agents related to the Asset Purchase Agreement and the Sale Procedures set forth in the Sale Motion and other related matters.

5. Negotiations and other communications with Giovanni Wong and other PacBridge (Capital Partners (HK) Ltd) representatives and agents related to the Asset Purchase Agreement and the Sale Procedures set forth in the Sale Motion and other related matters.

6. Negotiations and other communications with Bill Schwartz and other Apollo Global Management, LLC representatives and agents related to the Asset Purchase Agreement and the Sale Procedures set forth in the Sale Motion and other related matters.

Date: August 15, 2018                By: */s/ Peter J. Gurfein*
                                                 Peter J. Gurfein
                                                 **LANDAU GOTTFRIED & BERGER LLP**
                                                 1801 Century Park East, Suite 700
                                                 Los Angeles, California 90067
                                                 (310) 557-0050
                                                 (310) 557-0056 (Facsimile)
                                                 pgurfein@lgbfirm.com

-and-

**AKERMAN LLP**

By: */s/ Jacob A. Brown*
Jacob A. Brown
Florida Bar No. 170038
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (Facsimile)
Jacob.brown@akerman.com

Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 15, 2018, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notifications in this case. In accordance with the Court's Order Granting Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures (Doc. 140), a copy of the foregoing was also furnished on August 15, 2018 by U.S. mail, postage prepaid and properly addressed, to the Master Service List attached hereto.

                                                           */s/ Jacob A. Brown*
                                                           Attorney

## MASTER SERVICE LIST
*Case No. 3:16-bk-02230-PMG*

| | |
|---|---|
| A-1 Storage and Crane<br>2482 197th Avenue<br>Manchester, IA 52057 | ABC Imaging<br>14 East 38th Street<br>New York, NY 10017 |
| A.N. Deringer, Inc.<br>PO Box 11349<br>Succursale Centre-Ville<br>Montreal, QC H3C 5H1 | ATS, Inc.<br>1900 W. Anaheim Street<br>Long Beach, CA 90813 |
| Broadway Video<br>30 Rockefeller Plaza<br>54th Floor<br>New York, NY 10112 | CBS Outdoor/Outfront Media<br>185 US Highway 48<br>Fairfield, NJ 07004 |
| Dentons Canada LLP<br>250 Howe Street, 20th Floor<br>Vancouver, BC V6C 3R8 | Enterprise Rent-A-Car Canada<br>709 Miner Avenue<br>Scarborough, ON M1B 6B6 |
| Expedia, Inc.<br>10190 Covington Cross Drive<br>Las Vegas, NV 89144 | George Young Company<br>509 Heron Drive<br>Swedesboro, NJ 08085 |
| Gowlings<br>550 Burrard Street<br>Suite 2300, Bental 5<br>Vancouver, BC V6C 2B5 | Hoffen Global Ltd.<br>305 Crosstree Lane<br>Atlanta, GA 30328 |
| Kirvin Doak Communications<br>5230 W. Patrick Lane<br>Las Vegas, NV 89118 | MNP LLP<br>15303 - 31st Avenue<br>Suite 301<br>Surrey, BC V3Z 6X2 |
| Morris Visitor Publications<br>PO Box 1584<br>Augusta, GA 30903 | NASDAQ Stock Market, LLC<br>805 King Farm Blvd.<br>Rockville, MD 20850 |
| National Geographic Society<br>1145 - 17th Avenue NW<br>Washington, DC 20036 | NYC Dept. of Finance<br>PO Box 3646<br>New York, NY 10008 |

| | |
|---|---|
| PacBridge Limited Partners<br>22/F Fung House<br>19-20 Connaught Road<br>Central Hong Kong | Pallet Rack Surplus, Inc.<br>1981 Old Covington Cross Road NE<br>Conyers, GA 30013 |
| Ramparts, Inc.<br>d/b/a Luxor Hotel and Casino<br>3900 Las Vegas Blvd. South<br>Las Vegas, NV 89119 | Screen Actors Guild<br>1900 Broadway<br>5th Floor<br>New York, NY 10023 |
| Seaventures, Ltd.<br>5603 Oxford Moor Blvd.<br>Windemere, FL 34786 | Sophrintendenza Archeologica<br>di Napoli e Pompei<br>Piazza Museo 19<br>Naples, Italy 80135 |
| Syzygy3, Inc.<br>231 West 29th Street<br>Suite 606<br>New York, NY 10001 | Time Out New York<br>405 Park Avenue<br>New York, NY 10022 |
| TPL<br>3340 Peachtree Road<br>Suite 2140<br>Atlanta, GA 30326 | TSX Operating Co.<br>70 West 40th Street<br>9th Floor<br>New York, NY 10018 |
| Verifone, Inc.<br>300 S. Park Place Blvd.<br>Clearwater, FL 33759 | Samuel Weiser<br>565 Willow Raod<br>Winnetka, IL 60093 |
| WNBC - NBC Universal Media<br>30 Rockefeller Center<br>New York, NY 10112 | United States Attorney's Office<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, FL 32202 |
| Jonathan B. Ross, Esq.<br>Gowling WLG (Canada) LLP<br>550 Burrard Street, Suite 2300, Bentall 5<br>Vancouver, BC V6C 2B5 | Christine R. Etheridge, Esq.<br>Bankruptcy Administration<br>Wells Fargo Vendor Financial Services, LLC<br>PO Box 13708<br>Macon, GA 31208 |

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
*Creditor Committee*

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
*Creditor Committee*

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
*Creditor Committee*