**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,

    Debtors.<sup>1</sup>

_____/

Case No.: 3:16-bk-02230-PMG

Chapter 11

(Jointly Administered)

## NOTICE OF ERRATA

    At the hearing to consider the Equity Committee's Disclosure Statement, held August 30, 2018, the Equity Committee informed the Court that certain provisions in the filed Amended Disclosure Statement (Docket 1179) would need to be corrected to conform the Disclosure Statement to the Equity Committee's Amended Chapter 11 Plan (Docket 1180).

    The Equity Committee hereby files this Notice of Errata, correcting certain entries in the Disclosure Statement filed on August 29, 2018, Docket No. 1179 in connection with revisions to the Amended Plan, Docket 1180.

The corrected entries are set forth in **bold** font below.

    1.    In Section III.A. of the Amended Disclosure Statement, at page 25 of 60 and 26 of 60 in Docket 1179;

    In accordance with the Bankruptcy Code, the Plan also classifies certain Claims separately and provides, separately for each Class, that Holders of Allowed Claims will receive various types of consideration, thereby giving effect to the different rights of the Holders in each Class.  The following chart summarizes the proposed classification and treatment of the Holders of Allowed Claims under the Plan:

---

<sup>1</sup> The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309) (collectively, the "Debtors"). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

| Class | Claims | Treatment | Status | Voting Rights |
|---|---|---|---|---|
| Class 1 | Non-Tax Priority Claims | Paid in full on the Effective Date | Unimpaired | Deemed to Accept |
| Class 2 | Secured Creditors | Paid in full on the Effective Date | Unimpaired | Deemed to Accept |
| Class 3 | General Unsecured Claims, other than Class 5 Intercompany Claims | Each Holder of an Allowed Class 3 Claim shall receive its Pro Rata share of the Initial Distribution, the Interim Distribution(s) and the Final Distribution from the Liquidating Trust together with **postpetition interest (i) at the rate set forth in the contract giving rise to the Allowed Class 3 Claim or, (ii) if no interest rate is set forth in such contract, at the Federal Judgment Rate set forth in 28 U.S.C. § 1961(a) through the date of entry of an order confirming the Amended Plan and post confirmation** interest at the rate of 10% per annum on any outstanding balance. In addition, each Holder of an Allowed Class 3 Claim will receive a premium of up to an additional 20% of their claim from proceeds of the sale of French Artifacts. | **Unimpaired** | **Deemed to Accept** |
| Class 4 | Premier Equity Interests | After payment of Allowed Class 3 Claims in full, each Holder of a Class 4 Equity Interest shall receive its Pro Rata share of the Initial Distribution, the Interim Distribution(s) and the Final Distribution from the Liquidating Trust. | **Unimpaired** | **Deemed to Accept** |

| Class | Claims | Treatment | Status | Voting Rights |
|---|---|---|---|---|
| Class 5 | Intercompany Claims | On the Effective Date, all Intercompany Claims shall be cancelled and Holders of Intercompany Claims shall receive nothing under the Plan. | Impaired | Deemed to Reject |

2.     In section III.C. 1 of the Amended Disclosure Statement at pages 26 of 60 and 27 of 60 in Docket No. 1179:

"The Exit Financing will be used to pay, on the Effective Date of the Plan, (i) the DIP Loan, which the Equity Committee believes, based on information provided by the Debtors, to be approximately **$5,375,000**, including interest; (ii); priority claims of the Debtors, which the Equity Committee believes, based on information provided by the Debtor to be in the amount of approximately **$542,000**, excluding the allowed administrative claims of professionals employed in the Bankruptcy Case, which will be paid when and to the extent such claims become Allowed Claims pursuant to Section II B of the Plan; and (iii) to fund the Liquidating Trust and Liquidating Trustee's administration of the estate in accordance with the terms of the Plan and the Liquidating Trust Agreement."

3.     The Amended Plan, Docket 1180, is corrected to conform to the Disclosure Statement to read as follows at page 17 of 46, Section II of the Amended Plan:

**CLASSIFICATION AND TREATMENT OF CLAIMS AND EQUITY INTERESTS**

**Summary.**

Premier and Intercompany Claims

The chart below summarizes the classes of Claims and Equity Interests of Premier for all purposes, including voting, confirmation, and distribution pursuant to the Plan:

46275480;2

| **CLASS** | **STATUS** |
|---|---|
| Class 1: Other Priority Claims | Unimpaired - not entitled to vote |
| Class 2: Secured Claims | Unimpaired - not entitled to vote |
| Class 3: General Unsecured Claims | **Unimpaired - not entitled to vote** |
| Class 4: Premier Equity Interests | **Unimpaired - not entitled to vote** |
| Class 5: Intercompany Claims | Impaired, Deemed to Reject Plan. |

4. Conforming changes also are made to the Amended Plan, Docket 1180, at pages 20 of 46 and 21 of 46, as follows:

Class 3:  General Unsecured Claims.

    a.    Classification:  Class 3 consists of all General Unsecured Claims against the Debtors.

    **b.**    Treatment:  Unless a Holder of an Allowed Class 3 Claim agrees to accept a lesser treatment of such Claim, each Holder of an Allowed Class 3 Claim shall receive, as soon as practicable in the discretion of the Liquidating Trustee, in full satisfaction thereof, its Pro Rata Share of the Initial Distribution.  In addition, after the Initial Distribution but prior to the Final Distribution Date, the Liquidating Trustee may, but is not required to, make one or more Interim Distributions to the Holders of Allowed Class 3 Claims of such Holders' Pro Rata Share of Available Cash, when, in the discretion of the Liquidating Trustee, the Liquidating Trust has sufficient Available Cash to make such Interim Distributions.  Finally, on the Final Distribution Date, each Holder of an Allowed Class 3 Claim shall receive its Pro Rata Share of the Available Cash remaining in the Liquidating Trust, until the Allowed Class 3 Claim Amount of such Allowed Claim is paid in full **together with postpetition interest (i) at the rate set forth in the contract giving rise to the Allowed Class 3 Claim or, (ii) if no interest rate is set forth in such contract, at the Federal Judgment Rate set forth in 28 U.S.C. § 1961(a) through entry the date of an order confirming the Amended Plan and post confirmation interest at the rate of 10% per annum on any outstanding unpaid balance. In addition, each Holder of an Allowed Class 3 Claim will receive a premium of up to an additional 20% of their claim from proceeds of the sale of French Artifacts.**

4

46275480;2

Dated: September 4, 2018                    By: */s/ Peter J. Gurfein*
                                            Peter J. Gurfein
                                            **LANDAU GOTTFRIED & BERGER LLP**
                                            1801 Century Park East, Suite 700
                                            Los Angeles, California 90067
                                            (310) 557-0050
                                            (310) 557-0056 (Facsimile)
                                            pgurfein@lgbfirm.com

                                            -and-

                                            **AKERMAN LLP**

                                            By: */s/ Jacob A. Brown*
                                            Jacob A. Brown
                                            Florida Bar No. 170038
                                            50 North Laura Street, Suite 3100
                                            Jacksonville, Florida 32202
                                            (904) 798-3700
                                            (904) 798-3730 (Facsimile)
                                            Jacob.brown@akerman.com

                                            Attorneys for the Official Committee of Equity
                                            Security Holders of Premier Exhibitions, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2018, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notifications in this case. In accordance with the Court's Order Granting Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures (Doc. 140), a copy of the foregoing was also furnished on September 4, 2018 by U.S. mail, postage prepaid and properly addressed, to the Master Service List attached hereto.

                                            */s/ Jacob A. Brown*
                                            Attorney

**MASTER SERVICE LIST**
*Case No. 3:16-bk-02230-PMG*

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

ABC Imaging
14 East 38th Street
New York, NY 10017

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Syzygy3, Inc.
231 West 29th Street
Suite 606
New York, NY 10001

Time Out New York
405 Park Avenue
New York, NY 10022

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Samuel Weiser
565 Willow Raod
Winnetka, IL 60093

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5

Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
PO Box 13708
Macon, GA 31208

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
*Creditor Committee*

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
*Creditor Committee*

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
*Creditor Committee*