# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,

    Debtors.[1]

_____/

Case No.: 3:16-bk-02230-PMG

Chapter 11

(Jointly Administered)

## NOTICE OF FILING REVISED LIQUIDATION ANALYSIS

The Official Committee of Equity Security Holders of Premier Exhibitions, Inc., Chapter 11 Debtor in Case No. 3:16-bk-02232-PMG, by and through its undersigned counsel, hereby gives notice of filing the attached revised Liquidation Analysis to reflect the changes noted in the Notice of Errata (Doc. 1194).

Dated: September 4, 2018

By: */s/ Peter J. Gurfein*
Peter J. Gurfein
**LANDAU GOTTFRIED & BERGER LLP**
1801 Century Park East, Suite 700
Los Angeles, California 90067
(310) 557-0050
(310) 557-0056 (Facsimile)
pgurfein@lgbfirm.com

-and-

**AKERMAN LLP**

By: */s/ Jacob A. Brown*
Jacob A. Brown
Florida Bar No. 170038
50 North Laura Street, Suite 3100

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309) (collectively, the "Debtors"). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (Facsimile)
Jacob.brown@akerman.com

Attorneys for the Official Committee of Equity
Security Holders of Premier Exhibitions, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2018, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notifications in this case. In accordance with the Court's Order Granting Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures (Doc. 140), a copy of the foregoing was also furnished on September 4, 2018 by U.S. mail, postage prepaid and properly addressed, to the Master Service List attached hereto.

*/s/ Jacob A. Brown*
Attorney

## MASTER SERVICE LIST
*Case No. 3:16-bk-02230-PMG*

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

ABC Imaging
14 East 38th Street
New York, NY 10017

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

| | |
|---|---|
| PacBridge Limited Partners<br>22/F Fung House<br>19-20 Connaught Road<br>Central Hong Kong | Pallet Rack Surplus, Inc.<br>1981 Old Covington Cross Road NE<br>Conyers, GA 30013 |
| Ramparts, Inc.<br>d/b/a Luxor Hotel and Casino<br>3900 Las Vegas Blvd. South<br>Las Vegas, NV 89119 | Screen Actors Guild<br>1900 Broadway<br>5th Floor<br>New York, NY 10023 |
| Seaventures, Ltd.<br>5603 Oxford Moor Blvd.<br>Windemere, FL 34786 | Sophrintendenza Archeologica<br>di Napoli e Pompei<br>Piazza Museo 19<br>Naples, Italy 80135 |
| Syzygy3, Inc.<br>231 West 29th Street<br>Suite 606<br>New York, NY 10001 | Time Out New York<br>405 Park Avenue<br>New York, NY 10022 |
| TPL<br>3340 Peachtree Road<br>Suite 2140<br>Atlanta, GA 30326 | TSX Operating Co.<br>70 West 40th Street<br>9th Floor<br>New York, NY 10018 |
| Verifone, Inc.<br>300 S. Park Place Blvd.<br>Clearwater, FL 33759 | Samuel Weiser<br>565 Willow Raod<br>Winnetka, IL 60093 |
| WNBC - NBC Universal Media<br>30 Rockefeller Center<br>New York, NY 10112 | United States Attorney's Office<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, FL 32202 |
| Jonathan B. Ross, Esq.<br>Gowling WLG (Canada) LLP<br>550 Burrard Street, Suite 2300, Bentall 5<br>Vancouver, BC V6C 2B5 | Christine R. Etheridge, Esq.<br>Bankruptcy Administration<br>Wells Fargo Vendor Financial Services, LLC<br>PO Box 13708<br>Macon, GA 31208 |

TSX Operating Co., LLC  
c/o James Sanna  
70 W. 40th Street  
New York, NY 10018  
*Creditor Committee*

Dallian Hoffen Biotechnique Co., Ltd.  
c/o Ezra B. Jones  
305 Crosstree Lane  
Atlanta, GA 30328  
*Creditor Committee*

B.E. Capital Management Fund LP  
Thomas Branziel  
205 East 42nd Street , 14th Floor  
New York, NY 10017  
*Creditor Committee*

SCENARIO:
ARTIFACTS SOLD IN TWO PROPOSED TRANSACTIONS

STRICTLY PRIVATE AND CONFIDENTIAL

**DRAFT - SUBJECT TO CHANGE**
**PRELIMINARY ANALYSIS**
**FOR ILLUSTRATIVE PURPOSES ONLY**

**Liquidation Analysis for Premier Exhibitions, Inc.**
Net Book Values as of July 31, 2018
*Prepared at the Direction of Counsel on September 4, 2018*

| | Note References | Estimated Book Value | Low $ | Low % | Midpoint $ | Midpoint % | High $ | High % |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| **Current** | | | | | | | | |
| Cash and Equivalents | | $1,749,964 | $1,749,964 | 100% | $1,749,964 | 100% | $1,749,964 | 100% |
| Cash Held in Trust / Deposit | 1 | 736,056 | 0 | 0% | 0 | 0% | 0 | 0% |
| Accounts Receivable | 2 | 1,821,003 | 1,092,602 | 60% | 1,274,702 | 70% | 1,456,802 | 80% |
| Inventory and Work-in-Progress | | 598,869 | 149,717 | 25% | 209,604 | 35% | 269,491 | 45% |
| Prepaid Expenses and Deposits | | 417,699 | 41,770 | 10% | 83,540 | 20% | 125,310 | 30% |
| Income Tax Receivable (installments) | | 119,624 | 0 | 0% | 0 | 0% | 0 | 0% |
| Due from Related Parties | | 12,306 | 0 | 0% | 0 | 0% | 0 | 0% |
| Intercompany - Premier & DinoKing Tech | | 0 | 0 | 0% | 0 | 0% | 0 | 0% |
| | | $5,455,521 | $3,034,053 | 56% | $3,317,810 | 61% | $3,601,567 | 66% |
| **Other Assets** | | | | | | | | |
| Lease Investments, net of current deferred income | | $1,084,740 | $0 | 0% | $0 | 0% | $0 | 0% |
| Property and Equipment, net | | 2,997,067 | 449,560 | 15% | 749,267 | 25% | 1,048,973 | 35% |
| Film Intellectual Property, net | 3 | 32,197 | 50,000 | 155% | 100,000 | 311% | 150,000 | 466% |
| Deferred Income Taxes | | 520,071 | 0 | 0% | 0 | 0% | 0 | 0% |
| Trademarks and Other Intangibles | | 35,800 | 10,740 | 30% | 14,320 | 40% | 17,900 | 50% |
| Cost of Salvage | 4 | 251,000 | 0 | 0% | 0 | 0% | 0 | 0% |
| Cost of Artifacts | 4 | 2,826,020 | 0 | 0% | 0 | 0% | 0 | 0% |
| **Total Balance Sheet Assets (Current and Other)** | | **$13,202,416** | **$3,544,353** | **27%** | **$4,181,397** | **32%** | **$4,818,441** | **36%** |
| **Select French Artifacts Auction** | | | | | | | | |
| Select French Artifacts (Estimate, via Auction) | 5 | | $40,000,000 | | $50,000,000 | | $60,000,000 | |
| Less: Costs to Prepare and Assemble | 5 | | (4,000,000) | | (3,000,000) | | (2,000,000) | |
| Less: Incremental Legal Fees (e.g. Contested Right to Sell) | 5 | | (1,000,000) | | (750,000) | | (500,000) | |
| Less: Auction House Fees | 5 | | (4,000,000) | 10% | (5,000,000) | 10% | (6,000,000) | 10% |
| Net Recovery from Select French Artifacts | | | **$31,000,000** | | **$41,250,000** | | **$51,500,000** | |
| **American Artifacts & French Artifacts (Sale to Qualified Institution)** | | | | | | | | |
| American & French Artifacts (excluding Select French Artifacts) | 6 | | $5,000,000 | | $12,100,000 | | $19,200,000 | |
| **Chapter 5 / D&O Claim Recovery** | | | | | | | | |
| Estimated Recoverable Value of Chapter 5 Claims | | | $0 | | $0 | | $0 | |
| Estimated Recoverable Value of D&O Claims (Net of Legal Fees / Expenses) | | | 2,000,000 | | 3,000,000 | | 4,000,000 | |
| Total Chapter 5 / D&O Claim Recoveries | | | **$2,000,000** | | **$3,000,000** | | **$4,000,000** | |
| **Total Recoverable Assets / Estate Proceeds** | | | **$41,544,353** | | **$60,531,397** | | **$79,518,441** | |
| Less: CRO Fees & Liquidation Trustee Fees | 7 | | (1,246,331) | 3% | (1,815,942) | 3% | (2,385,553) | 3% |
| **Total Distribution Value** | | | **$40,298,022** | | **$58,715,455** | | **$77,132,887** | |
| **Outstanding Professional Fees / Other Administrative Claims** | | | | | | | | |
| Outstanding Professional Fees | 8 | | $3,413,000 | | $3,188,000 | | $2,963,000 | |
| Transaction / Success Fees (GlassRatner) | 8 | | 460,000 | | 692,000 | | 924,000 | |
| KERP Payments | 9 | | 82,803 | | 82,803 | | 82,803 | |
| Post-Petition Trade Payables | 10 | | 541,704 | | 541,704 | | 541,704 | |
| Claims Arising from Rejected Leases and Contracts, etc. | 11 | | 4,000,000 | | 3,200,000 | | 2,400,000 | |
| **Total Administrative Claims** | | | **$8,497,507** | | **$7,704,507** | | **$6,911,507** | |
| **Exit Facility / Superpriority DIP Loan** | | | | | | | | |
| DIP Obligations Rolled into Exit Facility | 12 | | $5,373,167 | | $5,373,167 | | $5,373,167 | |
| Incremental Funding Needs (Estimate, Includes Fees) | 13 | | 1,000,000 | | 750,000 | | 500,000 | |
| Incremental Interest Obligations (Exit Facility, 6 to 12 months) | 13 | | 892,243 | | 642,933 | | 411,122 | |
| **Total Exit Facility Obligations** | | | **$7,265,410** | | **$6,766,099** | | **$6,284,288** | |
| **Pre-Petition Secured Loan** | | | | | | | | |
| Principal & Interest | 14 | | $3,800,000 | | $3,800,000 | | $3,800,000 | |
| **Total Admin, DIP/Liquidity, and Secured Claims** | | | **$19,562,917** | | **$18,270,606** | | **$16,995,795** | |
| *Proceeds Available after Admin, DIP/Liquidity, and Secured Claims* | | | *$20,735,106* | | *$40,444,849* | | *$60,137,092* | |
| **General Unsecured Claims** | | | | | | | | |
| Pre-Petition Unsecured Claims & Accrued Settlements | 15 | | $11,235,105 | | $10,735,105 | | $10,235,105 | |
| Post-Petition Interest on Pre-Petition Claims (Excl. Settled Claims) | 16 | | 188,655 | | 172,207 | | 155,760 | |
| Claims Arising from Rejected Leases and Contracts, etc. | 11 | | 1,000,000 | | 800,000 | | 600,000 | |
| **Total General Unsecured Claims** | | | **$12,423,760** | | **$11,707,313** | | **$10,990,865** | |
| Post-Confirmation Interest on Pre-Petition Claims (6 to 12 months) | 17 | | $1,242,376 | | $878,048 | | $549,543 | |
| Premium on Principal of Pre-Petition Unsecured Claims | 17 | | 2,484,752 | 20% | 2,341,463 | 20% | 2,198,173 | 20% |
| **Total Interest and Premium on General Unsecured Claims** | | | **$3,727,128** | | **$3,219,511** | | **$2,747,716** | |
| **Total Unsecured Claims** | | | **$16,150,888** | | **$14,926,824** | | **$13,738,582** | |
| *Proceeds Available to Equity Security Holders* | 18 | | *$4,584,218* | | *$25,518,026* | | *$46,398,511* | |
| *Implied Distributable Value Per Share* — Shares Outstanding of 9,373,116 | | | *$0.49* | | *$2.72* | | *$4.95* | |

SCENARIO:
ARTIFACTS SOLD IN TWO PROPOSED TRANSACTIONS

Case 3:16-bk-02230-PMG   Doc 1195   Filed 09/04/18   Page 7 of 7

DRAFT - SUBJECT TO CHANGE
PRELIMINARY ANALYSIS
FOR ILLUSTRATIVE PURPOSES ONLY

STRICTLY PRIVATE AND CONFIDENTIAL

**Notes:**

1. The Company is required to make quarterly payments of $25,000 into a Trust designated to fund the "conserving and curating" of the artifacts. The payments are to continue until the endowment reaches $5 million. Under the liquidation analysis, these obligations and current balance of the Trust are assumed to accompany the American Artifacts.

2. In recent periods, approximately 75% of the Company's accounts receivables are current or within 30 days over due, and roughly 20% over 90 days past due.

3. The RMS Titanic Intellectual Property from the expeditions is extensive. There have been 8 dives from 1987 to 2010 where over 1,570 hours of 3D and 2D video footage and over 500,000 digital, raw and acoustic images have been recorded. The value of this media collection is likely above the net book value of $32k. Conservative estimates have been made for this implied value.

4. Under the Liquidation Analysis, the Company is assumed to sell the Artifact Collection accompanied by the salvor-in-possession rights. Whether or not the salvage rights are sold together with the American collection, the Debtors would no longer hold the salvage rights and would not be obligated to protect those rights. Recovery on the Artifacts Collection is treated separately in the Liquidation Analysis.

5. Guernsey's auction house has provided a preliminary estimate of between $50mm and $70mm for the potential value of the Select French Artifacts. Guernsey's fees are calculated based upon a commission of 9% of the gross value obtained at auction. For conservatism, the analysis assumes a range between $40mm and $60mm for the Select French Artifacts and 10% Auction House Fees. We have conservatively estimated the costs to assemble and safely transport all the artifacts from their current potentially dispersed locations at $2mm to $4mm. Additional legal fees are also incorporated in the event that the right to sell certain French Artifacts is challenged.

6. To date, at least two bids for the artifact collection have been received. One at $5.0mm and another at $19.2mm. This analysis assumes these bids are an illustrative low and, correspondingly, high estimate for the sale value of the American Artifacts and substantially all of the French Artifacts, excluding the Select French Artifacts, to a qualified institution.

7. CRO and Trustee fees include those fees associated with the appointment of a CRO and Liquidation Trustee. CRO and Trustee fees are estimated based upon anticipated scope of services and experience in other similar cases and are calculated at 3.0% of the Debtors' total recoverable assets / Estate proceeds.

8. Accrued and unpaid professional fees as of July 31, 2018 were estimated at $1.76mm based on documents filed by the Debtors. This analysis assumes 3 additional months at the Debtors' estimate of $250k per month, as well as 6 to 12 months of professional fees at an estimated $75,000 per month. Transaction / Success Fees calculated based on filed engagement letters.

9. The Debtors provided an estimate for expected payments under the KERP, totaling $82,803.

10. The Debtors provided an estimate for post-petition trade claims, net of accrued professional fees and accrued interest, totaling $541,704.

11. The liquidation analysis assumes certain leases and contracts will be rejected and that the Debtors' cease certain operations. The analysis assumes an estimated $3mm to $5mm in potential unidentifiable claims including potential damage claims arising from rejected leases and contracts of the Debtors. The analysis assumes 80% of the claims arising from contracts entered into post-petition, therefore having administrative claim status, and 20% arising from contracts or leases entered into pre-petition, as general unsecured claims.

12. The Exit Facility includes a full roll up of the existing Debtor-in-Possession loan obligations assumed to be $5,373,167, including the Debtors' estimate of $5.15mm balance for June 30, 2018 plus straight interest at 13% (per the DIP agreement) for 4 months through the Effective Date.

13. The analysis assumes incremental funding needs of $500K to $1.0mm, including Exit Facility fees, and 6 to 12 months straight interest on the total outstanding balance at a 14% rate of interest per the Exit Facility Term Sheet.

14. There is $3.0mm in prepetition promissory notes secured by substantially all the Debtors assets. The liquidation analysis assumes $800k of accrued interest and fees in addition to the outstanding principal.

15. The Debtors have provided an estimate of approximately $10.7mm in allowed prepetition general unsecured claims and accrued settlements. We used an estimate range of $10.2mm to $11.2mm.

16. The analysis assumes post-petition interest at the average federal judgement rate of 1.359%, compounded daily, for the period from June 14, 2016 through October 31, 2018. Pre-petition general unsecured claims for purposes of calculating post-petition interest excludes claim settlements.

17. The analysis assumes Allowed General Unsecured Claims are paid an additional 6 to 12 months straight interest post-confirmation on the principal at a 10% rate of interest, as well as a 20% premium on the principal allowed claim amount. Interest will stop accruing on Allowed General Unsecured Claims as soon as proceeds from the French Artifact auction are received, which could be less than 6 months after confirmation.

18. Proceeds available to Equity Security Holders and Implied Distributable Value Per Share shown is before Lincoln/Teneo fee.