# EXHIBIT 4

# CRI | CARR RIGGS & INGRAM
CPAs and Advisors

**5909 Peachtree Dunwoody Rd Suite 800**
**Atlanta, GA 30328**
**770-261-5440**
**Federal ID 72-1396621**

*Premier Exhibition Management LLC*
*3045 Kingston Court*
*Suite 1*
*Peachtree Corners, GA 30071*

*Invoice No.* 16487449 *(include on check)*
*Date* 06/28/2018
*Client No.* 60-05819.050

---

Professional services rendered as follows:

Professional services rendered as follows:

For tax related services including gathering information and reconciliation of accounts and preparation of 2015 and 2016 returns.

| | | | |
|---|---|---|---|
| C. Cartee | .3 hrs @ $110/hr | $ 110.30 | |
| K. Peniston | 8.2 hrs @ $150/hr | 1,230.00 | $ 1,340.30 |

Current Amount Due     $ 1,340.30

---

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 06/28/2018        Client No: 60-05819
Invoice Number: 16487449   Total Amount Due:  $   1,340.30   Premier Exhibition Management LLC

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**CRI** CARR RIGGS & INGRAM
CPAs and Advisors

**5909 Peachtree Dunwoody Rd Suite 800**
**Atlanta, GA 30328**
**770-261-5440**
**Federal ID 72-1396621**

*Premier Exhibition Management LLC*
*3045 Kingston Court*
*Suite 1*
*Peachtree Corners, GA  30071*

Invoice No.   16503843 *(include on check)*
Date          07/30/2018
Client No.    60-05819.050

Professional services rendered as follows:

For tax related services including gathering information and reconciliation of accounts and preparation of 2015 and 2016 returns

| | | | | |
|---|---|---|---|---|
| J. Allen | 1.7 hrs @ | $65/hr | 110.50 | |
| C. Cartee | 0.2 hrs @ | $110/hr | 22.00 | |
| K. Peniston | 3.2 hrs @ | $150/hr | 480.00 | |
| C. Clayton | 0.4 hrs @ | $360/hr | 144.00 | |
| | | | 756.50 | |
| | | | | $ 756.50 |

Current Amount Due    $ 756.50

---

We accept most major credit cards.  Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 07/30/2018         Client No: 60-05819
Invoice Number:  16503843    Total Amount Due:  $     756.50    Premier Exhibition Management LLC

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**CRI** CARR RIGGS & INGRAM
CPAs and Advisors

**5909 Peachtree Dunwoody Rd Suite 800**
**Atlanta, GA 30328**
**770-261-5440**
**Federal ID 72-1396621**

Premier Exhibition Management LLC
3045 Kingston Court
Suite 1
Peachtree Corners, GA  30071

Invoice No.   16534007 (include on check)
Date          09/28/2018
Client No.    60-05819.050

Professional services rendered as follows:

For tax related services including gathering information and reconciliation of accounts
and preparation and review of 2017 tax returns and penalty abatement response for IRS
tax notices                                                                                      $   8,103.50

| | | | | | | |
|---|---|---|---|---|---|---|
| B. Edwards | 3.6 | hrs | @ | $65/hr | $ | 234.00 |
| J. Allen | 0.9 | hrs | @ | $65/hr | | 58.50 |
| C. Cartee | 20.5 | hrs | @ | $110/hr | | 2,255.00 |
| K. Peniston | 13.4 | hrs | @ | $150/hr | | 2,010.00 |
| D. Berman | 7.5 | hrs | @ | $300/hr | | 2,250.00 |
| C. Clayton | 3.6 | hrs | @ | $360/hr | | 1,296.00 |
| | | | | | | 8,103.50 |

Current Amount Due     $   8,103.50

Our fiscal year end is September 30, 2018; it would be greatly appreciated if you would please submit payment prior to this date.

---

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 09/28/2018          Client No: 60-05819
Invoice Number:  16534007   Total Amount Due:  $    8,103.50    Premier Exhibition Management LLC

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.

**CRI** CARR RIGGS & INGRAM
CPAs and Advisors

**5909 Peachtree Dunwoody Rd Suite 800**
**Atlanta, GA 30328**
**770-261-5440**
**Federal ID 72-1396621**

*Premier Exhibitions, Inc.*
*3045 Kingston Court*
*Suite 1*
*Peachtree Corners, GA  30071*

*Invoice No.*  16487446 (include on check)
*Date*         06/28/2018
*Client No.*   60-05819.000

---

Professional services rendered as follows:

Professional services rendered as follows:

For tax related services including gathering information and reconciliation of accounts and preparation and review of 2015 and 2016 tax returns and evaluation of potential Section 382 event.

| | | | |
|---|---|---|---|
| C. Cartee | 15.0 hrs @ $110/hr | $1,650.00 | |
| K. Peniston | 13.6 hrs @ $150/hr | 2,040.00 | |
| C. Clayton | 6.0 hrs @ $360/hr | 2,160.00 | $ 5,850.00 |

Current Amount Due   $ 5,850.00

---------------------------------------------------------------------------------------------------------------

We accept most major credit cards.  Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 06/28/2018         Client No: 60-05819
Invoice Number: 16487446    Total Amount Due:  $    5,850.00    Premier Exhibitions, Inc.

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**5909 Peachtree Dunwoody Rd Suite 800**
**Atlanta, GA 30328**
**770-261-5440**
**Federal ID 72-1396621**

*Premier Exhibitions, Inc.*
*3045 Kingston Court*
*Suite 1*
*Peachtree Corners, GA   30071*

Invoice No.   16504289 *(include on check)*
Date          07/30/2018
Client No.    60-05819.000

Professional services rendered as follows:

For tax related services including gathering information and reconciliation of accounts and preparation and renew of 2015 and 2016 tax returns and potential Section 382 event

| | | | | | |
|---|---|---|---|---|---|
| J. Allen    | 1.3 hrs @ | $65/hr  | $ |    84.50 |
| C. Cartee   | 1.5 hrs @ | $110/hr |   |   165.00 |
| K. Peniston | 7.1 hrs @ | $150/hr |   | 1,065.00 |
| D. Stein    | 2.8 hrs @ | $470/hr |   | 1,316.00 |
| C. Clayton  | 1.1 hrs @ | $360/hr |   |   396.00 |
|             |           |         |   | 3,026.50 |
| Misc. Expenses | | |              |     9.87 |
|             |           |         |   | 3,036.37 |

$   3,036.37

Current Amount Due    $   3,036.37

**CRI** CARR RIGGS & INGRAM
CPAs and Advisors

**5909 Peachtree Dunwoody Rd Suite 800**
**Atlanta, GA 30328**
**770-261-5440**
**Federal ID 72-1396621**

Premier Exhibitions, Inc.
3045 Kingston Court
Suite 1
Peachtree Corners, GA  30071

Invoice No.   16534023 (include on check)
Date          09/28/2018
Client No.    60-05819.000

Professional services rendered as follows:

For tax related services including gathering information and reconciliation of accounts
and preparation and review of 2017 tax returns and response to NY tax notice       $   1,055.50

| | | | | | |
|---|---|---|---|---|---|
| B. Edwards | 0.5 hrs | @ | $65/hr | $ | 32.50 |
| C. Cartee  | 3.3 hrs | @ | $110/hr |   | 363.00 |
| K. Peniston| 4.4 hrs | @ | $150/hr |   | 660.00 |
| | | | | | 1,055.50 |

Current Amount Due    $   1,055.50

Our fiscal year end is September 30, 2018; it would be greatly appreciated if you would please submit payment prior to this date.

---

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 09/28/2018         Client No: 60-05819
Invoice Number: 16534023    Total Amount Due: $   1,055.50    Premier Exhibitions, Inc.

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**CRI** CARR RIGGS & INGRAM
CPAs and Advisors

**5909 Peachtree Dunwoody Rd Suite 800
Atlanta, GA 30328
770-261-5440
Federal ID 72-1396621**

Dinosaurs Unearthed. Corp.
110-11188 Featherstone Way
Richmond, BC  V6W 1K9

Invoice No.   16503776 (include on check)
Date          07/30/2018
Client No.    60-05819.052

Professional services rendered as follows:

For tax related services including gathering information and reconciliation of accounts and preparation of 2017 returns

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Edwards | 0.2 hrs @ | $65/hr | $ 13.00 |
| J. Allen | 0.6 hrs @ | $65/hr | 39.00 |
| M. King | 0.1 hrs @ | $65/hr | 6.50 |
| C. Cartee | 1.3 hrs @ | $110/hr | 143.00 |
| K. Peniston | 1.8 hrs @ | $150/hr | 270.00 |
| C. Clayton | 0.6 hrs @ | $360/hr | 216.00 |
| | | | 687.50 |
| Misc. Expenses | | | 12.77 |
| | | | 700.27 |

$    700.27

Current Amount Due     $    700.27

---

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 07/30/2018      Client No: 60-05819
Invoice Number:  16503776    Total Amount Due:  $    700.27    Dinosaurs Unearthed. Corp.

Name as it appears on card: _____

Billing Address: _____

Card # _____   Exp Date: _____ Security # _____

Payment Amount: _____  Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.