# EXHIBIT D

# McGuireWoods

**Sarah B. Boehm**
**804 775 7487**

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

July 9, 2018

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202**

INVOICE NO. 92129891

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

Balance Forward from Prior Invoices:                    $17,215.27
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                        $7,110.50
      Current Disbursements:                $283.52
      **Current Invoice Total:**                      $7,394.02

Total Balance Due:                              $24,609.29

            PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

                McGuireWoods LLP
                Attn: Accounts Receivable
                800 E. Canal Street
                Richmond, VA 23219-3916

            **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Sarah B. Boehm**                              **Gateway Plaza**
**804 775 7487**                                **800 East Canal Street**
                                                **Richmond, VA 23219-3916**


July 9, 2018


Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 06/30/18


**INVOICE NO.  92129891**                    **TAX ID NO. 54-0505857**


**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employment and Fee Applications**
   **Our File No.**          **2072056-0090**


06/19/18 Analyze issues regarding interim fee              .40
         applications
           Sarah B. Boehm

06/20/18 Analyze issues regarding fee application          .20
           Sarah B. Boehm

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $600.00 | 0.6 | $360.00 |
| TOTAL FEES | | 0.6 | $360.00 |


**Re: Litigation**
   **Our File No.**          **2072056-0120**


06/01/18 Review Equity Committee filings (0.2);            .40
         telephone conference with B. Wainger regarding
         Equity committee motion, position, filing with
         EDVA Norfolk (0.2)
           Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                          Page   2
Invoice No. 92129891                          July 9, 2018

06/03/18 Review new pleadings, correspondence and          .40
         communications on Premier sale, bankruptcy
         plans
             Robert W. McFarland

06/04/18 Review, revise Debtor's Response to Equity        .60
         Motion for Appt. of Trustee
             Robert W. McFarland

06/05/18 Conference call with B. Wainger and liability     .50
         insurance counsel M. Nenning on liability
         coverage position (0.3); telephone conference
         with B. Wainger regarding dec action (0.2)
             Robert W. McFarland

06/05/18 Assist R. McFarland with research  regarding      .10
         officers and directors
             Krystal Lynne Gollogly

06/06/18 Review, revise draft periodic report             .90
             Robert W. McFarland

06/07/18 Telephone conference with B. Wainger regarding    .30
         litigation policy issues
             Robert W. McFarland

06/08/18 Review communications with B. Wainger,            .50
         Creditors' counsel on periodic report (0.1);
         letter to Chief Judge Smith, clerk regarding
         periodic report (0.1); work on insurance
         coverage dec action (0.3)
             Robert W. McFarland

06/11/18 Communications with B. Wainger on periodic        .60
         report (0.2); revise periodic report (0.2);
         review new correspondence, filings, pleadings
         (0.2)
             Robert W. McFarland

06/12/18 Telephone conference with B. Wainger regarding    .10
         periodic report filing
             Robert W. McFarland

06/20/18 Review new pleadings on approval of sale (0.4);  1.00
         review coverage opinion letter from
         AIG/National Union (0.6)
             Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                                       Page   3
Invoice No. 92129891                                       July 9, 2018

06/22/18  Telephone conference with B. Wainger regarding        .00 NO CHARGE
          coverage opinions and filings with Norfolk
          court approving sale
             Robert W. McFarland

06/26/18  Telephone conference with B. Wainger regarding        .30
          filing of motion for approval of sale,
          bankruptcy issues (0.2); review new
          communications on motion for approval (0.1)
             Robert W. McFarland

06/27/18  Review, revise memo in support of Premier sale       2.40
          (1.9); communications with B. Wainger,
          co-counsel on motion for approval, exhibits
          (0.3); revise motion for approval (0.2)
             Robert W. McFarland

06/27/18  Prepare exhibits to memorandum in support of          .20
          motion to approve asset purchase agreement and
          authorize the sale of RMST's stock
             Krystal Lynne Gollogly

06/28/18  Communications with co-counsel, J. Sanders on        1.30
          motion for approval (0.3); revise motion, memo
          for appeal (0.6); letter to Chief Judge Smith
          with exhibits, revised periodic report (0.2);
          telephone conference with B. Wainger regarding
          filings, coverage issues (0.2)
             Robert W. McFarland

06/28/18  Prepare exhibits for motion to approve asset          .80
          purchase agreement and authorize the sale of
          100% of RMST's stock to Premier Acquisition
          Holdings LLC or other qualified purchaser as
          approved by the bankruptcy court
             Krystal Lynne Gollogly

06/29/18  Review, revise coverage letter to AIG for BOD        1.20
          Tail coverage (0.8); finalize motion for
          approval of sale filings (0.2); communications
          with B. Wainger on approval pleadings,
          Jacksonville court ruling (0.2)
             Robert W. McFarland

06/29/18  Revise, proof motion for sale and memo in             .00
          support (0.3)
             Robert W. McFarland

06/29/18 Prepare motion to approve asset purchase            .60
         agreement and authorize the sale of 100% of the
         RMST's stock to Premier Acquisition Holdings
         LLC or other qualified purchaser as approved by
         the court for filing
           Krystal Lynne Gollogly

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 10.5 | $6,300.00 |
| Krystal Lynne Gollogly | $265.00 | 1.7 | $450.50 |
| TOTAL FEES | | 12.2 | $6,750.50 |

Disbursements and Other Expenses:

| | | |
|---|---|---|
| 06/05/18 | WELLS FARGO - Safe Deposit Box No. VAWBA7787630 Inv# 051518 Date: 05/15/2018 | $125.00 |
| 06/05/18 | WELLS FARGO - Safe Deposit Box No. VAWBA7787629 Inv# 052318 Date: 05/23/2018 | $125.00 |
| 06/20/18 | MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 06/12/18 deliver to United States District Court, Clerks Office, Norfolk, VA for R. McFarland (0591) Inv# 1114667 Date: 06/19/2018 | $25.43 |
| 06/20/18 | MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 06/12/18 deliver to United States District Court, Norfolk, VA for R. McFarland (0591) Inv# 1114667 Date: 06/19/2018 | $8.09 |
| | TOTAL EXPENSES | $283.52 |

Summary of Fees and Expenses:

         Total Fees for all Matters:          $7,110.50

         Total Expenses for all Matters:         $283.52

         Total for this Invoice:               $7,394.02

# McGuireWoods

**Sarah B. Boehm**                                          **Gateway Plaza**
**804 775 7487**                                            **800 East Canal Street**
                                                            **Richmond, VA 23219-3916**


August 16, 2018

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202**

INVOICE NO. 92142545

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056


Balance Forward from Prior Invoices:                 $24,609.29
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                   $8,948.00
     Current Disbursements:            $350.38
     **Current Invoice Total:**                      $9,298.38

Total Balance Due:                                  $33,907.67


PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

          McGuireWoods LLP
          Attn: Accounts Receivable
          800 E. Canal Street
          Richmond, VA 23219-3916


          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Sarah B. Boehm**
**804 775 7487**

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

August 16, 2018

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

**INVOICE NO.  92142545**                    **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employment and Fee Applications**
   **Our File No.**            **2072056-0090**

| | |
|---|---|
| 07/05/18 Revise interim fee application | .60 |
|          Sarah B. Boehm | |
| | |
| 07/05/18 Email Debtor's main counsel regarding fee | .20 |
|          application filings | |
|          Courtney A. McCormick | |
| | |
| 07/11/18 Finalize fee application | .50 |
|          Courtney A. McCormick | |

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $600.00 | 0.6 | $360.00 |
| Courtney A. McCormick | $480.00 | 0.7 | $336.00 |
| TOTAL FEES | | 1.3 | $696.00 |

**Re: Litigation**
   **Our File No.**            **2072056-0120**

RMS Titanic, Inc.
File Number: 2072056                                    Page   2
Invoice No. 92142545                                    August 16, 2018

07/02/18  Review coverage letter to AIG representative          .30
          O'Neil (0.2); review new correspondence,
          communications on bankruptcy sale (0.1)
              Robert W. McFarland

07/03/18  Review new correspondence, pleadings (0.1);           .30
          telephone conference with B. Wainger regarding
          supplemental periodic status report on Euclid
          motion, NOAA issues (0.2)
              Robert W. McFarland

07/06/18  Review, revise periodic report (0.2);                 .50
          communications with B. Wainger, W. Poynter on
          supplemental periodic report, creditor position
          with EDVA (0.3)
              Robert W. McFarland

07/08/18  Review unsecured creditors motion for                1.00
          conference and related correspondence
              Robert W. McFarland

07/09/18  Draft, revise, proof periodic report on Euclid       1.50
          motions, unsecured motions (0.7); telephone
          conference with B. Wainger (2x) regarding
          opposition to unsecured creditors motion in
          Norfolk federal court, issues (0.4); review new
          pleadings, correspondence (0.3); letter to
          Chief Judge Smith, Clerk regarding periodic
          report (0.1)
              Robert W. McFarland

07/09/18  Confer with B. Wainger regarding notice of            .10
          appearance and financial interest disclosure
              Krystal Lynne Gollogly

07/10/18  Review, revise opposition to unsecured motion        2.00
          (1.7); communications with B. Wainger on
          opposition to unsecured motion (0.3)
              Robert W. McFarland

07/11/18  Revise, proof objection to museum (0.9);             1.70
          communications with co-counsel on objection,
          motions in bankruptcy case (0.3); review new
          coverage denial from Argonaut (0.2); finalize
          tail coverage letter to AIG counsel E. O'Neil
          (0.3)
              Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                              Page   3
Invoice No. 92142545                             August 16, 2018

07/12/18  Telephone conference with B. Wainger regarding        .30
          objections to Museum standing (0.1); finalize
          objections to Museum filing (0.1); letter to
          clerk regarding objection (0.1)
             Robert W. McFarland

07/12/18  File objection to notice of appearance               .10
             Krystal Lynne Gollogly

07/13/18  Review U.S. Attorney/NOAA response brief on           .70
          motion for approval (0.4); review new
          correspondence from Sellers and Weiser counsel
          on coverage (0.1); review new pleadings,
          correspondence (0.2)
             Robert W. McFarland

07/25/18  Review Government/NOAA status report                 .20
             Robert W. McFarland

07/25/18  Review status report filed on behalf of United       .10
          States of America
             Krystal Lynne Gollogly

07/26/18  Telephone conference, communications with B.         1.00
          Wainger on 7/25 hearing, continuance of 8/10
          hearing with Chief Judge Smith (0.3); draft,
          revise letter to Chief Judge Smith continuing
          8/10 hearing (0.4); review new correspondence,
          filings (0.2); telephone conference with AUSA
          K. Porter regarding 8/10 hearing (0.1)
             Robert W. McFarland

07/27/18  Review new pleadings by NMM, U.S. Government         .40
          (0.3); communications with B. Wainger on
          response to NMM opposition (0.1)
             Robert W. McFarland

07/27/18  Review communications regarding submitting          .10
          reply to NMM's objection
             Krystal Lynne Gollogly

07/30/18  Draft, review and revise NMM standing reply         2.30
          brief (0.6); review and revise motions, memo
          for continuance (0.5); emails with B. Wainger,
          H. Winberg on motions, insurance coverage
          issues, in Norfolk action via-a-vis bankruptcy
          (0.9); review new pleadings (0.3)
             Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                                    Page    4
Invoice No. 92142545                                   August 16, 2018

07/30/18  Revise reply to response to objection to notice      .10
          of appearance
               Krystal Lynne Gollogly

07/30/18  Review Motion to appear pro hac vice by N.           .10
          Quartaro
               Krystal Lynne Gollogly

07/31/18  Communications with B. Wainger, co-counsel on       1.20
          Norfolk hearing, NMM standing, and insurance
          coverage response to EC (0.5); revise, proof
          NMM objection reply (0.3); review new
          correspondence, pleadings from Norfolk action
          (0.4)
               Robert W. McFarland

07/31/18  File Reply to NMM's response to Plaintiff's          .20
          Objection to Notice of Appearance
               Krystal Lynne Gollogly

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 13.4 | $8,040.00 |
| Krystal Lynne Gollogly | $265.00 | 0.8 | $212.00 |
| TOTAL FEES | | 14.2 | $8,252.00 |

Disbursements and Other Expenses:

| | |
|---|---|
| Copy Charges | $209.80 |
| Pacer Research | $6.00 |
| 07/11/18 MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 06/28/18 deliver to United States District Court, Clerks Office, Norfolk, VA for R. McFarland (0591) Inv# 1114674 Date: 06/30/2018 | $29.24 |
| 07/11/18 MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 06/28/18 deliver to Chief Judge Rebecca B. Smith, Norfolk, VA for R. McFarland (0591) Inv# 1114674 Date: 06/30/2018 | $8.09 |
| 07/11/18 MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 06/29/18 deliver to United States District Court, Rebecca Smith, Chief Judge, Norfolk, VA for R. McFarland (0591) Inv# 1114674 Date: 06/30/2018 | $8.09 |
| 07/11/18 MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 06/29/18 deliver to United States District Court, Clerks Office, Norfolk, VA for R. McFarland (0591) Inv# 1114674 Date: 06/30/2018 | $22.12 |

RMS Titanic, Inc.
File Number: 2072056                                    Page    5
Invoice No. 92142545                                    August 16, 2018

07/18/18  MOBILE ONE COURIER SERVICES, INC./ CARGO &           $25.43
          LOGISTICS - Courier Service 07/09/18 deliver to
          United States District Court, Clerks Office,
          Norfolk, VA for R. McFarland (0591) Inv# 1114682
          Date: 07/17/2018
07/18/18  MOBILE ONE COURIER SERVICES, INC./ CARGO &            $8.09
          LOGISTICS - Courier Service 07/09/18 deliver to
          United States District Court, Norfolk, VA for R.
          McFarland (0591) Inv# 1114682 Date: 07/17/2018
07/18/18  MOBILE ONE COURIER SERVICES, INC./ CARGO &           $25.43
          LOGISTICS - Courier Service 07/12/18 deliver to
          United States District Court, Clerks Office,
          Norfolk, VA for R. McFarland (0591) Inv# 1114682
          Date: 07/17/2018
07/18/18  MOBILE ONE COURIER SERVICES, INC./ CARGO &            $8.09
          LOGISTICS - Courier Service 07/12/18 deliver to
          United States District Court, Norfolk, VA for R.
          McFarland (0591) Inv# 1114682 Date: 07/17/2018

                       TOTAL EXPENSES                         $350.38


              Summary of Fees and Expenses:

                  Total Fees for all Matters:         $8,948.00

                  Total Expenses for all Matters:       $350.38

                  Total for this Invoice:             $9,298.38

# MᴄGᴜɪʀᴇWᴏᴏᴅꜱ

**Sarah B. Boehm**
**804 775 7487**

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

September 18, 2018

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202**

INVOICE NO. 92151850

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

| | | |
|---|---|---|
| Balance Forward from Prior Invoices: | | $33,907.67 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $12,421.00 | |
| Current Disbursements: | $140.44 | |
| **Current Invoice Total:** | | $12,561.44 |
| Total Balance Due: | | $46,469.11 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
800 E. Canal Street
Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Sarah B. Boehm**
**804 775 7487**

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

September 18, 2018

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

INVOICE NO.  92151850                    TAX ID NO. 54-0505857

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employment and Fee Applications**
    **Our File No.            2072056-0090**

08/17/18 Prepare order on sixth interim fee application        .30
        Anna Haugen

08/17/18 Assess and analyze sixth interim fee                 .20
        application for purposes of providing order on
        application
        Anna Haugen

08/23/18 Revise fee application order                         .20
        Sarah B. Boehm

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $600.00 | 0.2 | $120.00 |
| Anna Haugen | $315.00 | 0.5 | $157.50 |
| TOTAL FEES | | 0.7 | $277.50 |

**Re: Litigation**
    **Our File No.            2072056-0120**

RMS Titanic, Inc.
File Number: 2072056                                    Page   2
Invoice No. 92151850                                    September 18, 2018

08/01/18  Telephone conference with B. Wainger regarding          .10
          insurance coverage issues, dec action, hearing
          on 8/10
             Robert W. McFarland

08/02/18  Telephone conference with Chief Judge Smith             .50
          clerk S. Cherry regarding hearing on 8/10
          (0.1); communications with B. Wainger on 8/10
          hearing, insurance coverage issues for
          directors, bankruptcy court ruling (0.2);
          review bankruptcy court order and effect on
          RMST
             Robert W. McFarland

08/03/18  Revise periodic report on bankruptcy court 8/2          .60
          rulings (0.2); telephone conference with B.
          Wainger on 8/10 hearing issues (0.2);
          communications with co-counsel, client on
          periodic report, hearing (0.2)
             Robert W. McFarland

08/06/18  Communications with B. Wainger, H. Winsberg on          .10
          periodic report
             Robert W. McFarland

08/07/18  Telephone conference with B. Wainger regarding          .20
          hearing on 8/10, intervention
             Robert W. McFarland

08/08/18  Review new orders, communications on 8/10               .30
          hearing, motions (0.2); communications with
          co-counsel on hearing, intervention (0.1)
             Robert W. McFarland

08/11/18  Communications with counsel on hearing (0.2)            .00
             Robert W. McFarland

08/13/18  Review coverage opinion on allocation from AIG          .40
          and related correspondence (0.2); review,
          revise objections to Equity Committee standing
          (0.2)
             Robert W. McFarland

08/14/18  Telephone conference with B. Wainger regarding          .20
          coverage, allocation issues for Directors on
          Equity claims
             Robert W. McFarland

08/16/18  Communications with B. Wainger on EC                    .10
          intervention motion
             Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                                      Page    3
Invoice No. 92151850                                      September 18, 2018

08/17/18 Review motions to intervene by EC and NMM                 1.70
         (1.1); telephone conference with B. Wainger
         regarding responses to motions to intervene,
         hearing (0.2); communications with B. Wainger,
         W. Poynter on motions to intervene, responses
         (0.4)
            Robert W. McFarland

08/17/18 Review motion to intervene and docket                      .20
         opposition deadline
            Krystal Lynne Gollogly

08/20/18 Communications with B. Wainger, W. Poynter on             3.40
         hearing issues (0.6); conference call with B.
         Wainger, J. Sanders on hearing issues (0.9);
         telephone conference with AUSA K. Porter
         regarding hearing on 8/21 (0.2); prepare for
         hearing on 8/21 (1.7)
            Robert W. McFarland

08/21/18 Meet with J. Sanders, H. Winsberg, B. Wainger             5.40
         and prepare for hearing (1.7); prepare for and
         attend status conference hearing (3.5);
         telephone conference with B. Wainger regarding
         opposition motion to intervene, next steps
         (0.2)
            Robert W. McFarland

08/22/18 Telephone conference with B. Wainger regarding             .30
         hearing date, briefing (0.1); communications
         with EC attorney P. Gurfein regarding briefing,
         hearing (0.2)
            Robert W. McFarland

08/22/18 Review order and docket deadlines                          .20
            Krystal Lynne Gollogly

08/23/18 Brief review of hearing transcript                         .20
            Robert W. McFarland

08/23/18 Review notice regarding transcript of                      .20
         proceedings held on August 21, 2018 and docket
         deadlines
            Krystal Lynne Gollogly

08/27/18 Review and reply to new correspondence,                   1.10
         communications from co-counsel on Periodic
         Report, intervention (0.4); review, revise
         Periodic Report (0.5); review Eyos submission
         to Chief Judge Smith (0.2)
            Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                              Page    4
Invoice No. 92151850                              September 18, 2018

08/27/18 Review letter from EYOS Expeditions                    .10
         Krystal Lynne Gollogly

08/29/18 Review, revise opposition brief to Museum             2.40
         motion to intervene (2.2); review and reply to
         communications on motions, opposition (0.2)
         Robert W. McFarland

08/30/18 Review, revise objection to EC motion to              1.20
         intervene (0.9); review, revise objections to
         Museum intervention (0.3)
         Robert W. McFarland

08/31/18 Review, revise opposition briefs to                   1.20
         intervention by Museum, EC
         Robert W. McFarland

08/31/18 Finalize and file oppositions to motions to           1.20
         intervene with exhibits
         Krystal Lynne Gollogly

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 19.4 | $11,640.00 |
| Krystal Lynne Gollogly | $265.00 | 1.9 | $503.50 |
| TOTAL FEES | | 21.3 | $12,143.50 |

Disbursements and Other Expenses:

|  |  |
|---|---|
| Pacer Research | $4.10 |
| 08/20/18 MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 08/07/18 deliver to United States District Court, Clerks Office, Norfolk, VA for R. McFarland (0591) Inv# 1114702 Date: 08/14/2018 | $28.13 |
| 08/20/18 MOBILE ONE COURIER SERVICES, INC./ CARGO & LOGISTICS - Courier Service 08/07/18 deliver to United States District Court, Norfolk, VA for R. McFarland (0591) Inv# 1114702 Date: 08/14/2018 | $8.09 |
| 08/22/18 Robert McFarland - Lunch - Lunch for RMST hearing prep for hearing in USDC, on 08/21/2018 Brian Wainger, Billy Poynter, Jessica Sanders, Harris Winsberg, Robert McFarland | $59.62 |
| 08/23/18 Jody Stewart, CRR, RMR - Transcript of hearing 8.21.18 Inv# 20180054 Date: 08/23/2018 | $40.50 |

                    TOTAL EXPENSES                 $140.44

Summary of Fees and Expenses:

        Total Fees for all Matters:          $12,421.00

        Total Expenses for all Matters:          $140.44

        Total for this Invoice:             $12,561.44

# McGuireWoods

**Sarah B. Boehm**
**804 775 7487**

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

October 11, 2018

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202**

INVOICE NO. 92159420

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

| | | |
|---|---:|---:|
| Balance Forward from Prior Invoices: | | $46,469.11 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $12,030.50 | |
| Current Disbursements: | $385.23 | |
| **Current Invoice Total:** | | $12,415.73 |
| Total Balance Due: | | $58,884.84 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
800 E. Canal Street
Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Sarah B. Boehm**
**804 775 7487**

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

October 11, 2018

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

**INVOICE NO.  92159420**                              **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employment and Fee Applications**
     **Our File No.            2072056-0090**

09/26/18 Analyze issues regarding fee applications          .20
         Sarah B. Boehm

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $600.00 | 0.2 | $120.00 |
| TOTAL FEES | | 0.2 | $120.00 |

**Re: Litigation**
     **Our File No.            2072056-0120**

09/05/18 Review new filings, correspondence in              .20
         intervention
         Robert W. McFarland

09/06/18 Communications with EC attorney P. Gurfein on      .60
         withdrawal of intervention motion (0.1); review
         EC intervene withdrawal (0.1); review NMM reply
         brief on intervention (0.4)
         Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                                    Page   2
Invoice No. 92159420                                    October 11, 2018

09/06/18 Review status report regarding August 30, 2018      .10
         bankruptcy court hearing
         Krystal Lynne Gollogly

09/07/18 Review, revise periodic report                      .50
         Robert W. McFarland

09/11/18 Review Judge Glenn order and NOAA status report     .20
         Robert W. McFarland

09/11/18 Review status report by United States of            .10
         America
         Krystal Lynne Gollogly

09/12/18 Review, revise draft periodic report (0.7);        1.00
         communications with co-counsel on periodic
         report, NOAA filing (0.3)
         Robert W. McFarland

09/13/18 Revise periodic report (0.4); communications        .70
         with co-counsel on periodic report and NOAA
         position on sale (0.3)
         Robert W. McFarland

09/14/18 Revise, finalize periodic report (0.6);             .80
         communications with B. Wainger on periodic
         report, hearing (0.1); review new
         correspondence (0.1)
         Robert W. McFarland

09/14/18 Review and file periodic report (.1); upload        .30
         same to electronic repository (.1);
         communication with B. Wainger attaching filed
         periodic report (.1);
         Krystal Lynne Gollogly

09/17/18 Review new correspondence from AUSA, NOAA on        .80
         APA approval issues, documents (0.3);
         conference call with co-counsel and SHP counsel
         on US/NOAA document requests, hearing (0.4);
         telephone conference with court clerk S. Cherry
         regarding hearing on 9/18 (0.1)
         Robert W. McFarland

09/18/18 Prepare for and attend hearing on federal court    5.20
         (5.0); review new correspondence and
         communications from NOAA (0.2)
         Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                                    Page    3
Invoice No. 92159420                                    October 11, 2018

09/18/18  Review electronic filing notification regarding       .10
          continuation of status hearing
          Krystal Lynne Gollogly

09/19/18  Confer with court reporter regarding expedited        .20
          copy of hearing transcript
          Krystal Lynne Gollogly

09/19/18  Review court notifications and  deadlines             .40
          Krystal Lynne Gollogly

09/20/18  Conference call with AUSA K. Porter, NOAA             .90
          attorney J. Rolleri, B. Wainger regarding OYOS
          order (0.5); review and revise EYOS order (0.4)
          Robert W. McFarland

09/21/18  Review new correspondence on EYOS expedition         2.00
          (0.4); conference call with AUSA K. Porter and
          NOAA attorney J. Rolleri on EYOS order,
          jurisdiction (0.5); conference call with B.
          Wainger, D. Gallo on EYOS issues (0.7);
          conference call with D. Gallo, B. Wainger, B.
          Lang on EYOS expedition (0.4)
          Robert W. McFarland

09/21/18  Review transcript from September 18th hearing         .10
          and upload same to electronic repository
          Krystal Lynne Gollogly

09/24/18  Revise order on EYOS expedition (0.5);               1.80
          conference call with NOAA attorney J. Rolleri
          and B. Wainger on EYOS order (0.2); telephone
          conference with B. Wainger regarding due
          diligence, EYOS expedition (0.2); review and
          reply to new correspondence, communications on
          EYOS, insurance coverage issues, documents for
          NOAA document production (0.9)
          Robert W. McFarland

09/25/18  Extensive communications with NOAA counsel on         .80
          order, EYOS' expedition (0.3); communications
          with B. Wainger on order, EYOS, due diligence
          documents (0.2); revise order on EYOS (0.3)
          Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                                    Page    4
Invoice No. 92159420                                    October 11, 2018


09/26/18 Communications with NOAA counsel on Order,        1.60
         McCallum declaration (0.3); draft, revise
         McCallum declaration (0.2); communications with
         R. McCallum on declaration (0.2); review,
         revise due diligence response (0.7); letters to
         clerk regarding order, McCallum letter (0.2)
           Robert W. McFarland

09/27/18 Review and reply to new communications from        .10
         AUSA K. Porter on order, filings
           Robert W. McFarland

09/27/18 Review court notice attaching letter to F.         .10
         Galindo enclosing an endorsed agreed order
         regarding EYOS and update electronic repository
         with same
           Krystal Lynne Gollogly

09/27/18 Review court notice attaching letter to judge      .20
         enclosing letter from EYOS Expeditions and memo
         from Droycon Bioconcepts and upload same to
         electronic repository
           Krystal Lynne Gollogly

09/28/18 Communications with B. Wainger on EYOS, due       1.90
         diligence issues (0.5); review, revise due
         diligence response to NOAA (1.1); review NOAA
         status report on EYOS (0.2); communications
         with AUSA Porter on due diligence (0.1)
           Robert W. McFarland

09/28/18 Review order regarding EYOS research and upload    .10
         same to electronic repository
           Krystal Lynne Gollogly

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 19.1 | $11,460.00 |
| Krystal Lynne Gollogly | $265.00 | 1.7 | $450.50 |
| TOTAL FEES | | 20.8 | $11,910.50 |


Disbursements and Other Expenses:
09/05/18 MOBILE ONE COURIER SERVICES, INC. - Courier       $25.43
         Service 08/28/18 deliver to United States
         District Court, Norfolk, VA for R. McFarland
         (0591) Inv# 1114711 Date: 08/31/2018
09/05/18 MOBILE ONE COURIER SERVICES, INC. - Courier        $8.09
         Service 08/28/18 deliver to United States
         District Court, Norfolk, VA for R. McFarland
         (0591) Inv# 1114711 Date: 08/31/2018

RMS Titanic, Inc.
File Number: 2072056                                        Page   5
Invoice No. 92159420                                        October 11, 2018

| | | |
|---|---|---:|
| 09/13/18 | MOBILE ONE COURIER SERVICES, INC. - Courier Service 09/07/18 deliver to United States District Court, Clerks Office, Norfolk, VA for R. McFarland (0591) Inv# 1114715 Date: 09/11/2018 | $25.97 |
| 09/13/18 | MOBILE ONE COURIER SERVICES, INC. - Courier Service 09/07/18 deliver to United States District Court, Norfolk, VA for R. McFarland (0591) Inv# 1114715 Date: 09/11/2018 | $9.15 |
| 09/20/18 | Robert McFarland - Lunch - lunch before hearing: Wainger, Poynter, Winsberg, Sanders, McFarland, on 09/18/2018 Brian Wainger, Billy Poynter, Robert McFarland | $59.62 |
| 09/24/18 | Jody Stewart, CRR, RMR - Transcript of hearing on 8.31.18 Inv# 20180068 Date: 09/21/2018 | $223.45 |
| 09/26/18 | MOBILE ONE COURIER SERVICES, INC. - Courier Service 09/17/18 deliver to United States District Court, Clerks Office, Norfolk, VA  for R. McFarland (0591) Inv# 1114722 Date: 09/25/2018 | $25.43 |
| 09/26/18 | MOBILE ONE COURIER SERVICES, INC. - Courier Service 09/17/18 deliver to United States District Court, Norfolk, VA for R. McFarland (0591) Inv# 1114722 Date: 09/25/2018 | $8.09 |

                        TOTAL EXPENSES                    $385.23


              Summary of Fees and Expenses:

                  Total Fees for all Matters:        $12,030.50

                  Total Expenses for all Matters:      $385.23

                  Total for this Invoice:            $12,415.73