# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:                                              Chapter 11

RMS TITANIC, INC., *et al.*,                        Case No.: 3:16-bk-002230-PMG
                                                    (Jointly Administered)
          Debtors.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO AMEND CONSENT ORDER GRANTING THE MOTION FOR ENTRY OF CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO AUTHORIZE ADVANCEMENT, REIMBURSEMENT AND/OR PAYMENT OF COSTS AND FEES UNDER THE DEBTORS' DIRECTOR AND OFFICERS INSURANCE POLICY**

**THIS CAUSE** is before the Court on _____, 2018 at ____ upon Defendants'

*Motion to Amend Consent Order granting the Motion for Entry of Consent Order granting Relief from the Automatic Stay to Authorize Advancement, Reimbursement and/or Payment of Costs and Fees under the Debtors' Director and Officers Insurance Policy* (the "Motion") [ D.E.   ]

filed by Defendants Mark A. Sellers, Douglas Banker, Richard Kraniak, and Jack H. Jacobs,

1

("Director Defendants"). Upon review of the Motion, the argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Good cause having been shown, the Motion is **GRANTED**.

2. Pursuant to the authority of Section 362(d)(1) of the Bankruptcy Code, the automatic stay is lifted to the extent necessary to allow National Union[1] to advance the payment and/or reimbursement of Defense Costs or any other Losses, as defined in the Policy, claimed by the Director Defendants relating to the Adversary Proceedings.

3. The Consent Order is further amended to (i) remove any dollar amount restrictions on payment or reimbursement by National Union of Defense Costs or other Losses defined by the Policy, and (ii) eliminate any reporting requirement to the Plaintiff, the Debtor or the Unsecured Creditors Committee as to any payments of Defense Costs by National Union.

4. This Order shall be effective immediately, and not be subject to the stay set forth in Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure.

###

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the Motion.

**Submitted by:**
Lewis F. Murphy, Esq.
Cristina B. Rodriguez, Esq.
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
lmurphy@stroock.com and cbrodriguez@stroock.com

The party submitting this Order shall serve a copy of the signed Order on all interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of this Order.