# EXHIBIT 5

## Equity Committee Attorneys' Interim Fee Applications

| Fees and Expenses Requested and Allowed/Paid, by Task Code* | LGB | Akerman |
|---|---|---|
| First Interim Fee Period; September 2016-November 2016 | | |
| **Total Fees Requested** | **$199,901 (ECF No. 383)** | **$97,944.50 (ECF No. 384)** |
| **Expenses Requested** | **$4,302.37** | **$1,744.55** |
| Asset Analysis and Recovery | $13,513.50 | $5,426 |
| Plan and Disclosure Statement | $25,082.50 | * |
| Claims Administration | $5,366 | * |
| Case Administration | $72,135 | $13,825 |
| Committee Communications | $25,822 | $15,637.50 |
| Employment/Fee Application | $24,402 | $23,855.50 |
| Litigation/Adversary Proceedings | $12,504 | $6,433 |
| Investigation/Litigation Claims | * | $21,857.50 |
| Equity Comm. Appointment | $10,000 | $5,000 |
| **Total Fees Allowed and Paid** | **$199,901 (ECF No. 507)** | **$97,944.50 (ECF No. 495)** |
| **Expenses Allowed and Paid** | **$4,302.37** | **$1,744.55** |
| Second Interim Fee Period; December 2016-April 2017 | | |
| **Total Fees Requested** | **$334,802 (ECF No. 610)** | **$169,027 (ECF No. 609)** |
| **Expenses Requested** | **$12,652.33** | **$2,304.55** |
| Asset Analysis and Recovery | $37,885 | * |
| Asset Disposition | $9,921.50 | * |
| Plan and Disclosure Statement | $166,749.50 | $34,119.50 |
| Case Administration | $15,871 | $11,332.50 |
| Committee Communications | $60,518.50 | $15,964 |
| Employment/Fee Application | $10,283 | $7,034.50 |
| Litigation/Adversary Proceedings | * | $7,403.50 |

---

* Task codes to which less than $5,000 was billed during a given compensation period have been omitted. Cells marked with an asterisk indicates either no time was billed to that task code or time billed was less than $5,000.

| Fees and Expenses Requested and Allowed/Paid, by Task Code* | LGB | Akerman |
|---|---|---|
| Investigation/Litigation Claims | * | $73,327.50 |
| Financing | $27,321 | $10,321 |
| **Total Fees Allowed and Paid** | **$334,802 (ECF No. 664)** | **$169,027 (ECF No. 658)** |
| **Expenses Allowed and Paid** | **$12,652.33** | **$2,304.55** |
| Third Interim Fee Period; May 2017-August 2017 | | |
| **Total Fees Requested** | **$205,259 (ECF No. 760)** | **$86,191.50 (ECF No. 759)** |
| **Expenses Requested** | **$6,507.89** | **$2,133.84** |
| Asset Analysis and Recovery | $42,714 | * |
| Asset Disposition | $22,600 | * |
| Plan and Disclosure Statement | $42,106 | $6,732 |
| Case Administration | $33,812.50 | $6,030 |
| Committee Communications | $49,211.50 | $7,564.50 |
| Employment/Fee Application | $8,588 | $5,609.50 |
| Litigation/Adversary Proceedings | * | $6,226.50 |
| Investigation/Litigation Claims | * | $33,446.50 |
| Claims Administration | * | $6,644 |
| **Total Fees Paid under Interim Fee Order** | **$164,207.20** | **$68,953.20** |
| **Total Expenses Paid** | **$6,507.89** | **$2,133.84** |
| Fourth Interim Fee Period; September 2017-December 2017 | | |
| **Total Fees Requested** | **$177,616 (ECF No. 949)** | **$84,131 (ECF No. 948)** |
| **Expenses Requested** | **$5,933.52** | **$5,736.21** |
| Asset Disposition | $58,929.50 | $29,549 |
| Plan and Disclosure Statement | $27,493.50 | $14,678.50 |
| Case Administration | $16,535 | * |
| Committee Communications | $55,665 | * |
| Employment/Fee Application | $10,122.50 | * |
| Litigation/Adversary Proceedings | * | $5,403 |
| Investigation/Litigation Claims | * | $18,955 |
| Claims Administration | $6,328 | * |
| **Total Fees Paid under Interim Fee Order** | **$142,092.80** | **$67,304.80** |
| **Total Expenses Paid** | **$5,933.52** | **$5,736.21** |

| Fees and Expenses Requested and Allowed/Paid, by Task Code* | LGB | Akerman |
|---|---|---|
| Fifth Interim Fee Period; January 2018-October 2018 | | |
| **Total Fees Requested** | **$547,492.10 (ECF No. 1275)** | **$283,361.50 (ECF No. 1276)** |
| **Expenses Requested** | **$16,615.92** | **$16,958.05** |
| Asset Analysis and Recovery | $15,424.50 | $5,463.50 |
| Asset Disposition | $111,618 | $89,120.50 |
| Plan and Disclosure Statement | $266,099.10 | $60,023 |
| Case Administration | $21,349.50 | $9,430 |
| Committee Communications | $105,937.50 | $13,621 |
| Employment/Fee Application | $8,588 | $8,452 |
| Investigation/Litigation Claims | $11,469.50 | $44,913 |
| Claims Administration | $6,045.50 | $16,932 |
| **Total Fees and Expenses Paid under Interim Fee Order** | **$159,332.10** | **$81,202.35** |