**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02230-PMG
Chapter 11 (Jointly Administered)

**NOTICE OF CLOSING OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND AMENDMENT TO ASSET PURCHASE AGREEMENT**

**PLEASE TAKE NOTICE** that on October 18, 2018 at 10:00 a.m. (the "**Sale Hearing**") the *Motion for Entry of Order (A) Approving Competitive Bidding and Sale Procedures; (B) Approving Form and Manner of Notice; (C) Approving Form of Asset Purchase Agreement; (D) Approving Break-Up Fee and Expense Reimbursement; (E) Scheduling Auction and Hearing to Consider Final Approval of Sale, Including Rejection or Assumption and Assignment of Related Executory Contracts and Unexpired Leases; (F) Authorizing Sale of the Transferred Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (G) Approving Settlement with the PacBridge Parties; and (H) Granting Related Relief* (the "**Sale Motion**") [D.E. 1055] filed by RMS Titanic, Inc. and certain of its affiliates as debtors and debtors in possession (the "**Debtors**") came before the Honorable Paul M. Glenn, United States Bankruptcy Judge of the United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors sought authorization and approval at the Sale Hearing to, among other things, sell the Transferred Assets[2] on the terms and conditions set forth in the *Asset Purchase Agreement*, dated as of June 14, 2018 and subsequently amended on September 14, 2018 [D.E. 1203] (the "**Asset Purchase Agreement**"), by and between (i) the Debtors and certain non-Debtor affiliates, as sellers (in such capacity, the "**Sellers**") and (ii) Premier Acquisition Holdings LLC, a Delaware limited liability company ("**Premier Acquisition**"), as purchaser.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion, Sale Order, or Asset Purchase Agreement, as applicable.

37913182

**PLEASE TAKE FURTHER NOTICE** that on October 19, 2018, the Bankruptcy Court entered its *Order (A) Approving Asset Purchase Agreement; (B) Authorizing Sale of the Transferred Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith; (D) Approving Settlement with the PacBridge Parties; and (E) Granting Related Relief* [D.E. 1232] (the "**Sale Order**"), approving, among other things, the sale of the Transferred Assets to Premier Acquisition as contemplated by the Asset Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that on December 21, 2018, the United States District Court for the Eastern District of Virginia (referred to in these proceedings as the "**Admiralty Court**") entered an order [Admiralty Court D.E. 540] (the "**Admiralty Court Approval Order**") approving the Asset Purchase Agreement and authorizing the sale and transfer to Premier Acquisition of 100% of the stock of RMS Titanic, Inc. A copy of the Admiralty Court Approval Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Sellers and Premier Acquisition executed that certain *Amendment No. 2 to Asset Purchase Agreement*, dated as of February 13, 2019 (the "**Second Amendment**"), a copy of which is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the sale of the Transferred Assets to Premier Acquisition as contemplated by the Asset Purchase Agreement (and subsequently amended by the Second Amendment) closed on Wednesday, February 13, 2019.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in the above-captioned chapter 11 cases, including all documents related to the Asset Purchase Agreement, may be retrieved from PACER for a small fee by accessing the following link: **https://ecf.flmb.uscourts.gov/cgi-bin/login.pl**. Alternatively, the documents may be obtained without charge by submitting a request to counsel to the Debtors: Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308, attention: Matthew R. Brooks (matthew.brooks@troutman.com) and Harris B. Winsberg (harris.winsberg@troutman.com).

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By      */s/ Daniel F. Blanks*
      Daniel F. Blanks (FL Bar No. 88957)
      Lee D. Wedekind, III (FL Bar No. 670588)
      50 N. Laura Street, Suite 4100
      Jacksonville, FL 32202
      (904) 665-3656 (direct)
      (904) 665-3699 (fax)
      daniel.blanks@nelsonmullins.com
      lee.wedekind@nelsonmullins.com

and

TROUTMAN SANDERS LLP
Harris B. Winsberg (GA Bar No. 117751)
Matthew R. Brooks (GA Bar No. 378018)
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308
(404) 885-3000 (phone)
(404) 962-6990 (fax)
harris.winsberg@troutmansanders.com
matthew.brooks@troutmansanders.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on February 19, 2019. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Jill E. Kelso, Esq.
Miriam G. Suarez, Esq.
Office of the United States Trustee
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 137
jill.kelso@usdoj.gov
Miriam.g.suarez@usdoj.gov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
ajenkins@bushross.com
*Attorneys for Bank of America, N.A.*

Matthew J. Troy, Esq.
U.S. Dept. of Justice
1100 L Street NW, Suite 10030
Washington, DC 20005
(202) 514-9038
matthew.troy@usdoj.gov
*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration*

Kathy A. Jorrie, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
(213) 488-7251
Kathy.jorrie@pillsburylaw.com
*Attorneys for AEG Presents, LLC*

Brian D. Equi, Esq.
Goldberg Segalla, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
(407) 458-5608
bequi@goldbergsegalla.com
salamina@goldbergsegalla.com
sherndon@goldbergsegalla.com
*Attorneys for Structure Tone, Inc.*

J. Ellsworth Summers, Jr., Esq.
Burr Forman, LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202
(904) 232-7200
esummers@burr.com
*Attorneys for Michael J. Little*

Norman P. Fivel, Esq.
Assistant Attorney General
Office of the New York State
Attorney General
Civil Recoveries Bureau,
Bankruptcy Litigation Unit
The Capitol
Albany, NY 12224-0341
(518) 776-2264
norman.fivel@ag.ny.gov
*Attorneys for New York Dept. of Taxation and Finance*

D. Marcus Braswell, Jr., Esq.
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
(305) 529-2801
mbraswell@sugarmansusskind.com
*Attorneys for Theatrical Protective Union, Local No. One, IATSE*

Chris Broussard, Esq.
Suzy Tate, P.A.
14502 N. Dale Mabry Highway, Suite 200
Tampa, FL 33618
(813) 264-1685
cbrouss@suzytate.com
*Attorneys for The Armada Group GP, Inc.*

Richard R. Thames, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Skyler M. Tanner, Esq.
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
tanners@lanepowell.com
beldingt@lanepowell.com
docketing-pdx@lanepowell.com
*Attorneys for Oregon Museum of Science and Industry*

T. David Mitchell, Esq.
Brenner Kaprosy Mitchell, L.L.P.
30050 Chagrin Blvd., Suite 100
Pepper Pike, OH 44124
(216) 292-5555
tdmitchell@brenner-law.com
*Attorneys for CRI Properties, Ltd.*

Howard Siegel, Esq.
945 McKinney Street, PMB 434
Houston, TX 77002
(713) 984-4801
howard@eucinv.com
*Attorney for Euclid Investments, LP And Euclid Claims Recovery LLC*

Susan R. Sherrill-Beard, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326
(404) 842-7626
sherrill-beards@sec.gov
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Garrett A. Nail, Esq.
John F. Isbell, Esq.
Thompson Hine LLP
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
(404) 541-2900
garrett.nail@thompsonhine.com
john.isbell@thompsonhine.com
*Attorneys for Bay Point Capital Partners, LP*

Steven R. Fox, Esq.  
Fox Law Corporation  
17835 Ventura Blvd., Suite 306  
Encino, CA 91316  
srfox@foxlaw.com  
*Attorneys for Titanic Entertainment Holdings*

Stephen D. Busey, Esq.  
Asghar A. Syed, Esq.  
Smith Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL 32202  
(904) 359-7700  
busey@smithhulsey.com  
asyed@smithhulsey.com  
*Attorneys for the Ad Hoc Group of Equityholders*

Jennifer Feldsher, Esq.  
David L. Lawton, Esq.  
Bracewell LLP  
1251 Avenue of the Americas  
New York, NY 10020  
(212) 508-6100  
Jennifer.feldsher@bracewell.com  
David.laweton@bracewell.com  
*Attorneys for the Ad Hoc Group of Equityholders*

Patricia Ann Redmond, Esq.  
Stearns Weaver, et al.  
150 West Flagler Street, Suite 2200  
Miami, FL 33130  
(305) 789-3200  
predmond@stearnweaver.com  
*Attorneys for the Trustees of the National Maritime Museum*

Timothy Graulich, Esq.  
James I. McClammy, Esq.  
Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017  
(212) 450-4000  
Timothy.graulich@davispolk.com  
James.mcclammy@davispolk.com  
*Attorneys for the Trustees of the National Maritime Museum*

Jason B. Burnett, Esq.  
Ashlea A. Edwards, Esq.  
GrayRobinson, P.A.  
50 N. Laura Street, Suite 1100  
Jacksonville, FL 32202  
(904) 598-9929  
jason.burnett@gray-robinson.com  
ashlea.edwards@gray-robinson.com  
*Attorneys for Ramparts, Inc. d/b/a Luxor Hotel and Casino*

Steven Z. Szanzer, Esq.  
Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017  
(212) 450-4000  
Steven.szanzer@davispolk.com  
*Attorneys for Royal Museum Greenwich*

**Via U.S. Mail**

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144
Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

Morris Visitor Publications
543 Broad Street
Augusta, GA 30901

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

ABC Imaging
5290 Shawnee Road, Suite 300
Alexandria, VA 22312

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

George Young Company
509 Heron Drive
Swedesboro, NJ 08085
Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

PacBridge Limited Partners  
22/F Fung House  
19-20 Connaught Road  
Central Hong Kong  

Pallet Rack Surplus, Inc.  
1981 Old Covington Cross Road NE  
Conyers, GA 30013  

Screen Actors Guild  
1900 Broadway  
5th Floor  
New York, NY 10023  

Seaventures, Ltd.  
5603 Oxford Moor Blvd.  
Windemere, FL 34786  

Sophrintendenza Archeologica  
di Napoli e Pompei  
Piazza Museo 19  
Naples, Italy 80135  

Syzygy3, Inc.  
231 West 29th Street  
Suite 606  
New York, NY 10001  

Time Out New York  
405 Park Avenue  
New York, NY 10022  

TPL  
3340 Peachtree Road  
Suite 2140  
Atlanta, GA 30326  

TSX Operating Co.  
70 West 40th Street  
9th Floor  
New York, NY 10018  

Verifone, Inc.  
300 S. Park Place Blvd.  
Clearwater, FL 33759  

WNBC - NBC Universal Media  
30 Rockefeller Center  
New York, NY 10112  

Jonathan B. Ross, Esq.  
Gowling WLG (Canada) LLP  
550 Burrard Street, Suite 2300, Bentall 5  
Vancouver, BC V6C 2B5  

United States Attorney's Office  
Middle District of Florida  
300 N. Hogan Street, Suite 700  
Jacksonville, FL 32202  

Christine R. Etheridge, Esq.  
Bankruptcy Administration  
Wells Fargo Vendor Financial Services, LLC  
PO Box 13708  
Macon, GA 31208  

B.E. Capital Management Fund LP  
Thomas Branziel  
228 Park Avenue South, Suite 63787  
New York, NY 10003  
*Creditor Committee*  

TSX Operating Co., LLC  
c/o James Sanna  
70 W. 40th Street  
New York, NY 10018  
*Creditor Committee*

| | |
|---|---|
| Dallian Hoffen Biotechnique Co., Ltd.<br>c/o Ezra B. Jones<br>305 Crosstree Lane<br>Atlanta, GA 30328<br>***Creditor Committee*** | AEG Presents LLC<br>c/o Managing Member<br>5750 Wilshire Blvd.<br>Suite 501<br>Los Angeles, CA 90036-3638 |
| AEG Presents LLC<br>c/o Managing Member<br>800 W. Olympic Blvd.<br>Suite 305<br>Los Angeles, CA 90015 | AEG Presents LLC<br>c/o Managing Member<br>425 W. 11th Street<br>Los Angeles, CA 90015-3459 |
| AEG Presents LLC<br>c/o CT Corporation System,<br>Registered Agent<br>ATTN: Amanda Garcia<br>818 West Seventh Street<br>Suite 930<br>Los Angeles, CA 90017 | |

*/s/ Daniel F. Blanks*
Attorney

~#4842-6986-2792~