FILED VIA MAIL
JACKSONVILLE, FLORIDA

NOV 27 2020

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville DIVISION

In re:
RMS Titanic, Inc.

Case No. 3:16-bk-02230-JAF
Chapter Chapter 11

_____Debtor(s)_____/

### NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐   CREDITOR: ☑

Please print the following information:

NAME: B.E. Capital Management Fund LP

OLD MAILING ADDRESS: 205 East 42nd Street, 14th Floor
New York, NY 10017

NEW MAILING ADDRESS: 32 East 64th Street, Apt 3NE
New York, NY
10065

DATED: 11/19/2020   *Thomas Braziel*
Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 646-650-5096

**All future notices shall be sent to the new mailing address**

(6/1/11)

THOMAS BRAUEL
32 E 64th ST. APT. 3NE
NEW YORK, NY, 10065

U.S. POSTAGE PAID
FCM LETTER
RIDGEFIELD PARK, NJ
07660
NOV 20, 20
AMOUNT
$0.55
R2305K134615-07

32202

BANKRUPTCY CLERK'S OFFICE
300 NORTH HOGAN ST. SUITE 3-150
JACKSONVILLE, FLORIDA, 32202